**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **SAMM Solutions, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  BTS Research** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8712967** | |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9990 Mesa Rim Road Suite 100 San Diego, CA 92121** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  **http://btsreaearch.com**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **SAMM Solutions, Inc.**                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___9271___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **SAMM Solutions, Inc.**                                         Case number (*if known*) _____
          Name

**11. Why is the case filed in**    *Check all that apply:*
    **this district?**
                              ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                  preceding the date of this petition or for a longer part of such 180 days than in any other district.

                              ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ■ No
    **have possession of any**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**              **Why does the property need immediate attention?** (*Check all that apply.*)

                                  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                     What is the hazard?    _____

                                  ☐ It needs to be physically secured or protected from the weather.

                                  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                  ☐ Other    _____

                                  **Where is the property?**    _____
                                                                Number, Street, City, State & ZIP Code

                                  **Is the property insured?**

                                  ☐ No
                                  ☐ Yes.    Insurance agency    _____

                                           Contact name    _____

                                           Phone    _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
    **available funds**
                          ■  Funds will be available for distribution to unsecured creditors.

                          ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ☐ 1-49                    ☐ 1,000-5,000               ☐ 25,001-50,000
    **creditors**              ☐ 50-99                   ☐ 5001-10,000               ☐ 50,001-100,000
                              ■ 100-199                  ☐ 10,001-25,000             ☐ More than100,000
                              ☐ 200-999

**15. Estimated Assets**      ☐ $0 - $50,000             ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                              ■ $500,001 - $1 million    ☐ $100,000,001 - $500 million       ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000            ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor      **SAMM Solutions, Inc.**                                    Case number (*if known*) _____
            Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
   **of authorized**
   **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 5, 2019**
               MM / DD / YYYY

**X /s/ Usama Abunadi**                              **Usama Abunadi**
Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Stephen C. Hinze**                    Date **August 5, 2019**
Signature of attorney for debtor                   MM / DD / YYYY

**Stephen C. Hinze  (SBN 131787)**
Printed name

**Stephen C. Hinze, Attorney At Law, APC**
Firm name

**100 E. San Marcos Blvd.**
**Suite 400**
**San Marcos, CA 92069**
Number, Street, City, State & ZIP Code

Contact phone    **(760) 689-0705**    Email address    **sch@schinzelaw.com**

**131787 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  5, 2019**          X */s/ Usama Abunadi*
                                            Signature of individual signing on behalf of debtor

                                            **Usama Abunadi**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **SAMM Solutions, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
<span style="float:right">12/15</span>

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accel Capital Services 65 West 36th street, Suite 12 New York, NY 10018 | James Vitolo jvitolo@accelcapital.com (212) 504-3061 | Judgment | | | | $336,882.34 |
| Cardinal Health. P.O. Box 100552 Pasadena, CA 91189 | Todd Bell todd.bell@cardinalhealth.com (619) 553-3921 | Judgment | | | | $113,871.74 |
| Chief Special Procedures Internal Revenue Service P. O. Box 7346 Philadelphia, PA 19101-7346 | | Federal Pay Roll Tax | | | | $319,478.51 |
| Dart Neuroscience, LLC 12278 Scripps Summit Drive San Diego, CA 92131 | Heidi Cervi hcervi@dartnueroscience.com (858) 246-8345 | Customer Deposit | | | | $66,781.00 |
| De Lage Landen Financials C/O Cohn & Davis, LLC 68 Harison Ave #502 Boston, MA 02111 | Joseph Panaghello jpaneghello@leasedirect.com (610) 386-5695 | Stipulated Judgment | | | | $57,000.00 |
| Employmnet Development Dept. Bankruptcy Unit MIC 92E P. O. Box 826880 Sacramento, CA 94280 | | State Payroll Taxes | | | | $63,349.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **SAMM Solutions, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ghazy Abu-Fielat 3564 Van Bruen Blvd. Riverside, CA 92503** | **Dr. Ghazy Abu-Fielat**<br><br>**fielat@hotmail.com (951) 818-6017** | **Business Loan** | | | | **$105,000.00** |
| **Institute Biomedical Services 2658 Del Mar Heights Rd. STE Del Mar, CA 92014** | **Peter Chen**<br><br>**pcchen@ucsd.edu (858) 342-1618** | **Customer Deposit** | | | | **$24,987.20** |
| **Kalamata Capital Group C/O Angela Valen, Esq. 3835 E. Thousand Oaks Bl. R to be provided, CO** | **Angelea Valen Esq.**<br><br>**(818) 716-7630** | **Judgment** | | | | **$568,837.66** |
| **L2 Consulting Inc. 23 des Lotus Street Blainville, Quebec, Canada J7C 5V3** | | **Services and/or Supplies** | | | | **$34,000.00** |
| **Life Diagnostics,Inc 906 Old Fern Hill Road Suite 1 West Chester, PA 19380** | **Laura Chadwick**<br><br>**laura@lifediagnostics.com (610)431-7707** | **Critical operational services and supplies** | | | | **$28,166.75** |
| **Mari Bray P.O. Box 506951 San Diego, CA 92150-6951** | **Marie Bray**<br><br>**mbray@lavcs.omni microsoft.com (858) 663-6107** | **Critical operational services and/or supplies** | | | | **$44,200.00** |
| **Orient Bioresources , Inc. C/O Marc Cervantes Esq. 802 N Caranchua, STE 2100 Corpus Christi, TX 78401** | **Marc Cervantes, Esq.**<br><br>**gmcervantes@att.n et (361) 844-5400** | **Services and supplies** | | | | **$104,430.00** |
| **Pacific BioLabs 551 Linus Pauling Drive Hercules, CA 94547** | **Shalia Bhuiyan**<br><br>**shaliabhuiyan@pa cificlabs.com (510) 315-3460** | **Critical operational supplies and/or services** | | | | **$36,000.00** |
| **Pharmascience Inc. 6111, Royalmount Avenue, Suite 100 Montreal, Quebec, CA** | **Samantha DeMelo**<br><br>**sdemelo@pharmas cience.com (438) 336-7343** | **Critical operational services and/or supplies** | | | | **$36,560.00** |

Debtor   **SAMM Solutions, Inc.**
　　　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **San Diego Gas & Electric P.O. Box 25111 Santa Ana, CA 92799-5111** | **(800) 336-7343** | **Utilities** | | | | **$26,766.87** |
| **The Business Backers 10856 Reed Hartman Hwy. Suite 1 Cincinnati, OH 45242** | **Patricia Hill, Esq. phill@graydon.law (513) 755-4554** | **Judgment** | | | | **$74,461.00** |
| **UCSD, CRSF 9500 Gilman Drive La Jolla, CA 92093-0614** | **Jennifer Jones asp@invoice@ucsd.edu (858) 322.6476** | **services** | | | | **$37,359.23** |
| **WCCP Rosemont, LLC 721 Emerson Road, STE 300 Saint Louis, MO 63141** | **Scott Douglas sdouglas@westcoastcap.com (310) 489-7532** | **Stipulated Judgment** | | | | **$644,000.00** |
| **Xybion Medical Systems 2000 LENOX DR, SUITE 101 LAWRENCEVILLE, NJ 08648** | **Carlos Frade cfrade@xybion.com (609) 512-5790 Ext. 305** | **Critical operational services and/or supplies** | | | | **$48,100.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
12/15

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................ $ _____ 999,443.51

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................... $ _____ 999,443.51

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ 1,190,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____ 432,375.27

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____ 4,247,254.26

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 5,869,629.53

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SAMM Solutions, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **San Diego County Credit Union** | **Checking Account** | **6395** | $6,000.00 |
| 3.2. | **San Diego County Credit Union** | **Checking Account** | **6396** | $100.00 |
| 3.3. | **San Diego County Credit Union** | **Savings Account** | **6300** | $64.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $6,164.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Electric: SDGE** | $35,000.00 |
|---|---|---|

Debtor  **SAMM Solutions, Inc.**
       Name

Case number *(If known)*

---

| | | |
|---|---|---|
| 7.2. | **Rental Deposit: WCCP LLC now Longfellow.** | $139,000.00 |
| 7.3. | **Rental Deposit: Sorrento Roselle Corp** | $17,000.00 |
| 7.4. | **Corporate Turn Around** | $65,000.00 |
| 7.5. | **Rental Security Deposit for 990 Mesa Rim Drive, San Diego** | $20,400.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

    $276,400.00

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 6,600.00 | - | 0.00 | = .... | $6,600.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 750.00 | - | 0.00 | = .... | $750.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 1,202.35 | - | 0.00 | = .... | $1,202.35 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 11,883.30 | - | 0.00 | = .... | $11,883.30 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 20,988.82 | - | 0.00 | = .... | $20,988.82 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 15,000.00 | - | 0.00 | = .... | $15,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **SAMM Solutions, Inc.**
              Name                                                    Case number *(If known)* _____

| 11a. 90 days old or less: | **2,496.60** | - | **0.00** = .... | **$2,496.60** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **4,712.00** | - | **0.00** = .... | **$4,712.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **6,913.34** | - | **0.00** = .... | **$6,913.34** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **2,850.00** | - | **0.00** = .... | **$2,850.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **4,995.00** | - | **0.00** = .... | **$4,995.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **2,370.00** | - | **0.00** = .... | **$2,370.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **1,117.69** | - | **0.00** = .... | **$1,117.69** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **2,390.00** | - | **0.00** = .... | **$2,390.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **5,150.00** | - | **0.00** = .... | **$5,150.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **5,592.00** | - | **0.00** = .... | **$5,592.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **21,600.00** | - | **0.00** = .... | **$21,600.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **2,010.00** | - | **0.00** = .... | **$2,010.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **1,057.50** | - | **0.00** = .... | **$1,057.50** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **4,552.49** | - | **0.00** = .... | **$4,552.49** |
| | face amount | | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **SAMM Solutions, Inc.**                                    Case number *(If known)* _____
                Name

11a. 90 days old or less:        **10,000.00**    -        **0.00**  = ....        **$10,000.00**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **3,180.00**    -        **0.00**  = ....        **$3,180.00**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **10,000.00**    -        **0.00**  = ....        **$10,000.00**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **22,780.00**    -        **0.00**  = ....        **$22,780.00**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **19,800.00**    -        **0.00**  = ....        **$19,800.00**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **1,457.58**    -        **0.00**  = ....        **$1,457.58**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **7,042.29**    -        **0.00**  = ....        **$7,042.29**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **33,363.00**    -        **0.00**  = ....        **$33,363.00**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **13,050.00**    -        **0.00**  = ....        **$13,050.00**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **13,050.00**    -        **0.00**  = ....        **$13,050.00**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **13,050.00**    -        **0.00**  = ....        **$13,050.00**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **17,685.00**    -        **0.00**  = ....        **$17,685.00**
                        face amount            doubtful or uncollectible accounts

11a. 90 days old or less:        **6,840.00**    -        **0.00**  = ....        **$6,840.00**
                        face amount            doubtful or uncollectible accounts

Debtor    **SAMM Solutions, Inc.**                                  Case number *(If known)*
         Name

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 13,050.00 | - | 0.00 | = .... | $13,050.00 |
| 11a. 90 days old or less: | 17,685.00 | - | 0.00 | = .... | $17,685.00 |
| 11a. 90 days old or less: | 20,205.00 | - | 0.00 | = .... | $20,205.00 |
| 11a. 90 days old or less: | 13,545.00 | - | 0.00 | = .... | $13,545.00 |
| 11a. 90 days old or less: | 13,050.00 | - | 0.00 | = .... | $13,050.00 |
| 11a. 90 days old or less: | 1,381.00 | - | 0.00 | = .... | $1,381.00 |
| 11a. 90 days old or less: | 12,429.00 | - | 0.00 | = .... | $12,429.00 |
| 11a. 90 days old or less: | 1,381.00 | - | 0.00 | = .... | $1,381.00 |
| 11a. 90 days old or less: | 12,429.00 | - | 0.00 | = .... | $12,429.00 |
| 11a. 90 days old or less: | 1,381.00 | - | 0.00 | = .... | $1,381.00 |
| 11a. 90 days old or less: | 1,381.00 | - | 0.00 | = .... | $1,381.00 |
| 11a. 90 days old or less: | 12,429.00 | - | 0.00 | = .... | $12,429.00 |
| 11a. 90 days old or less: | 12,429.00 | - | 0.00 | = .... | $12,429.00 |
| 11a. 90 days old or less: | 725.50 | - | 0.00 | = .... | $725.50 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Debtor     **SAMM Solutions, Inc.**                                        Case number *(If known)* _____
           _____
           Name

| 11a. 90 days old or less: | 6,529.50 | - | 0.00 | = .... | $6,529.50 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 27,216.00 | - | 0.00 | = .... | $27,216.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 2,532.60 | - | 0.00 | = .... | $2,532.60 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 10,770.00 | - | 0.00 | = .... | $10,770.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 7,180.00 | - | 0.00 | = .... | $7,180.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 9,720.00 | - | 0.00 | = .... | $9,720.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 5,550.00 | - | 0.00 | = .... | $5,550.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 5,349.95 | - | 0.00 | = .... | $5,349.95 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 1,800.00 | - | 0.00 | = .... | $1,800.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 2,700.00 | - | 0.00 | = .... | $2,700.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 4,320.00 | - | 0.00 | = .... | $4,320.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 2,592.00 | - | 0.00 | = .... | $2,592.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 4,320.00 | - | 0.00 | = .... | $4,320.00 |
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **SAMM Solutions, Inc.**                                        Case number *(If known)* _____
           Name

| 11a. 90 days old or less: | **3,750.00** | - | **0.00** | = .... | **$3,750.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                        | **$523,359.51** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2006 Ford E250 Van**<br>**VIN# 1FT5534L26HA20690**<br>**220,000 MILES** | **$0.00** | **Comparable sale** | **$570.00** |
| 47.2.   **1999 FORD BOX TRUCK**<br>**VIN# 1FDWE47F6XHG14122**<br>**180,000 Miles** | **$0.00** | **Comparable sale** | **$950.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

Debtor   **SAMM Solutions, Inc.**                                        Case number *(if known)* _____
_____
         Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       equipment and fixtures of the business
       Appraisal and equipment list attached          $0.00      Appraisal          $192,000.00

51.    **Total of Part 8.**                                                    | $193,520.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **10635 Rosedale Road San Diego CA 92125 Offices and Labratories** | Leasehold | $0.00 | | Unknown |
| 55.2.  **9990 Mesa Rim Road Suite 100 San Diego, CA 92121 Office Building** | Leasehold | $0.00 | | Unknown |
| 55.3.  **11211 Sorento Valley Road San Diego, CA 92121 Office and storage** | Leasehold | $0.00 | | Unknown |
| 55.4.  **Storage Facility at 6200 Miramar Road** | Leasehold month to month | $0.00 | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **SAMM Solutions, Inc.** | | Case number *(If known)* | |
|--------|--------------------------|---|------------------------|---|
| | Name | | | |

| | | | | | |
|--|--|--|--|--|--|
| 55.5. | **Storage facility at 11303 Sorrento Valley Road** | **Month to Month Leasehold** | **$0.00** | | **Unknown** |
| 55.6. | **Storage Facility at 10345 Sorrento Valley Road** | **Month to month leasehold** | **$0.00** | | **Unknown** |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| **$0.00** |

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|--|--|
| **71.**    **Notes receivable** <br> Description (include name of obligor) | |
| **72.**    **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| **73.**    **Interests in insurance policies or annuities** | |
| **74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)** <br> **Cliam for damage resulting from interference with business opeerations by landlord.** | **Unknown** |

| Nature of claim | **Breach of lease covenants and negligence** |
|--|--|
| Amount requested | **$10,000,000.00** |

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    **SAMM Solutions, Inc.**                                           Case number *(If known)* _____
_____
Name

**Flood damage resulting to equipment.**
**CNA Insurance**
**Policy No. 4031087488**
**Claim No.: E2F11321**
**Date of Loss: March 24, 2019**                                                                           **Unknown**

| Nature of claim | **Insurance: Water Damage** |
|---|---|
| Amount requested | **$220,000.00** |

---

| | |
|---|---|
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **SAMM Solutions, Inc.**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,164.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $276,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $523,359.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $193,520.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $999,443.51 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $999,443.51 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy



July 13, 2019


Tareq Abu-Nadi, COO
BTS Research
10665 Sorrento Valley Road
San Diego, CA 92121

RE:  Machinery and Equipment Appraisal Report – BTS Research – **2019**


Mr. Abu-Nadi,

The attached document is the Machinery and Equipment Summary Appraisal Report conducted by Anderson Valuation, Inc. for BTS Research.  Please note that the detailed list of equipment is shown on the "Addendum 1 - Equipment List - BTS Research - 2019".

Please feel free to contact me with any questions.

Regards,

Jeff Anderson, ASA
President / Appraiser
Anderson Valuation, Inc.


Phone:  760-458-7125

ANDERSON VALUATION, INC.
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email:  jeff@andersonvaluationinc.com

Page 1 of 11



# Machinery and Equipment Summary Appraisal Report

Appraisal conducted for:

**Tareq Abu-Nadi, COO**
**BTS Research**
10665 Sorrento Valley Road
San Diego, CA 92121

Appraisal Report by:

Jeff Anderson, ASA
**Anderson Valuation, Inc.**

**Appraisal Effective Date as of July 13, 2019**



3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email:  jeff@andersonvaluationinc.com

**Table of Contents:**

**Section:**                                                                                                                         **Page:**

Client  …………………………………………………………………. 4
Introduction / Purpose of Appraisal   ……………………………………….. 4
Appraiser Qualifications ……………………………………………………. 4
Intended Use  ………………………………………………………………… 4
Intended Users ……………………………………………………………...  4
Effective Date of Appraisal   ……………………………………………….. 4
Type of Report ……………………………………………………………… 5
Premise and Definition of Values ………………………………………….5
Scope of Work / Equipment Included in Scope …………………………….. 5
Relevant Characteristics of Subject Equipment ……………………………. 5
Equipment Excluded from Scope of Work ………………………………….. 5
Ownership Interest Appraised  ……………………………………………… 6
Highest and Best Use ……………………………………………………….. 6
Research Methods …………………………………………………………… 6
Valuation Approaches ………………………………………………………. 6
Known Restrictions, Encumbrances or Items of Similar Nature ………………… 7
Real Property or Intangible Property Appraised …………………………… 7
Extraordinary Assumptions ………………………………………………… 7
Hypothetical Conditions …………………………………………………… 7
Leased Property and any Effect on Value …………………………………… 8
Proposed Modifications to the Subject Property …………………………… 8
Summary and Reconciliation ………………………………………………. 8
Final Opinion of Value ……………………………………………………… 8
Certification   ……………………………………………………………… 9
Appraiser Qualifications ……………………………………………………  10
General Assumptions and limiting Conditions ……………………………… 11
Addendum 1 - Equipment List - BTS Research - 2019...……………........................ 12-15

ANDERSON VALUATION, INC.

3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email:  jeff@andersonvaluationinc.com

July 13, 2019


**Client:**
Tareq Abu-Nadi, COO
BTS Research
10665 Sorrento Valley Road
San Diego, CA 92121


**Introduction / Purpose of Appraisal:**
Anderson Valuation, Inc. is a machinery and equipment appraisal company near San Diego, California. We have been engaged by Tareq Abu-Nadi, at BTS Research (the Client) to conduct an appraisal of certain machinery and equipment as described herein. We have prepared this Machinery and Equipment Summary Appraisal Report which will summarize the scope and methodology of the project as well as our opinion of value.

This appraisal will be used for the purpose of bankruptcy filing. At the conclusion of the report we will provide an opinion of "Forced Liquidation Value" of the subject equipment.

**Appraiser Qualifications:**
Jeff Anderson, ASA is President and Senior Appraiser for Anderson Valuation, Inc. and performed this appraisal. His background and experience are as a machinery and equipment appraiser from 1993 to present date. He is a member of the American Society of Appraisers and has completed all the education and experience required to attain the highest level of certification in the equipment appraisal field – Accredited Senior Appraiser. As such, Jeff Anderson, ASA is qualified to make appraisals of the type of property being valued.

**Intended Use:**
This appraisal report is intended to establish equipment values for a bankruptcy filing purposes. There are no other intended uses for this report.

**Intended Users:**
Mr. Tareq Abu-Nadi, COO at BTS Research and their attorney are the intended users of this report. There are no other intended users of this report.

**Effective Date of Appraisal:**
The effective date of this appraisal report is July 13, 2019. Opinions of value within this report are as of that date.


AV  ANDERSON VALUATION, INC.

3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

**Type of Report:**
This is a Complete, Summary Appraisal Report.  The report will:

> Identify the property appraised
> State the purpose of the appraisal
> Specify the appraisal date
> Define the level of value sought and the premise of value employed
> Describe the nature of the property included in and excluded from the appraisal
> Discuss the appraisal investigation
> Indicate the factual data considered
> Present the conclusions of value
> Outline the qualifying and limiting conditions
> Include the signature of an authorized officer of the Company

**Premise and Definition of Values:**
The Premise of value for this appraisal is that the equipment will be in continued use for the same purpose it had been designed and acquired for.  For loan purposes, the appropriate value to be used is "Forced Liquidation Value", which is defined by the American Society of Appraisers as follows:

> **Forced Liquidation Value** is an opinion of the gross amount, expressed in terms of money, that typically could be realized from a properly advertised and conducted public auction, with the seller being compelled to sell with a sense of immediacy on an as-is, where-is basis, as of a specific date.

**Scope of Work:**
**Equipment Included in Scope of Work (Subject Equipment):**
The equipment subject to this appraisal includes 532 items as listed on the attached "Addendum 1 - Equipment List - BTS Research - 2019".  The equipment is owned by BTS Research and located at one site in San Diego, California as of the effective date.

**Relevant Characteristics of Subject Equipment:**
The subject equipment is used in a research laboratory business.  Relevant characteristics such as each item's location, description, quantity, manufacturer, model number, serial number, age, remaining useful life, condition and Forced Liquidation Value are noted for each item when available.

**Equipment Excluded from Scope of Work:**
All land, real property, buildings, land improvements (such as landscape, paving, hardscape, fencing, lighting etc.) are excluded from the scope of this appraisal.  Any machinery or equipment not previously mentioned is also excluded.  Any aircraft, artwork, antiques, jewelry, firearms, animals, raw materials, parts inventories, finished products for sale, intangible property, goodwill and the value of any collective business owned by BTS Research are excluded from the scope of this appraisal.

**Ownership Interest Appraised:**

Fee Simple ownership rights were appraised. We have been informed that the subject equipment was owned by BTS Research as of July 13, 2019.

**Highest and Best Use:**

The highest and best use of the subject equipment is in the continued operation of the research laboratory business at its current location. Alternative uses for the equipment could be a sale with removal of the equipment for a similar use in another location or liquidation of the equipment.

**Research Methods:**

Anderson Valuation, Inc. did not physically inspect the subject equipment. Significant characteristics of each item were provided by BTS Research, including a description of the item, the quantity, manufacturer, model number, serial number, age, condition and photos when such data was available. Anderson Valuation, Inc. inquired with BTS Research about certain aspects of each item including age, condition, cost and functionality. After collecting all data, the appraiser researched cost and market information to develop the opinion of value as of July 13, 2019.

**Valuation Approaches:**

All three recognized approaches to value were considered for this project (Cost, Sales Comparison and Income Approaches). The three approaches, as defined by the American Society of Appraisers are:

> **Cost Approach** – This approach is based on the proposition that the informed purchaser would pay no more for a property than the cost of producing a substitute property with the same utility as the subject property. It considers that the maximum value of a property to a knowledgeable buyer would be the amount currently required to construct or purchase a new asset of equal utility. When the subject asset is not new, the current cost new for the subject must be adjusted for all forms of depreciation and obsolescence as of the effective date of the appraisal.

> **Sales Comparison Approach** – This approach involves the comparison of comparable recent sales (or offerings) of similar assets to the subject. If the comparable sales are not exactly like the subject, adjustments must be made to the price of the comparable sales (or offerings). The adjustments may be either up or down in order to estimate what the comparable would have sold for if it had the same characteristics as the subject. This approach leads to an indication of the most probable selling price for the assets being appraised.

> **Income Approach** – This approach considers value in relation to the present worth of future benefits derived from ownership of the subject property. It is usually measured through the capitalization of a specific level of income.



ANDERSON VALUATION, INC.

In considering the Cost Approach to value, we determined that there was sufficient data available to employ the approach.    Sources for this information include, but are not limited to manufacturers price quotes, historical purchase costs, cost databases, manufacturer's suggested retail price lists, used equipment dealers, internet price quotes and retail equipment catalogs. Since such information was available and deemed reliable, we decided to employ the Cost Approach for this appraisal and consider it in the final reconciliation of value.

In considering the Sales Comparison Approach to value, we determined that there is an active resale market for most of the equipment included in the scope of this assignment.   Sources of sales comparison data include manufacturers' sales representatives, used equipment sale listings, used equipment dealers and auction results.   Since there was sufficient data available to employ the Sales Comparison approach, this approach was used and considered in the final reconciliation of value.   When no sales comparables were available, the cost approach was used to determine the item's value.

In considering the Income Approach, we concluded that there is no way to accurately forecast the income associated with each item included in the appraisal.   As such, we did not employ the Income Approach or consider it in the final reconciliation of value.

### Known Restrictions, Encumbrances, Leases Covenants, Contracts, Declarations, Special Assessments, Ordinances or Items of Similar Nature:
There are no known restrictions, encumbrances, leases covenants, contracts, declarations, special assessments, ordinances or items of similar nature noted for this appraisal.

### Real Property or Intangible Property Appraised:
No real property or intangible property is included in the scope of this appraisal.

### Extraordinary Assumptions:
An Extraordinary Assumption was relied upon in this assignment.  Anderson Valuation, Inc. did not physically inspect the subject equipment.  The extraordinary assumption is that the subject property did exist as of the effective date and that the data provided by the client is accurate.  In order to conduct the appraisal at all, it was necessary for us to assume the subject property does exist.  This assumption is required to properly develop credible opinions and conclusions in this assignment.  After a review of the data and photos provided, we believe there is a reasonable basis for the extraordinary assumption.

"Extraordinary Assumption" is defined by the American Society of Appraisers as an assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions.

### Hypothetical Conditions:
No hypothetical conditions were noted or required for this appraisal. The American Society of Appraisers defines a Hypothetical Condition as a condition which is contrary to what exists but is supposed for the purpose of analysis.



ANDERSON VALUATION, INC.

3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email:  jeff@andersonvaluationinc.com

**Leased Property and any Effect on Value:**
None of the subject equipment was identified as leased.  There is no effect on the value of the subject equipment.

**Proposed Modifications to the Subject Property:**
There were no known proposed modifications to the subject property.

**Summary and Reconciliation:**
**Combined Cost and Sales Comparison Approaches Total Value:**
      Forced Liquidation Value:       $192,048.00 USD
      (Refer to the addendum for a detailed list of each item)

The Cost Approach and the Sales Comparison approach were employed in this appraisal.  There was insufficient reliable data available to employ the Income Approach and it was not used.  Based upon the appraisal investigation and analysis, the premises outlined above, our final opinion of value as of July 13, 2019 is:

**Final Opinion of Value:**
      **Forced Liquidation Value:**       **$192,048.00 USD**

The appraisal report includes the following documents:
- This letter, which summarizes the appraisal procedures.
- A signed Certification from the Appraiser
- Appraiser's Qualifications / Curriculum Vitae
- A statement of assumptions and limiting conditions.
- Addendum 1 - Equipment List - BTS Research - 2019

ANDERSON VALUATION, INC.

3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

**<u>Certification</u>**:

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest with respect to the parties involved.
- I have no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the *Uniform Standards of Professional Appraisal Practice*.
- I have not made a personal inspection of the properties that are the subject of this report.
- No other person provided significant assistance to the person signing this certification.
- I have not provided any services with regard to the subject equipment in the last 3 years.  I have not owned, sold, restored or appraised the subject equipment in the last 3 years.

Respectfully submitted,

Anderson Valuation, Inc.
Jeff Anderson, ASA
Appraiser

ANDERSON VALUATION, INC.

3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email:  jeff@andersonvaluationinc.com

Page 9 of 11

**Appraiser Qualifications / Curriculum Vitae**

Jeff Anderson, ASA
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760) 458-7125    Email: jeff@andersonvaluationinc.com

**Work Experience:**

09/04 – present      Anderson Valuation, Inc., Fallbrook, CA. www.andersonvaluationinc.com
Owner/President.  Machinery and Equipment appraisals.  Municipal &
Institutional building appraisals.  Insurance and Fair Market Value
appraisals.  Cost Surveys.

02/93 – 02/05      MAXIMUS, Inc., Asset Management Division, San Diego, California
Vice President/Appraisal Services Manager, Western Region

Responsibilities included: Replacement Cost appraisals and original cost
estimates of machinery, equipment, buildings and infrastructure assets;
general management and supervision of as many as 100 appraisers
nationwide; project scheduling & management; frequent communication
with upper management, appraisers, clients, insurance brokers and
auditors; on site fieldwork/data collection; development of standardized
valuation procedures; quality control; report reviews; problem solving.

Experienced in serving many different clients including Cities, Counties,
State governments, School Districts, Colleges, Universities, Risk Pools,
Airports, Port Authorities, Housing Authorities, Insurance Companies,
Manufacturing/Private Companies, Hospitals, Hotels, Casinos, Banks,
Business Brokers, and Individuals.

**Education:**      University of Wisconsin - Madison
Bachelor of Business Administration degree.  Majored in Finance.
Coursework in Accounting, Finance, Real Estate, Management, Marketing
and Communications.

American Society of Appraisers – Several courses on appraisal standards,
ethics and machinery and equipment appraisals.

**Skills:**      Technical appraisal knowledge and over 20 years experience in providing
appraisals of buildings, infrastructure assets, machinery and equipment.

**Professional Designations:**
American Society of Appraisers – Accredited Senior Appraiser (ASA),
designation in Machinery and Technical Specialties / Machinery and
Equipment valuation.



ANDERSON VALUATION, INC.

3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email:  jeff@andersonvaluationinc.com

### General Assumptions and Limiting Conditions

This appraisal report has been made with the following general assumptions and limiting conditions:

1.  It is assumed that there are no hazardous substances on the subject property or on surrounding properties that would potentially adversely affect the value of the subject property. The analyses and value conclusions in this appraisal report are null and void should any such hazardous materials be discovered. We possess no expertise or qualifications for identifying hazardous materials. We assume no responsibility for investigating or arranging for competent engineering studies of the property to identify such hazardous materials.

2.  The information furnished by others is believed to be reliable and has been confirmed with a knowledgeable party when possible. However, no warranty is given for its accuracy.

3.  This appraisal is valid only for the function, which is stated herein. Any other use of, or reliance upon this report by you or third parties is invalid.

4.  Liability of Anderson Valuation, Inc., and its employees for errors and omissions, if any, in this work is limited to the amount of its compensation for the work performed in this assignment.

All services provided by Anderson Valuation, Inc. are performed in accordance with the Uniform Standards of Professional Appraisal Practice. We have acted as an independent contractor and have no personal interest, either present or contemplated, in the subject property. We certify that no fee received, or to be received, or the employment of our services, is in any way contingent upon the opinion reported. All files, work papers or documents developed during the course of the assignment shall be our property. We will retain these data for at least five years.

We sincerely appreciate the opportunity to provide appraisal services to BTS Research. If we can clarify any details or provide further insight into the project scope, please call us at 760-458-7125.

ANDERSON VALUATION, INC.

3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

**Addendum 1 - Equipment List - BTS Research**          Effective Date: 7/13/2019          1

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | A/C Unit - Duca 4HP - 3 Tons | | 4HP14L36P 3 TONS | 1916D18348 | 7/21/2016 | 10 | 3 | 7 | $480.00 |
| | 1 | Air handler | Armsrrong | BCE3M36C00 NAI | 6013K23500 | 7/21/2016 | 10 | 3 | 7 | $420.00 |
| BTS 0086 | 1 | Air Supply, Animal Cage | | 59015HD | M166590-9830 | 6/30/2012 | 10 | 7.1 | 2.9 | $110.00 |
| BTS 2091 | 1 | Analyzer | Siemens | Clinitek Status+ 240-10379675 | 21-293544 | 6/2/2017 | 10 | 2.2 | 7.8 | $210.00 |
| BTS 0468 | 1 | Analyzer, Blood Gas | Siemens | Rapidlab 1245 | 1405328641 | 11/20/2017 | 10 | 1.7 | 8.3 | $300.00 |
| BTS 0466 | 1 | Analyzer, Blood Gas | Siemens | Rapidlab 1265 | | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 1497 | 1 | Analyzer, Clinical Chemistry | Imola Randox | RX Imola | 7201-0353 | 2/17/2016 | 10 | 3.5 | 6.5 | $2,550.00 |
| BTS 0245 | 1 | Analyzer, Clinical Chemistry Blood | Abaxis | Vetscan 2 | | 6/30/2008 | 10 | 11.1 | 1 | $300.00 |
| BTS 1352 | 1 | Analyzer, Coagulation | Siemens | Sysmex CA-660 630414593674 | 11226 | 2/20/2017 | 10 | 2.4 | 7.6 | $3,600.00 |
| BTS 1351 | 1 | ANALYZER, URINE | ChemStrip | Midtrion Junior II | 8107804 | 6/30/2012 | 10 | 7.1 | 2.9 | $50.00 |
| BTS 0376 | 1 | Anesthesia Machine | Summit | Unknown | 2394 | 6/30/2008 | 10 | 11.1 | 1 | $300.00 |
| BTS 0375 | 1 | Anesthesia Machine | Summit | | 5412 | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 1117 | 1 | Anesthesia Machine | Unknown | Unknown | 10232 | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 0381 | 1 | Anesthesia Machine | Vet Equip | Unknown | AB18097 | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 0007 | 1 | Anesthesia Machine (Isoflurane) | Highland Medical Equipment | Drager 19.1 | ARQM0505 | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 1119 | 1 | Anesthesia Machine (Isoflurane) | Ohio Modular | Unknown | ABQS 00915 | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 0377 | 1 | Anesthesia Machine (Isoflurane) | Summit | 637 | UVS-1087 | 6/30/2008 | 10 | 11.1 | 1 | $300.00 |
| BTS 0374 | 1 | Anesthesia Machine (Isoflurane) | Summit | 100F | SAS-2846 | 6/30/2008 | 10 | 11.1 | 1 | $300.00 |
| BTS 0380 | 1 | Anesthesia Machine (Isoflurane) | Vet Equip | Isotec 3 | SAS-2392 | 6/30/2008 | 10 | 11.1 | 1 | $300.00 |
| BTS 0522 | 1 | Anesthesia Machine (Isoflurane) | | Isotec 3 | Unknown | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 2082 | 1 | AutoClave | Barnstead | ST75925 | 1277020640773 | 10/16/2017 | 10 | 1.8 | 8.2 | $960.00 |
| BTS 2059 | 1 | AutoSampler | AB Applied BioSystems | NXT | 2AAS230050815 | 5/24/2017 | 10 | 2.2 | 7.8 | $3,210.00 |
| BTS 1443 | 1 | Battery Pack | APC | BC350R | 3B0634X63299 | 6/30/2012 | 10 | 7.1 | 2.9 | $5.00 |
| BTS 1444 | 1 | Battery Pack | APC | BC350R | 3B0608X09813 | 6/30/2012 | 10 | 7.1 | 2.9 | $5.00 |
| BTS 0219 | 1 | Bead Sterilizer | Cellpoint | Germinator 500 | 2228 | 6/30/2012 | 10 | 7.1 | 2.9 | $50.00 |
| BTS 1331 | 1 | Blanket Warmer | Gaymar | Medi-therm II | MTA5900 A D69049 | 6/30/2012 | 10 | 7.1 | 2.9 | $450.00 |
| BTS 0152 | 1 | Cabinet, Biosafety | Forma Scientific | 1104 | 14174-522 | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 0362 | 1 | Cabinet, Biosafety | Forma Scientific | 1284 | 18028-15 | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 1724 | 1 | Cabinet, Biosafety | NuAire | NU-425-600 | 60066ABV | 6/30/2012 | 10 | 7.1 | 2.9 | $450.00 |
| BTS 0146 | 1 | Cabinet, Biosafety | NuAire | NU-S629-600 | 90714050504 | 6/30/2012 | 10 | 7.1 | 2.9 | $450.00 |
| BTS 2099 | 1 | Cabinet, flammable storage | Just-Rite | 4262448 | NA | 8/17/2017 | 10 | 2 | 8 | $180.00 |
| BTS 0150 | 1 | Cabinet, Laminar Flow Biosafety | NuAire | NU-408FM-C00 | 7945190 | 6/30/2012 | 10 | 7.1 | 2.9 | $600.00 |
| BTS 0616 | 1 | Camera | Kodak | Easyshare Z650 | KCKFL6200400 | 11/17/2015 | 10 | 3.7 | 6.3 | $20.00 |
| BTS 0888 | 1 | Capture Hood | Kanomax | 6710 | 10184 | 6/30/2012 | 10 | 7.1 | 2.9 | $240.00 |
| BTS 1495 | 1 | C-Arm X-ray machine | OEC | Series 7600 | A 906419 K 950781 | 6/30/2012 | 10 | 7.1 | 2.9 | $1,350.00 |
| BTS 0110 | 1 | Cautery Kit | Bovie | Change-A-Tip | | 6/30/2012 | 10 | 7.1 | 2.9 | $6.00 |
| BTS 1315 | 1 | Cautery Kit | Jorgensen Laboratory | Unknown | Unknown | 6/30/2012 | 10 | 7.1 | 2.9 | $7.00 |
| BTS 0167 | 1 | Cell Counter | Nexcelom | Auto T4 | T4-0030348 | 6/30/2008 | 10 | 11.1 | 1 | $450.00 |
| BTS 2061 | 1 | Centrifuge | Beckman Coulter | Allegra 6 | AL599d21 | 3/17/2017 | 10 | 2.4 | 7.6 | $1,920.00 |
| BTS 1130 | 1 | Centrifuge | Beckman Coulter | Allegra X-12 | 486768 | 6/30/2012 | 10 | 11.1 | 1 | $390.00 |
| BTS 0278 | 1 | Centrifuge | Beckman Coulter | Allegra X-12R | ALX05G81 | 7/24/2018 | 10 | 1 | 9 | $2,970.00 |
| BTS 1529 | 1 | Centrifuge | Beckman Coulter | Allegra X-12R | ALXO4FD8 | 4/21/2016 | 10 | 3.3 | 6.7 | $2,220.00 |

**Addendum 1 - Equipment List - BTS Research**   Effective Date: 7/13/2019    2

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 1546 | 1 | Centrifuge | Beckman Coulter | Allegra X-12R | ALX05H01 | 10/18/2016 | 10 | 2.8 | 7.2 | $2,370.00 |
| BTS 0348 | 1 | Centrifuge | Beckman Coulter | Allegra X-14R | ALF15E01 | 9/28/2017 | 10 | 1.8 | 8.2 | $3,810.00 |
| BTS 0452 | 1 | Centrifuge | Beckman Coulter | Allegra X-14R | ALF17L37 | 8/7/2018 | 10 | 1 | 9 | $4,170.00 |
| BTS-1099 | 1 | Centrifuge | DuPont | RT6000D | | 6/30/2012 | 10 | 7.1 | 2.9 | $420.00 |
| BTS 0834 | 1 | Centrifuge | Eppendorf | 5403 | 5403-B-003 94 | 6/30/2012 | 10 | 7.1 | 2.9 | $180.00 |
| BTS 1229 | 1 | Centrifuge | Eppendorf | 5417C | 0021966 | 6/30/2012 | 10 | 7.1 | 2.9 | $150.00 |
| BTS 2060 | 1 | Centrifuge | Eppendorf | 5417C | 541713775 | 3/17/2017 | 10 | 2.4 | 7.6 | $630.00 |
| BTS 0897 | 1 | Centrifuge | Fisher | Accuspin Micro | 40443058 | 6/30/2012 | 10 | 7.1 | 2.9 | $150.00 |
| BTS 0391 | 1 | Centrifuge | IEC | Centra CL2 | 42600314 | 6/30/2008 | 10 | 11.1 | 1 | $150.00 |
| BTS 0270 | 1 | Centrifuge | Shandon | Cytospin 2 | MA 779311K | 6/30/2008 | 10 | 11.1 | 1 | $150.00 |
| BTS 0361 | 1 | Centrifuge, Microfuge | Eppendorf | 5415R | 5426 08021 | 6/30/2012 | 10 | 7.1 | 2.9 | $660.00 |
| BTS 0157 | 1 | Centrifuge, Microfuge | Eppendorf | 5417R | 5407YH28101 | 6/30/2008 | 10 | 11.1 | 1 | $360.00 |
| BTS 2103 | 1 | Centrifuge, Mini | VWR | Galaxy | NA | 8/17/2017 | 10 | 2 | 8 | $90.00 |
| BTS 2104 | 1 | Centrifuge, Mini | VWR | Galaxy | NA | 8/17/2017 | 10 | 2 | 8 | $90.00 |
| BTS 2105 | 1 | Centrifuge, Mini | VWR | Galaxy | NA | 8/17/2017 | 10 | 2 | 8 | $90.00 |
| BTS 0995 | 1 | Centrifuge, Refrigerated Micro | Tomy | MRX-152 | 33906-8675 | 6/30/2008 | 10 | 11.1 | 1 | $210.00 |
| BTS 0152 | 1 | Clock, Radio Wall, Dig | Control Co. | 47732-424 | 122406501 | 6/30/2012 | 10 | 7.1 | 2.9 | $8.00 |
| BTS 0096 | 1 | Clock, Radio Wall, Dig | Control Co. | 47732-424 | 140311019 | 6/30/2012 | 10 | 7.1 | 2.9 | $8.00 |
| BTS 0017 | 1 | Clock, Radio Wall, Dig | Control Co. | Unknown | Unknown | 6/30/2008 | 10 | 11.1 | 1 | $4.00 |
| BTS 0421 | 1 | Clock, Radio Wall, Dig | Control Co. | Unknown | Unknown | 6/30/2012 | 10 | 7.1 | 2.9 | $8.00 |
| BTS 0980 | 1 | Coagulation Machine | Abaxis | Vetscan VS Pro | AB0270 | 6/30/2008 | 10 | 11.1 | 1 | $240.00 |
| BTS 0812 | 1 | Computer Monitor | Acer | 1912 | | 6/30/2012 | 10 | 7.1 | 2.9 | $6.00 |
| BTS 0284 | 1 | Cryo-Center | Sakura | Tissue-Tek 4709 | 4709-1000680 | 8/18/2017 | 10 | 2 | 8 | $1,620.00 |
| BTS 0224 | 1 | Cryofreezer | Cryomed | CPILIB | 904701H1468 | 6/30/2012 | 10 | 7.1 | 2.9 | $1,470.00 |
| BTS 0225 | 1 | Cryofreezer | Taylor-Wharton | K-Series | 566-011-H3 | 6/30/2012 | 10 | 7.1 | 2.9 | $540.00 |
| BTS 2100 | 1 | Cryostat | Leica | 3050S | 3011/01.2002 | 8/17/2017 | 10 | 2 | 8 | $1,800.00 |
| BTS 0174 | 1 | Cytokine | In Vitrogen | Luminex XYP | LXY09260103 | 6/30/2012 | 10 | 7.1 | 2.9 | $480.00 |
| BTS 0173 | 1 | Cytokine Assays | In Vitrogen | Luminex xMAP | | 6/30/2008 | 10 | 11.1 | 1 | $390.00 |
| BTS 2048 | 1 | Cytometer, Flow | AB Applied BioSystems | Attune Acoustic | 9AAFC02830311 | 3/17/2017 | 10 | 2.4 | 7.6 | $4,500.00 |
| BTS 2083 | 1 | Cytometer, Flow | Thermo Fisher | Attune NXT | 2AFC215710517 | 1/5/2018 | 10 | 1.6 | 8.4 | $12,900.00 |
| BTS 0249 | 1 | Cytometer/Facs Machine | Beckman Coulter | XL-MCL | | 6/30/2008 | 10 | 11.1 | 1 | $1,020.00 |
| BTS 1442 | 1 | Data Acquisition System | BMDS | DAS-6001 | 61DS-1038 | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 0072 | 1 | Data Exchange Matrix | DSI | Unknown | 6028 | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 1251 | 1 | Defibrillator/Monitor, Cardiac | Physio-Control | Lifepak 6S | 36089 | 6/30/2012 | 10 | 7.1 | 2.9 | $150.00 |
| BTS 1187 | 1 | Digital Caliper | Husky | NA | NA | 10/27/2016 | 10 | 2.8 | 7.2 | $9.00 |
| BTS 0284 | 1 | Digital Force Gauge | Chatillon | Unknown | B37986 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 1530 | 1 | Dispenser, Bottle Top | | 15407143 | 30000-BTTQ | 4/29/2016 | 10 | 3.3 | 6.7 | $120.00 |
| BTS 1172 | 1 | Electric Tattoo Marker | Jorgensen Laboratory | J276 | 6472 | 10/6/2016 | 10 | 2.8 | 7.2 | $150.00 |
| BTS 1111 | 1 | Electric Tattoo Marker | Spaulding | | | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 1324 | 1 | Electrosurgical Unit | Conmed | Sabre 180 60-5800-001 | 02EGD013 | 6/30/2008 | 10 | 11.1 | 1 | $360.00 |
| BTS 0281 | 1 | Embedding Center | Sakura | Tissue-Tek 4710 | 4710-1000638 | 8/18/2017 | 10 | 2 | 8 | $2,250.00 |
| BTS 0338 | 1 | Endoscopy Machine | Stryker | 00E014094 | | 6/30/2012 | 10 | 7.1 | 2.9 | $1,140.00 |

**Addendum 1 - Equipment List - BTS Research**    Effective Date: 7/13/2019    3

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 0700 | 1 | Extracellular Flux Analyzer | SeaHorse | XF96 | | 201416A | 6/30/2012 | 10 | 7.1 | 2.9 | $18,000.00 |
| BTS 1068 | 1 | Fan, Oscillating Tower | | FZ12A | 4007748 | 6/30/2012 | 10 | 7.1 | 2.9 | $3.00 |
| BTS 0158 | 1 | Flex Station | Molecular Devices | OBO7561 | FX01049 | 6/30/2011 | 10 | 8.1 | 1.9 | $2,100.00 |
| BTS 2044 | 1 | Florescent Plate Reader | Molecular Devices | Spectra Max i3x | 363703596 | 3/17/2017 | 10 | 2.4 | 7.6 | $8,040.00 |
| BTS 2097 | 1 | Formaldehyde Meter | Extech | FM200 | 160332 | 7/11/2017 | 10 | 2.1 | 7.9 | $90.00 |
| BTS 0750 | 1 | Freezer | Nuaire | NU-6511G | 81008907 | 6/30/2008 | 10 | 11.1 | 1 | $330.00 |
| BTS 0749 | 1 | Freezer | Revco | ULT2186-5-D35 | NO9M-564046-NM | 11/30/2015 | 10 | 3.7 | 6.3 | $1,470.00 |
| BTS 0748 | 1 | Freezer | Revco | ULT2586-9-D35 | W26M-600819-XV | 11/30/2015 | 10 | 3.7 | 6.3 | $1,470.00 |
| BTS 1033 | 1 | Freezer | | | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0020 | 1 | Freezer (chest) | Kenmore | 253.133121 | WB31531472 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0427 | 1 | Freezer (chest) | Kenmore | 253.1650211 | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 1335 | 1 | Freezer (chest) | Kenmore | 253.916551 | S605133837 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0929 | 1 | Freezer (Walk-in) | Commercial Cooling | Walk-in Freezer | | 6/30/2012 | 10 | 7.1 | 2.9 | $1,260.00 |
| BTS 0928 | 1 | Freezer (Walk-in) | National Cooler Corp. | Walk-in | | 6/30/2012 | 10 | 7.1 | 2.9 | $1,260.00 |
| BTS 0016 | 1 | Freezer -80 | Sanyo | MDF-U72VC | 50708990 | 6/30/2012 | 10 | 7.1 | 2.9 | $930.00 |
| BTS 0221 | 1 | Freezer -80 | Thermal Electron | | ULT-2586-351-A37 | 6/30/2012 | 10 | 7.1 | 2.9 | $780.00 |
| BTS 1098 | 1 | Freezer -80° | New Brunswick | U9440-0002 | 10347589 | 6/30/2012 | 10 | 7.1 | 2.9 | $1,710.00 |
| BTS 0982 | 1 | Freezer -86° C | Forma Scientific | 923 | 98388-4882 | 6/30/2012 | 10 | 7.1 | 2.9 | $1,500.00 |
| BTS 0238 | 1 | Fume Hood | AirScience Tech. | Fume Hood | A000227 | 6/30/2012 | 10 | 7.1 | 2.9 | $630.00 |
| BTS 0023 | 1 | Fume Hood | Hamilton | 54L502 | Unknown | 6/30/2012 | 10 | 7.1 | 2.9 | $1,050.00 |
| BTS 0925 | 1 | Fume Hood | Hamilton | SafeAir | 13562 | 6/30/2012 | 10 | 7.1 | 2.9 | $1,050.00 |
| BTS 2098 | 1 | Fume Hood | Labconco | 3950301 | 061163169C | 8/17/2017 | 10 | 2 | 8 | $1,740.00 |
| BTS 0923 | 1 | Fume Hood | Labconco | Unknown | Nex1 | 6/30/2008 | 10 | 11.1 | 1 | $330.00 |
| BTS 0892 | 1 | Fume Hood | NuAire | NU425-600  A2 | 64974ACW | 6/30/2012 | 10 | 7.1 | 2.9 | $630.00 |
| BTS 1038 | 1 | Fume Hood | NuAire | NU425-600 A2 | 1524032002 | 6/30/2012 | 10 | 7.1 | 2.9 | $630.00 |
| BTS 0470 | 1 | Fume Hood | The Baker Co. | FH-8SC | 53761 | 6/30/2012 | 10 | 7.1 | 2.9 | $450.00 |
| BTS 0720 | 1 | Fume Hood | The Baker Co. | FH-8SC | Unknown | 6/30/2012 | 10 | 7.1 | 2.9 | $450.00 |
| BTS 0282 | 1 | Hematology System | Siemens | Advia 120 | 1R08249840 | 6/30/2008 | 10 | 11.1 | 1 | $1,200.00 |
| BTS 0424 | 1 | Ice Machine | Hoshizaki | F300 BAF | S14036L | 6/30/2008 | 10 | 11.1 | 1 | $210.00 |
| BTS 0922 | 1 | Ice Machine | Manitowoc | Unknown | unknown | 6/30/2012 | 10 | 7.1 | 2.9 | $390.00 |
| BTS 0260 | 1 | Incubater | Fisher Scientific | 1113-002 | 697040282 | 6/30/2012 | 10 | 7.1 | 2.9 | $240.00 |
| BTS 0252 | 1 | Incubater | Forma Scientific | 3326 | 33906-8675 | 6/30/2008 | 10 | 11.1 | 1 | $1,050.00 |
| BTS 0508 | 1 | Incubator | VWR | Sheldon | 1535 | 6/30/2008 | 10 | 11.1 | 1 | $240.00 |
| BTS 0932 | 1 | Incubator (37/105 C) | Hygenia | Incubator2 | MK2000-26-1037 | 6/30/2008 | 10 | 11.1 | 1 | $30.00 |
| BTS 0048 | 1 | Incubator (37/95 C) | VWR | Heatblock 2 | SN0501 | 6/30/2008 | 10 | 11.1 | 1 | $50.00 |
| BTS 0903 | 1 | Incubator (heat block) | Clay Adams | 2014 | 166236 | 6/30/2008 | 10 | 11.1 | 1 | $40.00 |
| BTS 0900 | 1 | Incubator, Dry Bath | Fisher Scientific | | 20800434 | 6/30/2012 | 10 | 7.1 | 2.9 | $50.00 |
| BTS 0901 | 1 | Incubator, Dry Bath | Tecon | Tec-M-Dri-Block | 2778 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 2061 | 1 | Infusion Pump | Harvard Apparatus | PHO/Ultra | C-400337 | 3/17/2017 | 10 | 2.4 | 7.6 | $750.00 |
| BTS 2063 | 1 | Infusion Pump | Harvard Apparatus | PHo/Ultra | C-400338 | 3/17/2017 | 10 | 2.4 | 7.6 | $750.00 |
| BTS 2064 | 1 | Infusion Pump | Harvard Apparatus | PHO/Ultra | C-400340 | 3/17/2017 | 10 | 2.4 | 7.6 | $750.00 |
| BTS 0907 | 1 | Lab Light/Bench Light | Stereozoom | | | 6/30/2008 | 10 | 11.1 | 1 | $110.00 |

**Addendum 1 - Equipment List - BTS Research**    Effective Date: 7/13/2019    4

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---------|----------|-------------------|--------------|---------|----------|-------------------|---------------------------|----------------------|------------------------|--------------------------|
| BTS 0492 | 1 | Laptop work station | Dell | | | 6/30/2012 | 5 | 7.1 | 1 | $60.00 |
| BTS 0816 | 1 | Laser Doppler Perfusion Monitor | Moor Instruments | | FE0134 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 0175 | 1 | Luminex SD-Air | In Vitrogen | Luminex SD | LXSD09261002 | 6/30/2011 | 10 | 8.1 | 1.9 | $2,700.00 |
| BTS 2111 | 1 | Marble Slab | NA | NA | NA | 8/17/2017 | 10 | 2 | 8 | $150.00 |
| BTS 0450 | 1 | Meter, Digital Light | Unknown | LX1330B | S697846 | 3/28/2017 | 10 | 2.3 | 7.7 | $6.00 |
| BTS 0618 | 1 | Meter, Glucose | Bayer | 7160P | B199070 | 6/30/2012 | 10 | 7.1 | 2.9 | $3.00 |
| BTS 0617 | 1 | Meter, Glucose | Bayer | Contour | B709195 | 11/17/2015 | 10 | 3.7 | 6.3 | $3.00 |
| BTS 1087 | 1 | Meter, Glucose | Bayer | Contour Next EZ | A185207 7160P | 6/30/2012 | 10 | 7.1 | 2.9 | $3.00 |
| BTS 1088 | 1 | Meter, GM | Ludlum | 3 | 168266 | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 1089 | 1 | Meter, GM | Ludlum | 3 | 209313 | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 0233 | 1 | Meter, PH | CB | PH-S-25 | 080308 | 6/30/2008 | 10 | 11.1 | 1 | $15.00 |
| BTS 1186 | 1 | Meter, Radiation | Ludlum | Model 3 | 184575 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 1090 | 1 | Meter, Radiation | Ludlum | Model 4 | 209217 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 1130 | 1 | Meter, Radiation | Ludlum | Model 5 | 209300 | 6/30/2008 | 10 | 11.1 | 1 | $140.00 |
| BTS 1184 | 1 | Meter, Radiation | Ludlum | Model 6 | 180499 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 0614 | 1 | Micro Sprayer | Penn-Century | IA-1B | IA-1B-1865 | 11/6/2015 | 10 | 3.7 | 6.3 | $40.00 |
| BTS 0040 | 1 | Microscope | Leica | MS5 | | 6/30/2012 | 10 | 7.1 | 2.9 | $150.00 |
| BTS 0178 | 1 | Microscope | Nikon | Eclipse TS 100 | | 6/30/2008 | 10 | 11.1 | 1 | $540.00 |
| BTS 0906 | 1 | Microscope | Nikon | TMS | 213712 | 6/30/2008 | 10 | 11.1 | 1 | $540.00 |
| BTS 0497 | 1 | Microscope | Nikon | | 222821 | 6/30/2008 | 10 | 11.1 | 1 | $540.00 |
| BTS 0926 | 1 | Microscope | Nikon | | 339560 | 6/30/2012 | 10 | 7.1 | 2.9 | $660.00 |
| BTS 0155 | 1 | Microscope | Olympus | BX-41TF | OBO7561 | 6/30/2008 | 10 | 11.1 | 1 | $870.00 |
| BTS 0286 | 1 | Microscope | Olympus | BX50F | 3A00713 | 8/18/2017 | 10 | 2 | 8 | $2,310.00 |
| BTS 0049 | 1 | Microscope | Olympus | CK30 | | 6/30/2012 | 10 | 7.1 | 2.9 | $600.00 |
| BTS 0052 | 1 | Microscope | Olympus | CK30 | | 6/30/2008 | 10 | 11.1 | 1 | $600.00 |
| BTS 0904 | 1 | Microscope | Southern Precision Instruments | 1892 | | 6/30/2012 | 10 | 7.1 | 2.9 | $80.00 |
| BTS 0406 | 1 | Microscope | Spencer | 1031 | | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 0496 | 1 | Microscope | | | | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 0909 | 1 | Microscope, Dissecting | Bausch & Lomb | Stereozoom 7 | | 6/30/2012 | 10 | 7.1 | 2.9 | $210.00 |
| BTS 0911 | 1 | Microscope, Dissecting | Bausch & Lomb | Stereozoom 7 | | 6/30/2008 | 10 | 11.1 | 1 | $120.00 |
| BTS 0499 | 1 | Microtome Tissue Slicer | Thermo Scientific | HM430 | 31939 | 6/30/2012 | 10 | 7.1 | 2.9 | $840.00 |
| BTS 0019 | 1 | Microwave | GE | JES738WJ01 | GG969595U | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0013 | 1 | Microwave | Goldstar | MS-60BM | 607KM03577 | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0285 | 1 | Mini Bead Beater | Bio Spec Products | 607 | Unknown | 6/30/2008 | 10 | 11.1 | 1 | $90.00 |
| BTS 0050 | 1 | Mixer, Vortex | American Scientific | S8223-1 | 023667 | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 2109 | 1 | Mixer, Vortex | Fisher Scientific | Vortex Chemglass | 3.119923 | 8/17/2017 | 10 | 2 | 8 | $60.00 |
| BTS 2106 | 1 | Mixer, Vortex | Fisher Scientific | Vortex Genie 2 | 2-324395 | 8/17/2017 | 10 | 2 | 8 | $60.00 |
| BTS 2107 | 1 | Mixer, Vortex | Fisher Scientific | Vortex Genie 2 | 2-313662 | 8/17/2017 | 10 | 2 | 8 | $60.00 |
| BTS 2108 | 1 | Mixer, Vortex | Fisher Scientific | Vortex Genie 2 | 2-288646 | 8/17/2017 | 10 | 2 | 8 | $60.00 |
| BTS 0236 | 1 | Mixer, Vortex | IKA Works | Mini Vortexer MV 1 | 03 047380 | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 2110 | 1 | Mixer, Vortex | IKA Works | Vortex MS3 Digital | 3.288411 | 8/17/2017 | 10 | 2 | 8 | $150.00 |
| BTS 0154 | 1 | Mixer, Vortex | Scientific Industries | G560 | 2-162269 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |

**Addendum 1 - Equipment List - BTS Research**          Effective Date: 7/13/2019          5

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 0894 | 1 | Mixer, Vortex | VWR | 58816-121 | 60804040 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0169 | 1 | Mixer, Vortex | VWR | Vortex Genie G560 | 2-173966 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0921 | 1 | Mixer, Vortex | VWR | VQ-901 | | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0409 | 1 | Nebulizer (Buxco Unit) | Buxco | | 122414 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 0410 | 1 | Nebulizer (Buxco Unit) | Buxco | | 122414 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 0411 | 1 | Nebulizer (Buxco Unit) | Buxco | | 122414 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 1113 | 1 | NIBP - | CASS | 7601 Max NIBP | 439428 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 1115 | 1 | NIBP - | Philips | Sure Sign VS1 | US1V001118 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 1116 | 1 | NIBP - | Philips | Sure Sign VS1 | US1V104307 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 1607 | 1 | PC Monitor | View Sonic | | SGB1404A3252 | 6/30/2012 | 5 | 7.1 | 1 | $9.00 |
| BTS 0311 | 1 | PCR | Applied Biosystems | Step One Plus | 271000374 | 12/28/2017 | 10 | 1.6 | 8.4 | $2,850.00 |
| BTS 1181 | 1 | Photometer | TPI, Inc | 505 | 16131180013 | 6/30/2012 | 10 | 7.1 | 2.9 | $10.00 |
| BTS 1381 | 1 | PIPETTE | AccuTek | L8-300 Multi Channel Pipette | F0626844A | 6/23/2017 | 10 | 2.1 | 7.9 | $150.00 |
| BTS 0069 | 1 | PIPETTE | Biohit | 0.5-10 µl | BP72275 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0880 | 1 | PIPETTE | Epindorph | S2100 | 3591164 | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0619 | 1 | PIPETTE | Gilson | 5-300 uL LTS multichambered pipette | M20755M | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 0884 | 1 | PIPETTE | Gilson | P100 (10-100 uL) | D15289G | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0057 | 1 | PIPETTE | Gilson | P1000 | N21294D | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0060 | 1 | PIPETTE | Gilson | P1000 | D22235A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0118 | 1 | PIPETTE | Gilson | P1000 | D0204400A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0122 | 1 | PIPETTE | Gilson | P1000 | H13259H | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 1147 | 1 | PIPETTE | Gilson | P1000 | U65761G | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0306 | 1 | PIPETTE | Gilson | P1000 (100-1000 uL) | E18650C | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0218 | 1 | PIPETTE | Gilson | P1000 100-1000 uL single use pipette | W56436J | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0121 | 1 | PIPETTE | Gilson | P2 | P54686M | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0117 | 1 | PIPETTE | Gilson | P20 | L22440C | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0125 | 1 | PIPETTE | Gilson | P20 | D16928H | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0119 | 1 | PIPETTE | Gilson | P200 | N13431B | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0120 | 1 | PIPETTE | Gilson | P200 | P54050M | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0126 | 1 | PIPETTE | Gilson | P200 | C0201832A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0128 | 1 | PIPETTE | Gilson | P200 | L16304L | 6/30/2012 | 10 | 7.1 | 2.9 | $10.00 |
| BTS 1339 | 1 | PIPETTE | Gilson | Pipet-lite, 20-2000µ | C0823817A | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 1343 | 1 | PIPETTE | Gilson | Pipet-lite, 20-2000µ  Global Pipetman | 640023 | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 0217 | 1 | PIPETTE | Gilson | Pipetman | N82-14600 | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0418 | 1 | PIPETTE | Gilson | Pipetman | A0608874A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0215 | 1 | PIPETTE | Gilson | Pipetman 2-20 uL single use pipette | A0610102A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 1341 | 1 | PIPETTE | Gilson | Pipetman 500-5000ul | 167338 | 6/30/2012 | 10 | 7.1 | 2.9 | $40.00 |
| BTS 0860 | 1 | PIPETTE | Gilson | Pipette 20-200 uL | M19503N | 6/30/2012 | 10 | 7.1 | 2.9 | $10.00 |
| BTS 0313 | 1 | PIPETTE | Gilson | | H-82-18688 | 6/30/2012 | 10 | 7.1 | 2.9 | $10.00 |
| BTS 0056 | 1 | PIPETTE | Global Town | µl 10 | 0610016 | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0059 | 1 | PIPETTE | Global Town | µl 20 | 00611081 | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0076 | 1 | PIPETTE | Global Town | 10-100 µl | 0630017 | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |

**Addendum 1 - Equipment List - BTS Research**      Effective Date: 7/13/2019      6

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 0065 | 1 | PIPETTE | Global Town | 200 µl Multi Channel Pipettes | 640023 | 6/30/2008 | 10 | 11.1 | 1 | $30.00 |
| BTS 0832 | 1 | PIPETTE | Labsystems | Finnpipette | H23922 | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 1150 | 1 | PIPETTE | Labsystems | Finnpipette 100-1000 uL Single use | J13885 | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 0196 | 1 | PIPETTE | Labsystems | Finnpipette, 20-200 uL single use | D02526 | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0061 | 1 | PIPETTE | Rainin | 250µl | H800551 | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0882 | 1 | PIPETTE | Rainin | L1000 | A0724346A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0310 | 1 | PIPETTE | Rainin | L1000 (100-1000 uL) | A0601183A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0315 | 1 | PIPETTE | Rainin | L1000 (100-1000 uL) | H0104658A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0304 | 1 | PIPETTE | Rainin | L20 (2-20uL) | B0736521A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0308 | 1 | PIPETTE | Rainin | L20 (2-20uL) | H0101752A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0309 | 1 | PIPETTE | Rainin | L20 (2-20uL) | A0606351A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0311 | 1 | PIPETTE | Rainin | L20 (2-20uL) | A0609873A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0314 | 1 | PIPETTE | Rainin | L20 (2-20uL) | H0102036A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0881 | 1 | PIPETTE | Rainin | L20 (2-20uL) | G0716400A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0307 | 1 | PIPETTE | Rainin | L200 (20-200 uL) | G0703878K | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0264 | 1 | PIPETTE | Rainin | L8-1200 8 Channel Pipet-lite | D0856589A | 8/2/2017 | 10 | 2 | 8 | $40.00 |
| BTS 0266 | 1 | PIPETTE | Rainin | L8-1200 8 Channel Pipet-lite | F0626070A | 8/2/2017 | 10 | 2 | 8 | $40.00 |
| BTS 0899 | 1 | PIPETTE | Rainin | Pipet Lite (0.5-10 uL) | K0205716A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0911 | 1 | PIPETTE | Rainin | Pipet Lite (100-1000 uL) | A0610703A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0312 | 1 | PIPETTE | Rainin | Pipet Lite (100-1000 uL) Gilson Pipetman, 220µl | A0608571A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0188 | 1 | PIPETTE | Rainin | Pipet Lite (100-1200 uL) | A0724016A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 1148 | 1 | PIPETTE | Rainin | Pipet Lite (20-200 uL) | G0701958KA | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 1149 | 1 | PIPETTE | Rainin | Pipet Lite (20-200 uL) 5-300 uL LTS multichambered pipette | A0600582A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0190 | 1 | PIPETTE | Rainin | Pipet Lite (20-200 uL) 5-50 uL LTS multichambered pipette | B0732900A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0189 | 1 | PIPETTE | Rainin | Pipet Lite (2-20 uL) | A0722525AA | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0207 | 1 | PIPETTE | Rainin | Pipet-Lite | A0600997A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0214 | 1 | PIPETTE | Rainin | Pipet-Lite | A0724379A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0216 | 1 | PIPETTE | Rainin | Pipet-Lite | A0609692A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0305 | 1 | PIPETTE | Rainin | Pipet-Lite | G0702685KA | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0326 | 1 | PIPETTE | Rainin | Pipet-Lite | 190142 | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0420 | 1 | PIPETTE | Rainin | Pipet-Lite | A0600053A | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 1323 | 1 | PIPETTE | Rainin | Pipet-Lite | A0600052A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0258 | 1 | PIPETTE | Rainin | Pipet-Lite (20-200 uL) | G0713031A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0211 | 1 | PIPETTE | Rainin | Pipet-Lite (2-20 uL) 2-20 uL single use pipette | A0610108A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0124 | 1 | PIPETTE | Rainin | Pipet-Lite 100-1000 | C0826499A | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 0395 | 1 | PIPETTE | Rainin | Pipet-Lite 200uL pipette | A0600587A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0419 | 1 | PIPETTE | Rainin | Pipet-Lite 200uL pipette | A0609020A | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 0212 | 1 | PIPETTE | Rainin | Pipet-Lite 2-20 uL single use pipette | A0609705A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 1319 | 1 | PIPETTE | Rainin | pipetite Lts 100 uL - 1 mL | A0608525A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0220 | 1 | PIPETTE | Rainin | pipet-lite Lts 20-200 uL | G0702680KA | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 1320 | 1 | PIPETTE | Rainin | Pipet-Lite Micropipette Lts 2-20 uL | K0202964A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0368 | 1 | PIPETTE | Rainin | Pipet-Lite, 200 ul | A0600023A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |

**Addendum 1 - Equipment List - BTS Research**                    Effective Date: 7/13/2019                                                                                                    7

| Asset # | Quanti ty | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 1340 | 1 | PIPETTE | Rainin | Pipet-Lite, 2-20ul | P67606H | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 0871 | 1 | PIPETTE | Rainin | Pipette, 20 200 uL | H0104125A | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0257 | 1 | PIPETTE | Rainin | PIPETTE-LITE 8 CHANNEL L8-1200 | D1078485A | 7/25/2017 | 10 | 2 | 8 | $160.00 |
| BTS 0255 | 1 | PIPETTE | Rainin | PIPETTE-LITE 8 CHANNEL L8-20 | L0506724A | 7/25/2017 | 10 | 2 | 8 | $170.00 |
| BTS 0256 | 1 | PIPETTE | Rainin | PIPETTE-LITE 8 CHANNEL L8-20 | J0503829A | 7/25/2017 | 10 | 2 | 8 | $170.00 |
| BTS 0254 | 1 | PIPETTE | Rainin | PIPETTE-LITE 8 CHANNEL L8-21 | C0101871A | 7/25/2017 | 10 | 2 | 8 | $170.00 |
| BTS 0253 | 1 | PIPETTE | Rainin | PIPETTE-LITE 8 CHANNEL L8-300 | F0304167A | 7/25/2017 | 10 | 2 | 8 | $150.00 |
| BTS 1370 | 1 | PIPETTE | Rainin | PIPETTE-LITE 8 CHANNEL L8-300 | J0302859A | 7/25/2017 | 10 | 2 | 8 | $150.00 |
| BTS 1365 | 1 | PIPETTE | Rainin | PIPETTE-LITE I-10 | D0201819A | 7/24/2017 | 10 | 2 | 8 | $40.00 |
| BTS 1363 | 1 | PIPETTE | Rainin | PIPETTE-LITE L-10 | H0312462A | 7/24/2017 | 10 | 2 | 8 | $40.00 |
| BTS 1366 | 1 | PIPETTE | Rainin | PIPETTE-LITE L-1000 | A0511871A | 7/24/2017 | 10 | 2 | 8 | $40.00 |
| BTS 1367 | 1 | PIPETTE | Rainin | PIPETTE-LITE L-1000 | H0508603A | 7/24/2017 | 10 | 2 | 8 | $40.00 |
| BTS 1364 | 1 | PIPETTE | Rainin | PIPETTE-LITE L-20 | B0600485A | 7/24/2017 | 10 | 2 | 8 | $40.00 |
| BTS 1368 | 1 | PIPETTE | Rainin | PIPETTE-LITE L-200 | L0402212A | 7/24/2017 | 10 | 2 | 8 | $40.00 |
| BTS 1369 | 1 | PIPETTE | Rainin | PIPETTE-LITE L-200 | A0101345A | 7/24/2017 | 10 | 2 | 8 | $40.00 |
| BTS 0058 | 1 | PIPETTE | Rainin | RL 1000 | F0500312B | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0859 | 1 | PIPETTE | TitertekPlus | | 2777 | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 1443 | 1 | PIPETTE FILLER | Gilson | Pipteman Levo Plus Pipette Filer | YP5O021305 | 4/15/2016 | 10 | 3.3 | 6.7 | $40.00 |
| BTS 1526 | 1 | PIPETTE FILLER | Scilogex | Levo Plus Pipette Filer | | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 1525 | 1 | PIPETTE FILLER | Scilogex | Levo Plus Pipette Filer 100-1000 uL Single use | YP5O021390 | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 1345 | 1 | PIPETTE FILLER | Thermo | 1-10ml, variable 1 ch Levo Plus Pipette Filer | L25474A | 4/15/2016 | 10 | 3.3 | 6.7 | $40.00 |
| BTS 0129 | 1 | PIPETTE, Multi Channel | Rainin | L1000 | D0204237A | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 0256 | 1 | PIPETTE, Multi Channel | Rainin | pipetlite | A0600629A | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 1342 | 1 | PIPETTE, Thermo Finnpipette | Eppendorf | 500-5000ul | L25474A | 6/30/2012 | 10 | 7.1 | 2.9 | $40.00 |
| BTS 0111 | 1 | Polytron System | Kinematica | PT 1200E | 752-0001-03-08 | 6/30/2012 | 10 | 7.1 | 2.9 | $210.00 |
| BTS 1230 | 1 | Power Supply | Bio Rad | Power Pac 300 | 282BR02568 | 6/30/2008 | 10 | 11.1 | 1 | $80.00 |
| BTS 0898 | 1 | Power Supply | BioRad | 200/2.0 | 162BR4479 | 6/30/2008 | 10 | 11.1 | 1 | $80.00 |
| BTS 2070 | 1 | Power Supply | PCM | KING-2200AP | G110901589 | 3/17/2017 | 10 | 2.4 | 7.6 | $60.00 |
| BTS 2071 | 1 | Power Supply | PCM | KING-2200AP | G110400954 | 3/17/2017 | 10 | 2.4 | 7.6 | $60.00 |
| BTS 2074 | 1 | Power Supply | Tripp-lite | Uninterruptible | 234DVHBC794200170 | 3/17/2017 | 10 | 2.4 | 7.6 | $40.00 |
| BTS 0945 | 1 | Pump, Heat Therapy | Gaymar | TP500 | TP500 F80I56 | 6/30/2008 | 10 | 11.1 | 1 | $30.00 |
| BTS 0005 | 1 | Pump, Heat Therapy | Gaymar | TP650 | TP650 A01148 | 6/30/2008 | 10 | 11.1 | 1 | $30.00 |
| BTS 0006 | 1 | Pump, Variable speed, Master Flex L/S | Cole-Parmer Instrument Co. | 7518-60 | K01007555 | 6/30/2012 | 10 | 7.1 | 2.9 | $50.00 |
| BTS 1201 | 1 | Radiation Monitor | Thermo Scientific | RadEye B20-ER | 31036 | 6/30/2012 | 10 | 7.1 | 2.9 | $150.00 |
| BTS 0011 | 1 | Refrigerator | Kendro | R4026A15 | X21N-603329-XN | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 0227 | 1 | Refrigerator | Kenmore | 253.6419240F | 4A81710364 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 1857 | 1 | Refrigerator | Sanyo | | | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 0240 | 1 | Refrigerator | Sears Roebuck | 564.9936111 | 960201128 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 0398 | 1 | Refrigerator, Compact | Kenmore | 564.9143110 | 010527007 | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 0229 | 1 | Refrigerator/Freezer | Amana | ATB1832ARW | 10800676EX | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 0413 | 1 | Refrigerator/Freezer | Danby | D9600wy | | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0228 | 1 | Refrigerator/Freezer | Ewave | EWR121W | unknown | 6/30/2012 | 10 | 7.1 | 2.9 | $40.00 |

**Addendum 1 - Equipment List - BTS Research**          Effective Date: 7/13/2019          8

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 0432 | 1 | Refrigerator/Freezer | Kenmore | 106 | 218001452W1091 | 11/30/2015 | 10 | 3.7 | 6.3 | $180.00 |
| BTS 0014 | 1 | Refrigerator/Freezer | Revco | XPC112416 | 607S619320 | 6/30/2008 | 10 | 11.1 | 1 | $270.00 |
| BTS 0001 | 1 | Refrigerator/Freezer | VWR | R411XA16 | 19P616702 | 6/30/2012 | 10 | 7.1 | 2.9 | $360.00 |
| BTS 1751 | 1 | REFRIGERATORS / FREEZERS | Whirlpool | | | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 1861 | 1 | REFRIGERATORS / FREEZERS | Whirlpool | | | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 1441 | 1 | REFRIGERATORS / FREEZERS | | | | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 1544 | 1 | Rigid Drain Cleaning Machine | Rigid | K-400-T2 | VBZ049971015 | 6/30/2012 | 15 | 7.1 | 7.9 | $90.00 |
| BTS 1067 | 1 | Rotator | Labline | Maxi-Rotator | Unknown | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 0268 | 1 | Rotator, Multipurpose | Barnstead(Thermolyne) | 2314 | 166506-0903057 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 1337 | 1 | Sample Oxidizer | Packard | A030700 | 416197 | 2/28/2016 | 10 | 3.4 | 6.6 | $5,250.00 |
| BTS 0879 | 1 | Saw, Bone | Orthopaedic Frame Co. | 8128 | 8209-210 | 6/30/2012 | 10 | 7.1 | 2.9 | $50.00 |
| none | 1 | Saw, Bone/Oscillating Tool | Chicago Electric Power | 67537 | 370001424 | 6/30/2012 | 10 | 7.1 | 2.9 | $6.00 |
| BTS 0090 | 1 | Scale, Balance | A and D Company, Ltd | GX-8K2 | 14901213 | 6/30/2012 | 10 | 7.1 | 2.9 | $210.00 |
| BTS 1481 | 1 | Scale, Balance | Adam Scale | CPW Plus - 200W | AE62800619 | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 2968 | 1 | Scale, Balance | Adam Scale | CPW plus 150W | AE62800721 | 5/19/2017 | 10 | 2.2 | 7.8 | $90.00 |
| BTS 2969 | 1 | Scale, Balance | Adam Scale | CPW plus 150W | AE62800738 | 5/19/2017 | 10 | 2.2 | 7.8 | $90.00 |
| BTS 2095 | 1 | Scale, Balance | Adam Scale | CWP Plus 150W | AE62700573 | 7/10/2017 | 10 | 2.1 | 7.9 | $90.00 |
| BTS 2096 | 1 | Scale, Balance | Adam Scale | CWP Plus 150W | AE62700576 | 7/10/2017 | 10 | 2.1 | 7.9 | $90.00 |
| BTS 1153 | 1 | Scale, Balance | Adam Scale | PGW 4502E | AE435L1373 | 6/30/2008 | 10 | 11.1 | 1 | $40.00 |
| BTS 1154 | 1 | Scale, Balance | Adam Scale | PGW 4502E | AE435L1304 | 6/30/2008 | 10 | 11.1 | 1 | $40.00 |
| BTS 1155 | 1 | Scale, Balance | Adam Scale | PGW 4502E | AE435L1371 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 1152 | 1 | Scale, Balance | Denver Instruments | P-402 | P402034004 | 6/30/2008 | 10 | 11.1 | 1 | $60.00 |
| BTS 1527 | 1 | Scale, Balance | FAJA | FA 2004 | MFC: 550573 | 4/18/2016 | 10 | 3.3 | 6.7 | $510.00 |
| BTS 0261 | 1 | Scale, Balance | Healthometer | | HI85KP | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 0407 | 1 | Scale, Balance | Mettler | 240 | K40838 | 6/30/2012 | 10 | 7.1 | 2.9 | $270.00 |
| BTS 1532 | 1 | Scale, Balance | Mettler | AB104-S | 1119283888 | 5/31/2016 | 10 | 3.2 | 6.8 | $450.00 |
| BTS 0182 | 1 | Scale, Balance | Mettler | AE-50-S | L07832 | 6/30/2008 | 10 | 11.1 | 1 | $150.00 |
| BTS 1019 | 1 | Scale, Balance | Ohaus | Adventurer | G2321202300725 | 4/13/2016 | 10 | 3.3 | 6.7 | $330.00 |
| BTS 2101 | 1 | Scale, Balance | Ohaus | Analytical Plus | RS232 | 8/17/2017 | 10 | 2 | 8 | $390.00 |
| BTS 0180 | 1 | Scale, Balance | Ohaus | Explorer | G1341121150780 | 6/30/2008 | 10 | 11.1 | 1 | $120.00 |
| BTS 0099 | 1 | Scale, Balance | Ohaus | Harvard Trip Balance | 25293 | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0429 | 1 | Scale, Balance | Ohaus | Harvard Trip Balance 2KG - 5LBS | 40231 | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0045 | 1 | Scale, Balance | Ohaus | Voyager Pro | L024 1127513596P | 6/30/2008 | 10 | 11.1 | 1 | $150.00 |
| BTS 1141 | 1 | Scale, Balance | Sartorius | BL6 | 11808127 | 6/30/2012 | 10 | 7.1 | 2.9 | $90.00 |
| BTS 0837 | 1 | Scale, Balance | Sartorius | BP221S | 12806396 | 6/30/2012 | 10 | 7.1 | 2.9 | $180.00 |
| BTS 0766 | 1 | Scale, Balance | Sartorius | CP22025 | 17150212 | 6/30/2012 | 10 | 7.1 | 2.9 | $180.00 |
| BTS 0185 | 1 | Scale, Balance | Sartorius | TE601 | 23350287 | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 1188 | 1 | Scale, Balance | Sartorius | TE601 | 23350288 | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 2065 | 1 | Scanner, Barcode | SYMBOL | Symbol Hand Scanner | MFM22W | 3/17/2017 | 5 | 2.4 | 2.6 | $40.00 |
| BTS 2067 | 1 | Scanner, Barcode | SYMBOL | Symbol Hand Scanner | SA0021C827 | 3/17/2017 | 5 | 2.4 | 2.6 | $40.00 |
| BTS 2068 | 1 | Scanner, Barcode | SYMBOL | Symbol Hand Scanner | VBG9YG | 3/17/2017 | 5 | 2.4 | 2.6 | $40.00 |
| BTS 2073 | 1 | Scanner, Document | Cannon | 8600F | TABA18253 | 3/17/2017 | 5 | 2.4 | 2.6 | $40.00 |

**Addendum 1 - Equipment List - BTS Research**  Effective Date: 7/13/2019  9

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 0613 | 1 | Scintillation | Parkard BioScience | Tri-Carb 3100TR | 423731 | 11/5/2015 | 10 | 3.7 | 6.3 | $1,500.00 |
| BTS 0265 | 1 | Shaker / Rotator, Orbital | VWR | 980001 | 2894 | 6/30/2008 | 10 | 11.1 | 1 | $120.00 |
| BTS 0267 | 1 | Shaker, Microplate Fast | TSZ Scientific | TSZ-S-02 | | 6/30/2008 | 10 | 11.1 | 1 | $50.00 |
| BTS 0102 | 1 | Sonicator | Sonix | SS1117 | 5112020634 | 6/30/2008 | 10 | 11.1 | 1 | $180.00 |
| BTS 0287 | 1 | Sonifier | VWR | Branson 450 | | 6/30/2008 | 10 | 11.1 | 1 | $240.00 |
| BTS 0052 | 1 | Spectrophotometer | Molecular Devices | SpectraMax 350 | S01678 | 6/30/2008 | 10 | 11.1 | 1 | $480.00 |
| BTS 0554 | 1 | Sterilizer | STERIS | SV-160H PREVAC | 0102606-15 | 6/30/2012 | 10 | 7.1 | 2.9 | $5,550.00 |
| BTS 0554 | 1 | Sterilizer | STERIS | SV-160H PREVAC | 0102606-15 | 6/30/2012 | 10 | 7.1 | 2.9 | $5,550.00 |
| BTS 2112 | 1 | Stirrer | IKA Works | Lab Disc | 1.317052 | 8/17/2017 | 10 | 2 | 8 | $60.00 |
| BTS 0103 | 1 | Stirrer | Thermolyne | s46725 | 1071001076152 | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0163 | 1 | Stirrer / Hotplate | Corning | PC100 | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0237 | 1 | Stirrer / Hotplate | Corning | PC-320 | 3025277 | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0345 | 1 | Stirrer / Hotplate | Thermolyne | SP46925 | 640920144560 | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0344 | 1 | Stirrer / Hotplate | Thermolyne | SP46925 | 306920807375 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0807 | 1 | Stirrer / Hotplate | VWR | 375 | | 6/30/2012 | 10 | 7.1 | 2.9 | $50.00 |
| BTS 0428 | 1 | Surgical Table | Suburban Surgical Co. | | | 6/30/2012 | 10 | 7.1 | 2.9 | $450.00 |
| BTS 2072 | 1 | Switch, Network | Alloy 8-Port | POEGE8TV2 | 150500118 | 3/17/2017 | 5 | 2.4 | 2.6 | $10.00 |
| BTS 1822 | 1 | Table, DownDraft | Scientex | SGDS-100C | H-6189/2/4 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 1823 | 1 | Table, DownDraft | Scientex | SGDS-100C | H-6189/2/5 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 1760 | 1 | Table, DownDraft | TBJ | DownDraft Table | XZC06195 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 0412 | 1 | Television, 24" Smart LED | Westinghouse | TW-08401-B024C | Q840P64012649 | 5/15/2017 | 10 | 2.2 | 7.8 | $20.00 |
| BTS 0417 | 1 | Television, 24" Smart LED | Westinghouse | TW-08401-B024C | Q840P64011919 | 5/15/2017 | 10 | 2.2 | 7.8 | $20.00 |
| BTS 1182 | 1 | Tester, TPI | Test Products, Inc | Digital Thermo 343 | 19431470008 | 10/2/2016 | 10 | 2.8 | 7.2 | $20.00 |
| BTS 1866 | 1 | Thermal Cycler | Bio-Rad | T100 | 621BR42347 | 12/26/2017 | 10 | 1.6 | 8.4 | $600.00 |
| BTS 0024 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171213044 | 3/14/2018 | 10 | 1.4 | 8.6 | $9.00 |
| BTS 0279 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302323 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0280 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302336 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0291 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171213000 | 3/14/2018 | 10 | 1.4 | 8.6 | $9.00 |
| BTS 0292 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171213062 | 3/14/2018 | 10 | 1.4 | 8.6 | $9.00 |
| BTS 0293 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171202274 | 3/14/2018 | 10 | 1.4 | 8.6 | $9.00 |
| BTS 0294 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171202296 | 3/14/2018 | 10 | 1.4 | 8.6 | $9.00 |
| BTS 0304 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302319 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0305 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302319 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0306 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302329 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0307 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302377 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0308 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 1803023324 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0309 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302320 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0310 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302335 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0315 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171120350 | 12/28/2017 | 10 | 1.6 | 8.4 | $9.00 |
| BTS 0317 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171120282 | 12/28/2017 | 10 | 1.6 | 8.4 | $9.00 |
| BTS 0318 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171120349 | 12/28/2017 | 10 | 1.6 | 8.4 | $9.00 |
| BTS 0319 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171120364 | 12/28/2017 | 10 | 1.6 | 8.4 | $9.00 |

**Addendum 1 - Equipment List - BTS Research**  Effective Date: 7/13/2019  10

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 0320 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171120292 | 12/28/2017 | 10 | 1.6 | 8.4 | $9.00 |
| BTS 0321 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170416504 | 9/18/2017 | 10 | 1.9 | 8.1 | $9.00 |
| BTS 0324 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170416436 | 9/18/2017 | 10 | 1.9 | 8.1 | $9.00 |
| BTS 0326 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170416427 | 9/18/2017 | 10 | 1.9 | 8.1 | $9.00 |
| BTS 0328 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170416521 | 9/18/2017 | 10 | 1.9 | 8.1 | $9.00 |
| BTS 0329 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170416418 | 9/18/2017 | 10 | 1.9 | 8.1 | $9.00 |
| BTS 0330 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170416403 | 9/18/2017 | 10 | 1.9 | 8.1 | $9.00 |
| BTS 0331 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170705802 | 10/3/2017 | 10 | 1.8 | 8.2 | $9.00 |
| BTS 0332 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170705808 | 10/3/2017 | 10 | 1.8 | 8.2 | $9.00 |
| BTS 0333 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170705790 | 10/3/2017 | 10 | 1.8 | 8.2 | $9.00 |
| BTS 0334 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170705807 | 10/3/2017 | 10 | 1.8 | 8.2 | $9.00 |
| BTS 0335 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170705797 | 10/3/2017 | 10 | 1.8 | 8.2 | $9.00 |
| BTS 0336 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170705794 | 10/3/2017 | 10 | 1.8 | 8.2 | $9.00 |
| BTS 0352 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170227427 | 11/6/2017 | 10 | 1.7 | 8.3 | $9.00 |
| BTS 0354 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170227426 | 11/6/2017 | 10 | 1.7 | 8.3 | $9.00 |
| BTS 0357 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170416405 | 11/6/2017 | 10 | 1.7 | 8.3 | $9.00 |
| BTS 0358 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170227441 | 11/6/2017 | 10 | 1.7 | 8.3 | $9.00 |
| BTS 0359 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170416451 | 11/6/2017 | 10 | 1.7 | 8.3 | $9.00 |
| BTS 0387 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302311 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0388 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302373 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 0462 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 170227298 | 11/6/2017 | 10 | 1.7 | 8.3 | $9.00 |
| BTS 1471 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302321 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 1472 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302313 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 1473 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302362 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 1474 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302338 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 1475 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 180302389 | 7/31/2018 | 10 | 1 | 9 | $12.00 |
| BTS 2116 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171120311 | 12/28/2017 | 10 | 1.6 | 8.4 | $9.00 |
| BTS 2117 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171120316 | 12/28/2017 | 10 | 1.6 | 8.4 | $9.00 |
| BTS 2118 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171120356 | 12/28/2017 | 10 | 1.6 | 8.4 | $9.00 |
| BTS 2119 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171120361 | 12/28/2017 | 10 | 1.6 | 8.4 | $9.00 |
| BTS 2120 | 1 | Thermo/Hygrometer | Digi-Sense | 20250-30 | 171120352 | 12/28/2017 | 10 | 1.6 | 8.4 | $9.00 |
| BTS 1384 | 1 | Thermometer, Bio-Safe Glycol | Thermco | Glass Bulb | 31225 | 8/4/2017 | 10 | 2 | 8 | $50.00 |
| BTS 1385 | 1 | Thermometer, Bio-Safe Glycol | Thermco | Glass Bulb | 31429 | 8/4/2017 | 10 | 2 | 8 | $50.00 |
| BTS 1386 | 1 | Thermometer, Bio-Safe Glycol | Thermco | Glass Bulb | 36052 | 8/8/2017 | 10 | 2 | 8 | $50.00 |
| BTS 1387 | 1 | Thermometer, Bio-Safe Glycol | Thermco | Glass Bulb | 36205 | 8/8/2017 | 10 | 2 | 8 | $50.00 |
| BTS 1134 | 1 | Thermometer, Digital | Welch Allyn | Digital | Unknown | 6/30/2012 | 10 | 7.1 | 2.9 | $3.00 |
| BTS 2077 | 1 | Thermometer, Digital | Welch Allyn | Digital | 16290263 | 4/6/2017 | 10 | 2.3 | 7.7 | $10.00 |
| BTS 2005 | 1 | Thermometer, Digital Humidity/Temp | Control Co. | 35519-047 | 160819476 | 6/30/2012 | 10 | 7.1 | 2.9 | $10.00 |
| BTS 2006 | 1 | Thermometer, Digital Humidity/Temp | Control Co. | 35519-047 | 160819401 | 6/30/2012 | 10 | 7.1 | 2.9 | $10.00 |
| BTS 2007 | 1 | Thermometer, Digital Humidity/Temp | Control Co. | 35519-047 | 160819401 | 6/30/2012 | 10 | 7.1 | 2.9 | $10.00 |
| BTS 1445 | 1 | Thermometer, Dual | Thomas Scientific | 1227U12 | 170078722 | 5/5/2017 | 10 | 2.2 | 7.8 | $15.00 |
| BTS 1447 | 1 | Thermometer, Dual | Thomas Scientific | 1227U12 | 170078725 | 5/5/2017 | 10 | 2.2 | 7.8 | $15.00 |

**Addendum 1 - Equipment List - BTS Research**    Effective Date: 7/13/2019    11

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 1449 | 1 | Thermometer, Dual | Thomas Scientific | 1227U12 | 170078710 | 5/5/2017 | 10 | 2.2 | 7.8 | $15.00 |
| BTS 1353 | 1 | Thermometer, Humid/temp | Control Co. | 6066N53 | 170176228 | 7/3/2017 | 10 | 2.1 | 7.9 | $20.00 |
| BTS 1354 | 1 | Thermometer, Humid/temp | Control Co. | 6066N53 | 170176248 | 7/3/2017 | 10 | 2.1 | 7.9 | $20.00 |
| BTS 1355 | 1 | Thermometer, Humid/temp | Control Co. | 6066N53 | 170176214 | 7/3/2017 | 10 | 2.1 | 7.9 | $20.00 |
| BTS 1356 | 1 | Thermometer, Humid/temp | Control Co. | 6066N53 | 160768661 | 7/3/2017 | 10 | 2.1 | 7.9 | $20.00 |
| BTS 1357 | 1 | Thermometer, Humid/temp | Control Co. | 6066N53 | 170176252 | 7/3/2017 | 10 | 2.1 | 7.9 | $20.00 |
| BTS 1358 | 1 | Thermometer, Humid/temp | Control Co. | 6066N53 | 170176257 | 7/3/2017 | 10 | 2.1 | 7.9 | $20.00 |
| BTS 1359 | 1 | Thermometer, Humid/temp | Control Co. | 6066N53 | 170176277 | 7/3/2017 | 10 | 2.1 | 7.9 | $20.00 |
| BTS 1362 | 1 | Thermometer, Humid/temp | Control Co. | 6066N53 | 160919117 | 7/3/2017 | 10 | 2.1 | 7.9 | $20.00 |
| BTS 1477 | 1 | Thermometer, Humid/temp | Control Co. | 6066N53 | 170176259 | 7/9/2017 | 10 | 2.1 | 7.9 | $20.00 |
| BTS 1478 | 1 | Thermometer, Humid/temp | Control Co. | 6066N53 | 170176276 | 7/9/2017 | 10 | 2.1 | 7.9 | $20.00 |
| BTS 0986 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 140440413 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 1487 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 151822714 | 2/8/2016 | 10 | 3.5 | 6.5 | $20.00 |
| BTS 1488 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 151822605 | 2/8/2016 | 10 | 3.5 | 6.5 | $20.00 |
| BTS 1492 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 151822712 | 2/8/2016 | 10 | 3.5 | 6.5 | $20.00 |
| BTS 1502 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 160133470 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1503 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 151989717 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1504 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 160133469 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1505 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 160133468 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1508 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 160133472 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1509 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 160133473 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1510 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 151989737 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1511 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 1601133476 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1512 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 151989712 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1513 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 160133478 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1514 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 160133466 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1515 | 1 | Thermometer, Jumbo Humid/Temp | Control Co. | 61161-378 | 160133467 | 3/10/2016 | 10 | 3.4 | 6.6 | $20.00 |
| BTS 1328 | 1 | Thermometer, Platinum | Control Co. | 37804-04 | 170138145 | 5/18/2017 | 10 | 2.2 | 7.8 | $40.00 |
| BTS 1329 | 1 | Thermometer, Platinum | Control Co. | 37804-04 | 170281785 | 5/18/2017 | 10 | 2.2 | 7.8 | $40.00 |
| BTS 1330 | 1 | Thermometer, Platinum | Control Co. | 37804-04 | 170281792 | 5/18/2017 | 10 | 2.2 | 7.8 | $40.00 |
| BTS 2963 | 1 | Thermometer, Platinum | Control Co. | 37804-04 | 170281787 | 5/17/2017 | 10 | 2.2 | 7.8 | $40.00 |
| BTS 2964 | 1 | Thermometer, Platinum | Control Co. | 37804-04 | 170281782 | 5/17/2017 | 10 | 2.2 | 7.8 | $40.00 |
| BTS 2965 | 1 | Thermometer, Platinum | Control Co. | 37804-04 | 170281786 | 5/17/2017 | 10 | 2.2 | 7.8 | $40.00 |
| BTS 2966 | 1 | Thermometer, Platinum | Control Co. | 37804-04 | 170281788 | 5/17/2017 | 10 | 2.2 | 7.8 | $40.00 |
| BTS 2967 | 1 | Thermometer, Platinum | Control Co. | 37804-04 | 170281791 | 5/17/2017 | 10 | 2.2 | 7.8 | $40.00 |
| BTS 1100 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 150450487 | 77776-716 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 0361 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 122475882 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 0363 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 122400147 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 0364 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 122400150 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 1005 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 140655617 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 1051 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 1050198487 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 1056 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 150031253 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |

**Addendum 1 - Equipment List - BTS Research**      Effective Date: 7/13/2019      12

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 1057 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 150031048 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 1059 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 150031060 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 1361 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 150475720 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 1991 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 150475870 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 1994 | 1 | Thermometer, Refrigerator / Freezer | Control Co. | 12777-838 | 150571870 | 6/30/2012 | 10 | 7.1 | 2.9 | $9.00 |
| BTS 0441 | 1 | Theromometer, Oral Digital | Medline | Digital | Unknown | 6/30/2012 | 10 | 7.1 | 2.9 | $1.00 |
| BTS 1383 | 1 | Theromometer, Oral Digital | Medline | Digital | N/A | 7/24/2017 | 10 | 2 | 8 | $2.00 |
| BTS 1388 | 1 | Theromometer, Oral Digital | Medline | Digital | N/A | 7/24/2017 | 10 | 2 | 8 | $2.00 |
| BTS 1389 | 1 | Theromometer, Oral Digital | Medline | Digital | N/A | 7/24/2017 | 10 | 2 | 8 | $2.00 |
| BTS 1390 | 1 | Theromometer, Oral Digital | Medline | Digital | N/A | 7/24/2017 | 10 | 2 | 8 | $2.00 |
| BTS 0148 | 1 | Timer/Timeclock | Control Co. | 5025 | 150623824 | 8/4/2017 | 10 | 2 | 8 | $9.00 |
| BTS 1476 | 1 | Timer/Timeclock | Control Co. | 5025 | 150623835 | 8/4/2017 | 10 | 2 | 8 | $9.00 |
| BTS 0373 | 1 | Tissue Floatation Bath | Fisher Scientific | 135 | 205N0142 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 0389 | 1 | Tissue Floatation Bath | Fisher Scientific | 135 | 009N0207 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 0390 | 1 | Tissue Floatation Bath | Fisher Scientific | 135 | 106N0118 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 0615 | 1 | Touch Test Sensory Evaluator | North Coast Medical, Inc | N/A | NC12775 | 11/5/2015 | 10 | 3.7 | 6.3 | $90.00 |
| BTS 0004 | 1 | Tough Meter | Klein Tools | CL 600 | 0116C-A1 | 7/8/2016 | 10 | 3.1 | 6.9 | $20.00 |
| BTS 0141 | 1 | Tramscope Monitor | Marquette | Tramscope 12S | H4SE1215GR | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0141 | 1 | Tramscope Power Module | Marquette | Tram-RAC4A | A6ST5020G | 6/30/2008 | 10 | 11.1 | 1 | $60.00 |
| BTS 0271 | 1 | Tube Rocker | Unico | MultiMax MTR-22 | 090227R0901047 | 6/30/2008 | 10 | 11.1 | 1 | $3.00 |
| BTS 2102 | 1 | Tube rotator | Scientific Equip Products | 60448 | 5804 | 8/17/2017 | 10 | 2 | 8 | $40.00 |
| BTS 0924 | 1 | Ultrasonic Cleaner | Branson | 2510R-DTH | RLC1005945620 | 6/30/2008 | 10 | 11.1 | 1 | $30.00 |
| BTS 0201 | 1 | Ultrasonic Cleaner | Mettler Electronics | ME11 | 53G4509 | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 1382 | 1 | Vacuum | Shark | Rotator | | 6/23/2017 | 10 | 2.1 | 7.9 | $60.00 |
| BTS 1531 | 1 | Vacuum Concentrator | Jouan | RC10-22 | 404010034 | 5/31/2016 | 10 | 3.2 | 6.8 | $150.00 |
| BTS 1252 | 1 | Ventilator, Dual Mode | Kent Scientific | TOPO | L06-071 | 6/30/2012 | 10 | 7.1 | 2.9 | $210.00 |
| BTS 1253 | 1 | Ventilator, Pressure Controlled | Kent Scientific | Unknown | J03-013 | 6/30/2012 | 10 | 7.1 | 2.9 | $210.00 |
| BTS 1450 | 1 | VWR CryoPro | VWR | BR-1 | ATA06F0279-0607 | 5/22/2017 | 10 | 2.2 | 7.8 | $720.00 |
| BTS 0003 | 1 | Warming System | Bair Hugger | 500 | | 6/30/2008 | 10 | 11.1 | 1 | $60.00 |
| BTS 0008 | 1 | Warming System | Bair Hugger | 500 | 50051257 | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 1421 | 1 | Washer, Cage | Gettinge | GEW 112222 | USR0909006 | 6/30/2012 | 10 | 7.1 | 2.9 | $1,440.00 |
| none | 1 | Washer/Decontaminator | Gettinge | S-8666-7 | W50028370 | 6/30/2012 | 10 | 7.1 | 2.9 | $1,230.00 |
| BTS 0286 | 1 | Water Bath | Fisher Scientific | 2L | 309012 | 6/30/2012 | 10 | 7.1 | 2.9 | $60.00 |
| BTS 0920 | 1 | Water Bath | Fisher Scientific | Isotemp 102S | 210N0142 | 6/30/2008 | 10 | 11.1 | 1 | $50.00 |
| BTS 0404 | 1 | Water Bath | Fisher Scientific | Isotemp 210 | 903N0341 | 6/30/2008 | 10 | 11.1 | 1 | $50.00 |
| BTS 0905 | 1 | Water Bath | Fisher Scientific | | 305969 | 6/30/2008 | 10 | 11.1 | 1 | $40.00 |
| BTS 1498 | 1 | Water Purifier | ELGA Medical | LA621 | MR15H2718232BP | 2/17/2016 | 10 | 3.5 | 6.5 | $1,260.00 |
| BTS 1817 | 1 | Weight Set | Ohaus | 2mg to 100g | 03304 | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 1048 | 1 | Weight Set | Seahouse | | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 1049 | 1 | Weight Set (10 Piece) | | 5 g to 1 Kg | Seahorse | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 1092 | 1 | Weight Set (10 Piece) | | 5 g to 1 Kg | | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |
| BTS 1093 | 1 | Weight Set (10 Piece) | | 5 g to 1 Kg | | 6/30/2012 | 10 | 7.1 | 2.9 | $300.00 |

**Addendum 1 - Equipment List - BTS Research**         Effective Date: 7/13/2019         13

| Asset # | Quantity | Asset Description | Manufacturer | Model # | Serial # | Date Manufactured | Normal Useful Life (Years) | Effective Age (Years) | Remaining Life (Years) | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| BTS 0512 | 1 | Weight Set (14 Piece) | Troemner | 120 mg to 50 g | N/A | 6/30/2012 | 10 | 7.1 | 2.9 | $10.00 |
| BTS 0511 | 1 | Weight Set (16 Piece) | Troemner | 1 mg to 50 g | N/A | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 0070 | 1 | Weight Set (16 Piece) | | 20 mg to 1 Kg | | 6/30/2012 | 10 | 7.1 | 2.9 | $120.00 |
| BTS 0764 | 1 | Weight Set (21 Piece) | OHAUS | 1 mg to 100 g | 3308 | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 0761 | 1 | Weight Set (21 Pieces) | OHAUS | 1 mg to 100 g | 3304 | 6/30/2012 | 10 | 7.1 | 2.9 | $20.00 |
| BTS 0762 | 1 | Weight Set (21 Pieces) | OHAUS | 1 mg to 100 g | 3306 | 6/30/2008 | 10 | 11.1 | 1 | $10.00 |
| BTS 0841 | 1 | Weight Set (8 Piece) | | 10-500 g | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0843 | 1 | Weight Set (8 Piece) | | 10-500 g | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0844 | 1 | Weight Set (8 Piece) | | 10-500 g | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0845 | 1 | Weight Set (8 Piece) | | 10-500 g | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0846 | 1 | Weight Set (8 Piece) | | 10-500 g | | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0847 | 1 | Weight Set (8 Piece) | | 10-500 g | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0848 | 1 | Weight Set (8 Piece) | | 10-500 g | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0849 | 1 | Weight Set (8 Piece) | | 10-500 g | | 6/30/2012 | 10 | 7.1 | 2.9 | $30.00 |
| BTS 0289 | 1 | Weight, 5 kg | Troemner | 5 Kg Weight | 1000043069 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0290 | 1 | Weight, 5 kg | Troemner | 5 Kg Weight | 1000043071 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0291 | 1 | Weight, 5 kg | Troemner | 5 Kg Weight | 1000043068 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0292 | 1 | Weight, 5 kg | Troemner | 5 Kg Weight | 1000043070 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0369 | 1 | Weight, 5 kg | Troemner | 5 Kg Weight | 1000063748 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0370 | 1 | Weight, 5 kg | Troemner | 5 Kg Weight | 1000063747 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0371 | 1 | Weight, 5 kg | Troemner | 5 Kg Weight | 1000063749 | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 1138 | 1 | Weight, 5 kg | | 5 Kg Weight | | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 1139 | 1 | Weight, 5 kg | | 5 Kg Weight | | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 1140 | 1 | Weight, 5 kg | | 5 Kg Weight | | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 1135 | 1 | Weight, 5 kg | | Seahorse 5Kg Weight | | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 1136 | 1 | Weight, 5 kg | | Seahorse 5Kg Weight | | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 1137 | 1 | Weight, 5 kg | | Seahorse 5Kg Weight | | 6/30/2008 | 10 | 11.1 | 1 | $20.00 |
| BTS 0699 | 1 | Wes Protein Simple | Protein Simple | WES | WS-2373 | 7/17/2015 | 10 | 4 | 6 | $13,410.00 |
| | | | | | | | | | | **$192,048.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Usama Abunadi** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Pacific Premier Bank**<br>Creditor's Name<br>**17901 Von Karmen Ave. Suite 1200 Irvine, CA 92614**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Equipment, Machinery, Accounts Receivable, Inventory, Deposit Accounts, Intangibles** | $1,190,000.00 | $1,200,000.00 |
| **dale.heyden@ppbi.com**<br>Creditor's email address, if known | Describe the lien<br>**SBA Debt Consolidation-UCC1; Deeds of Trust on Residential Property**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**7/10/2017**<br>**Last 4 digits of account number**<br>**4617** | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $1,190,000.00 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dale Heyden**<br>**Pacific Premier Bank**<br>**17901 Von Karmen Ave, STE 120**<br>**Irvine, CA 92614** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name **SAMM Solutions, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Chief Special Procedures**<br>**Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $319,478.51 | $319,478.51 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Federal Pay Roll Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**County Tax Collector**<br>**1600 Pacific Highway**<br>**Room 162**<br>**San Diego, CA 92101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,205.12 | $2,205.12 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Business Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      42149      Best Case Bankruptcy

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Employmnet Development Dept.**<br>**Bankruptcy Unit MIC 92E**<br>**P. O. Box 826880**<br>**Sacramento, CA 94280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$63,349.00** | **$63,349.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**State Payroll Taxes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.4 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramanto, CA 94257-0511** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$800.00** | **$800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Corporate Franchise Tax** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.5 | Priority creditor's name and mailing address<br>**Michael Langsdale**<br>**631 J Ave.**<br>**Coronado, CA 92118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,535.94** | **$4,535.94** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Order to pay Overtime Wages, Penalties and Interest** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.6 | Priority creditor's name and mailing address<br>**Tareq Abu-Nadi**<br>**993 Brena Hills Ct.**<br>**San Diego, CA 92128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,326.09** | **$13,650.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**W-2 Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,680.61 | $13,650.00 |
|---|---|---|---|---|

**Usama Abunadi**
**43931 Carla Sandor**
**Temecula, CA 92592**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**W-2 Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,815.00 |
|---|---|---|---|

**AAALAC International**
**5205 Chairman's Court**
**Suite #300**
**Frederick, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,639.00 |
|---|---|---|---|

**Abcam, Inc.**
**PO Box 3460**
**Boston, MA 02241-3460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,358.00 |
|---|---|---|---|

**Abnova**
**PO Box 1697**
**Walnut, CA 91788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $336,882.34 |
|---|---|---|---|

**Accel Capital Services**
**65 West 36th street, Suite 12**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**ADME Solutions, Inc.**
**10531 4 S. Commons Drive**
**#594**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,703.84 |
|---|---|---|---|

**Advanced Chemical Transport**
**967 Mabury Road**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,449.42 |
|---|---|---|---|

**Agilent Technologies**
**P.O. Box 742108**
**Los Angeles, CA 90074-2108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Critical operational services and/or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**American Casualty Company**
**PO Box 94733**
**Chicago, IL 60690-4733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**American Casualty Company**
**P. O. Box 94733**
**Chicago, IL 60690-4733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Anderson Valuations, Inc.**
**3467 Avocado Lane**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/13/2019**

Basis for the claim:  **Appraisal Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.24 |
|---|---|---|---|

**Aqua Chill**
**PO Box 24737**
**Tempe, AZ 85285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|---|---|---|---|

**Aquaclear**
**3952 D Clairemont Mesa Blvd.**
**Suite 294**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,836.18** |
|---|---|---|---|

**ATCC**
**5779 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$598.45** |
|---|---|---|---|

**Aviva Systems Biology**
**7700 Ronson Road,**
**Ste 100**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,946.34** |
|---|---|---|---|

**Bay Alarm Co**
**P.O. Box 7137**
**San Francisco, CA 94120-7137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$269.05** |
|---|---|---|---|

**Beckman Coulter, Inc**
**Dept. CH 10164**
**Palatine, IL 60055-0164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00** |
|---|---|---|---|

**Beckman Coulter, Inc**
**Dept. CH 10164**
**Palatine, IL 60055-0164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,609.40** |
|---|---|---|---|

**Becton, Dickinson and Company**
**PO Box 100921**
**Pasadena, CA 91189-0921**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,775.00** |
|---|---|---|---|

**Biocom**
**10996 Torreyana Dr.**
**Suite 200**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,781.00 |
|---|---|---|---|

**BioLegend**
**9727 Pacific Heights Blvd**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Critical operational services and/or supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,047.17 |
|---|---|---|---|

**BioSurplus, Inc.**
**10805 Vista Sorrento Parkway**
**Suite 200**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $905.00 |
|---|---|---|---|

**Business Wire, Inc.**
**P.O. Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584.15 |
|---|---|---|---|

**Cadence Science**
**2080 Plainfied Pike**
**Cranston, RI 02921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,147.06 |
|---|---|---|---|

**California Choice**
**PO Box 7088**
**Orange, CA 92863-7088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.81 |
|---|---|---|---|

**California Filtration Services, Inc.**
**1168 N Johnson Ave,**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,633.00 |
|---|---|---|---|

**Canseco Boiler Services**
**8641 Whitaker Street**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **SAMM Solutions, Inc.**                                   Case number (if known)
_____
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,871.74 |
|---|---|---|---|

**Cardinal Health.**
P.O. Box 100552
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Judgment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,536.00 |
|---|---|---|---|

**Cayman Chemicals Co Inc**
to be provided
to be provided, CA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.07 |
|---|---|---|---|

**Cell Signaling Technology**
P.O. Box 3843
Boston, MA 02241-3843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,385.00 |
|---|---|---|---|

**Certara USA Inc.**
222 S. Central Avenue
Suite 1008
Clayton, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**Ceva International Inc.**
Dept. 2309
Carol Stream, IL 60132-2309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,000.00 |
|---|---|---|---|

**Channel Methods**
1913 Atlantic Ave. R-5
Brielle, NJ 08730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Judgment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,162.00 |
|---|---|---|---|

**Chondrex, Inc.**
2607 151st Place NE
Redmond, WA 98052-5522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,603.00** |
|---|---|---|---|

**CNA Insurance**
**P.O. Box 790094**
**St. Louis, MO 63179-0094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Cohn Reznick LLP**
**9255 Towne Centre Drive**
**Suite 250**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.99** |
|---|---|---|---|

**Cole-Parmer**
**13927 Collections Center Dr**
**Chicago, IL 60693-0139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00** |
|---|---|---|---|

**County Burner & Machinery Corp**
**4818 1/2 Ronson Ct**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**CytoMend**
**8554 Canoga Ave**
**Canoga Park, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,781.00** |
|---|---|---|---|

**Dart Neuroscience, LLC**
**12278 Scripps Summit Drive**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,000.00** |
|---|---|---|---|

**De Lage Landen Financials**
**C/O Cohn & Davis, LLC**
**68 Harison Ave #502**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Stipulated Judgment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **SAMM Solutions, Inc.**                                                      Case number (if known) _____
_____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.50 |
|---|---|---|---|

**Deluxe**
P.O. Box 742572
Cicinnati, OH 45274-2572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.00 |
|---|---|---|---|

**Dewey Pest Control - 1097791**
PO Box 7114
Pasadena, CA, CA 91109-7214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.00 |
|---|---|---|---|

**Dewey Pest Control - 1246279**
P.O. Box 7114
Pasadena, CA 91109-7214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $887.48 |
|---|---|---|---|

**EDCO Disposal Corp.-354904**
P.O. Box 6887
Buena Park, CA 90622-6887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,095.58 |
|---|---|---|---|

**EDCO Disposal Corp.-359032**
6670 Federal Blvd.
Lemon Grove, CA 91945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,833.01 |
|---|---|---|---|

**EGP Marketing Inc**
1531 West 5th Street
Santa Ana, CA 92703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,079.05 |
|---|---|---|---|

**Elm Hill Breeding Labs.**
7 Kidder Road
Chelsford, MA 01824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,014.77 |
| | **Emcor Services** | ☐ Contingent | |
| | **2 Cromwell** | ☐ Unliquidated | |
| | **Irvine, CA 92618** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.00 |
| | **Envirotek Laboratories, Inc.** | ☐ Contingent | |
| | **120 White Owl Trail** | ☐ Unliquidated | |
| | **Mullica Hill, NJ, NJ 08062** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.48 |
| | **Ethos Diagnostic Science** | ☐ Contingent | |
| | **10455 Sorrento Valley Road** | ☐ Unliquidated | |
| | **Ste.100** | ☐ Disputed | |
| | **San Diego, CA 92121** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373.30 |
| | **Farmers Insurance Exchange** | ☐ Contingent | |
| | **P.O. Box 4665** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-4665** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.73 |
| | **FedEx** | ☐ Contingent | |
| | **P.O. Box 7221** | ☐ Unliquidated | |
| | **Pasadena, CA 91109-7321** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.45 |
| | **Firehawk Fire & Safety** | ☐ Contingent | |
| | **PO Box 910489** | ☐ Unliquidated | |
| | **San Diego, CA 92191** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,367.21 |
| | **Fisher Scientific** | ☐ Contingent | |
| | **to be provided** | ☐ Unliquidated | |
| | **to be provided, CA** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Judgment__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199.00**

**Fred Pryor Seminars**
**PO Box 219468**
**Kansas City, MO 64121-9468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,479.64**

**GE Healthcare Bio-Sciences Corp.**
**100 Results Way**
**Marlborough, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,065.98**

**Gemini Bio-Products**
**930 Riverside Parkway**
**Suite 50**
**West Sacramento, CA 95605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$839.63**

**General Boiler Company, Inc.**
**1546 East Adams Blvd.**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105,000.00**

**Ghazy Abu-Fielat**
**3564 Van Bruen Blvd.**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$245.95**

**Glas-Col**
**711  Hulman St.**
**Terre Haute, IN 47802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.63**

**Grainger**
**Dept 874783202**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$643.91**

Henry Schein Scil
151 N. Greenleaf St.
Gurnee, IL 60031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,129.01**

Hooke Laboratories, Inc.
439 South Union Street
Lawrence, MA 01843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,411.34**

HSRL, Inc.
5930 Main St.
Mount Jackson, VA 22842

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$648.53**

Hygiena
941 Avenida Acaso
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,938.07**

In Vivo Gen
10515 Vista Sorrento Pkwy.
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340.38**

Ingenium Group LLC
2280 Micro Place
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,304.02**

Instech Laboratories Inc.
450 South Gravers Rd
Plymouth Meeting, PA 19462-1216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,987.20**

**Institute Biomedical Services**
2658 Del Mar Heights Rd.
STE
Del Mar, CA 92014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,900.00**

**Integrity Research Consulting, Inc.**
26015 Newport Avenue
Loma Linda, CA 92354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,148.58**

**International Diagnostic Equipment**
43114 Blackdeer Loop Ste C
Temecula, CA 92590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,410.70**

**Jackson Laboratory**
90260 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Critical operational services and/or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,309.00**

**Johnson & Johnson Vision Surgical**
1700 E. St Andrews Pl.
Santa Ana, CA 92075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$158.00**

**JP Morgan Chase Bank**
Mail Code OH1-1272
Columbus, OH 43218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$568,837.66**

**Kalamata Capital Group**
C/O Angela Valen, Esq.
3835 E. Thousand Oaks Bl. R
to be provided, CO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.67 |
|---|---|---|---|

**Kelly Services**
to be provided
to be provided, CA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,083.33 |
|---|---|---|---|

**Kevin J. Fritz**
**1503 Solvay Aisle**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Critical operational services and/or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,855.00 |
|---|---|---|---|

**Keystone Bioanalytical, Inc.**
**501 Dickerson Road**
**North Wales, PA 19454-2536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,000.00 |
|---|---|---|---|

**L2 Consulting Inc.**
**23 des Lotus Street**
**Blainville, Quebec, Canada J7C 5V3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566.57 |
|---|---|---|---|

**Labconco Corp.**
**P.O. Box 801133**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.03 |
|---|---|---|---|

**Landauer**
**P.O. Box 809051**
**Chicago, IL 60680-9051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,321.36 |
|---|---|---|---|

**Law Offices of Gregory Hout**
**12396 World Trade Drive**
**Suite 206**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Critical operational services and/or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,244.45** |
|---|---|---|---|
| | **Law Offices of Marcy E. Kaye**<br>**16870 West Bernardo Drive**<br>**Suite 400**<br>**San Diego, CA 92127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Services and/or Supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,166.75** |
|---|---|---|---|
| | **Life Diagnostics,Inc**<br>**906 Old Fern Hill Road**<br>**Suite 1**<br>**West Chester, PA 19380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Critical operational services and/or supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,471.16** |
|---|---|---|---|
| | **Life Technologies Corp**<br>**B of A Lock**<br>**12088 Collections Cir.**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Services and/or Supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Longfellow Real Estate Partner**<br>**260 Franklin Street**<br>**Suite 1920**<br>**Boston, MA 02110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Rent | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,200.00** |
|---|---|---|---|
| | **Mari Bray**<br>**P.O. Box 506951**<br>**San Diego, CA 92150-6951** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Critical operational services and/or supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,625.37** |
|---|---|---|---|
| | **McKesson Medical-Surgical Inc.**<br>**P.O. Box 51020**<br>**Los Angeles, CA 90051-5320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Services and/or Supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,844.51** |
|---|---|---|---|
| | **Medline**<br>**Dept LA 21558**<br>**Pasadena, CA 91185-1558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Critical operational services and/or supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address
**Medline Industries, Inc**
Dept LA 21558
Pasadena, CA 91185-1558

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$11,913.00**

---

**3.91** | Nonpriority creditor's name and mailing address
**Molecular Devices**
3860 NORTH FIRST STREET
San Jose, CA 95134

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **This is a primary vendor and is critical to cash flow.**

Is the claim subject to offset? ■ No ☐ Yes

**$16,994.00**

---

**3.92** | Nonpriority creditor's name and mailing address
**MWI Veterinary Supply**
File 50838
Los Angele, CA 90074-0838

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$2,264.55**

---

**3.93** | Nonpriority creditor's name and mailing address
**MyBioSource, Inc.**
P.O. Box 153308
San Diego, CA 92195-3308

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$11,039.66**

---

**3.94** | Nonpriority creditor's name and mailing address
**National Virus Resource Laboratory**
P.O. Box 4118
Atlanta, GA 30302-4118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,714.27**

---

**3.95** | Nonpriority creditor's name and mailing address
**Nevada Technical Associates Inc.**
PO Box 93355
Las Vegas, NV 89193-3355

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

**3.96** | Nonpriority creditor's name and mailing address
**Newco Distributors INC**
9060 Rochester Avenue
Rancho Cucamonga, CA 91730

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$12,424.44**

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,674.16** |
|---|---|---|---|

**Nitel Inc.**
**Lockbox Dept. 4929**
**Carol Stream, IL 60122-4929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,856.00** |
|---|---|---|---|

**Occupationl & Environmental Medicine**
**PO Box 34457**
**San Diego, CA 92163-4457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Organization Effectiveness Consultants**
**4451 Mistral Place**
**San Diego, CA 92513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,430.00** |
|---|---|---|---|

**Orient Bioresources , Inc.**
**C/O Marc Cervantes Esq.**
**802 N Caranchua, STE 2100**
**Corpus Christi, TX 78401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$208.86** |
|---|---|---|---|

**Otto Environmental**
**11015 W. Layton Ave. Suite A**
**Greenfield, WI 53228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,000.00** |
|---|---|---|---|

**Pacific BioLabs**
**551 Linus Pauling Drive**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,560.00** |
|---|---|---|---|

**Pharmascience Inc.**
**6111, Royalmount Avenue,**
**Suite 100**
**Montreal, Quebec, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **SAMM Solutions, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,107.58** |
|---|---|---|---|
| | **Pipette.com** | ☐ Contingent | |
| | **10360 Sorrento Valley Road** | ☐ Unliquidated | |
| | **San Diego, CA 92121** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Services and/or Supplies** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,467.57** |
|---|---|---|---|
| | **Praxair Distribution Inc.** | ☐ Contingent | |
| | **Dept. LA 21511** | ☐ Unliquidated | |
| | **Pasadena, CA 91185** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Services and/or Supplies** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.77** |
|---|---|---|---|
| | **Progressive Management Systems** | ☐ Contingent | |
| | **1521 West Cameron Ave** | ☐ Unliquidated | |
| | **West Covina, CA 91790** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Services and/or Supplies** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,828.44** |
|---|---|---|---|
| | **Promega** | ☐ Contingent | |
| | **PO Box 689768** | ☐ Unliquidated | |
| | **Chicago, IL 60695-9768** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Services and/or Supplies** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,358.20** |
|---|---|---|---|
| | **QPS** | ☐ Contingent | |
| | **110 Executive Drive** | ☐ Unliquidated | |
| | **Suite 7** | ☐ Disputed | |
| | **Newark, DE 19711** | Basis for the claim:  **Critical operational services and/or supplies Customer Deposit Refund Owed** | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,748.76** |
|---|---|---|---|
| | **R & D Systems** | ☐ Contingent | |
| | **614 Mckinley Place NE** | ☐ Unliquidated | |
| | **Minneapolis, MN 55413-2647** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Services and/or Supplies** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$516.30** |
|---|---|---|---|
| | **R&D Laboratory Equipment** | ☐ Contingent | |
| | **10028 Leavesly Trail** | ☐ Unliquidated | |
| | **Santee, CA 92071** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Services and/or Supplies** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **SAMM Solutions, Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,281.86 |
|---|---|---|---|

**Randox Laboratories**
**515 Industrial Boulevard**
**Kearneysville, WV, WV 25430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,500.00 |
|---|---|---|---|

**RMI Laboratories LLC**
**418 Industrial Drive**
**Nort Wales, PA 19454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,623.00 |
|---|---|---|---|

**San Diego Blood Bank**
**3636 Gateway Center Avenue**
**Suite 100**
**San Diego,, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,073.35 |
|---|---|---|---|

**San Diego Gas & Electric**
**P.O. Box 25111**
**Santa Ana, CA 92799-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,766.87 |
|---|---|---|---|

**San Diego Gas & Electric**
**P.O. Box 25111**
**Santa Ana, CA 92799-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.43 |
|---|---|---|---|

**San Diego Scale Co., Inc.**
**4510 Federal Blvd.**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.17 |
|---|---|---|---|

**Sarstedt**
**PO Box 468**
**Newton, NC 28658-0468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,108.00** |
|---|---|---|---|

**Selleck Chemicals LLC**
**P.O. Box 300287**
**Houston, TX 77230**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$689.08** |
|---|---|---|---|

**Sharp Business Systems**
**Dept. LA 21565**
**Pasadena, CA 91185-1565**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$253.95** |
|---|---|---|---|

**Sharp Electronics Corporation**
**Dept. LA 21565**
**Pasadena, CA 91185-1565**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,843.71** |
|---|---|---|---|

**Siemens Healthcare Diagnostics**
**PO Box 121102**
**Dallas, TX 75312-1102**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Critical operational services and/or supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
|---|---|---|---|

**Society of Toxicology**
**11190 sunrise Valley Drive,**
**Suite 300**
**Reston, VA 20191**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$598.35** |
|---|---|---|---|

**SouthCoast Anesthesiia LLC**
**2112 Clematis St.**
**San Diego, CA 92105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Southcoast Heating and A/C**
**2373 La Mirada Avenue**
**Vista, CA 92081**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.74 |
|---|---|---|---|

**SRPS**
**P.O. Box 504591**
**St. Louis, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,865.11 |
|---|---|---|---|

**Staples**
**P.O. Box 83689**
**Chicago, IL 60696-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.24 |
|---|---|---|---|

**STAT Veterinary Laboratory**
**10455 Sorrento Valley Road**
**Ste. 100**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,146.47 |
|---|---|---|---|

**Stemcell Technologies**
**ATTN LBX No. 200590**
**Pittsburgh, PA 15251-0590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.99 |
|---|---|---|---|

**Sterilizer Tech. Specialists, Inc.**
**P.O. Box 31001-1537**
**Pasadena, CA 91110-1537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,607.75 |
|---|---|---|---|

**Steris Corp.**
**to be provided**
**to be provided, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|---|

**Strategic Business Communications**
**1979 Marcus Avenue,**
**Suite 210**
**Lake Success, NY 11042-1022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.52** |
|---|---|---|---|

**Sycamore Creek Research Park**
**6591 Collins Drive**
**Suite E-11**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$265,114.10** |
|---|---|---|---|

**Tareq Abu-Nadi**
**993 Brena Hills Crt**
**Escondido, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Loans to business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$859.00** |
|---|---|---|---|

**Technical Safety Services, Inc.**
**PO Box 39000**
**San Francisco, CA 94139-3265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74,461.00** |
|---|---|---|---|

**The Business Backers**
**10856 Reed Hartman Hwy.**
**Suite 1**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$259.55** |
|---|---|---|---|

**Thermo Fisher Financial**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$712.47** |
|---|---|---|---|

**Thermo Fisher Scientific, LLC**
**P.O. BOX 842339**
**DALLAS, TX 75284-2339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,532.01** |
|---|---|---|---|

**Thermofisher Scientific**
**12088 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **SAMM Solutions, Inc.**                                              Case number *(if known)* _____
_____
Name

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,879.18 |
|---|---|---|---|

**TPX Communication**
to be provided
to be provided, CA

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**U. of Virginia Patent Found.**
722 Preston Avenue Suite 107
Charlottesville, VA 22903

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217.25 |
|---|---|---|---|

**UCSD Health**
P.O. Box 748607
Los Angeles, CA 90074-8607

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medical Services**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
|---|---|---|---|

**UCSD Medical Group**
File#57326
Los Angeles, CA 90074-7326

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medical Services**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,359.23 |
|---|---|---|---|

**UCSD, CRSF**
9500 Gilman Drive
La Jolla, CA 92093-0614

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medical Services**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,122.48 |
|---|---|---|---|

**Uline**
P.O. Box 88741
Chicago, IL 60680-1741

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,138.79 |
|---|---|---|---|

**UniFirst**
4041 Market Street
San Diego, CA 92102

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  □ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,642.35 |
|---|---|---|---|
| | **US Veterinary Equipment Inc.**<br>**4656 Mission Gorge Place,**<br>**Suite B**<br>**San Diego, CA 92120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,518.86 |
|---|---|---|---|
| | **Usama Abunadi**<br>**43931 Cala Sandor**<br>**Temecula, CA 92592** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Credit card purchases on behalf of Business**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999,106.00 |
|---|---|---|---|
| | **Usama abunadi**<br>**43931 Cala Sandor**<br>**Temecula, CA 92592** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Shareholder loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.80 |
|---|---|---|---|
| | **Verona Safety**<br>**913 Watson Ave**<br>**Madison, WI 53713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services and/or Supplies**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.33 |
|---|---|---|---|
| | **Videotel Digital**<br>**681 Anita Street Suite #104**<br>**Chula Vista, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services and/or Supplies**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,642.27 |
|---|---|---|---|
| | **VWR International LLC**<br>**PO Box 640169**<br>**Pittsburgh, PA 15264-0169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Critical operational services and/or supplies**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.32 |
|---|---|---|---|
| | **Waxie Sanitary Supply**<br>**P.O. Box 60227**<br>**Los Angeles, CA 90060-0227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services and/or Supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **SAMM Solutions, Inc.**

Name

Case number (*if known*) _____

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $644,000.00 |
|---|---|---|---|

**WCCP Rosemont, LLC**
**721 Emerson Road, STE 300**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Stipulated Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,201.02 |
|---|---|---|---|

**Wells Fargo Vendor Fin Serv**
**P.O Box 51043**
**Los Angeles, CA 90051-5343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,508.98 |
|---|---|---|---|

**WestAir**
**P.O. Box 101420**
**Pasadena, CA 91189-1420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services and/or Supplies**

Last 4 digits of account number  **3303**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.60 |
|---|---|---|---|

**Westair**
**PO BOX 101420**
**Pasadena, CA 91189-1420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services and/or Supplies**

Last 4 digits of account number  **3823**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.11 |
|---|---|---|---|

**World Courier, Inc.**
**P.O. Box 842325**
**Boston, MA 02284-2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,100.00 |
|---|---|---|---|

**Xybion Medical Systems**
**2000 LENOX DR, SUITE 101**
**LAWRENCEVILLE, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Critical operational services and/or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.17 |
|---|---|---|---|

**Zoetis**
**PO Box 419022**
**Boston, MA 02241-9022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **SAMM Solutions, Inc.** | | Case number (if known) | |
|--------|--------------------------|--|------------------------|--|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---------------------------|---------------------------------------------------------------------------|-----------------------------------------|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|-------------|--------------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. $ | 432,375.27 |
| **5b. Total claims from Part 2** | 5b. + $ | 4,247,254.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 4,679,629.53 |

**Fill in this information to identify the case:**

Debtor name    **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Storage facility lease** | |
| State the term remaining — **Month to Month** | |
| List the contract number of any government contract | **10345 Sorrento Valley Road**<br>**San Diego, CA 92121** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Storage facility lease** | |
| State the term remaining — **Month to Month** | |
| List the contract number of any government contract | **11303 Sorrento Valley Road**<br>**San Diego, CA 92121** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage facility** | |
| State the term remaining — **Month to Month** | |
| List the contract number of any government contract | **6200 Miramar Road**<br>**San Diego, CA 92121** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Pharmocological study** | |
| State the term remaining — **60 Days** | **Biocad Biotechnology Company**<br>**Lit a 34 Svyarzi St**<br>**Petrodvorsovy Dist.**<br>**St Petersberg Russia, DE 19851** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **SAMM Solutions, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmocological study** | |
|---|---|---|---|
| | State the term remaining | **100** | **Biocad Biotechnology Company**<br>**Lit a 34 Svyarzi St**<br>**Petrodvorsovy Dist.**<br>**St Petersberg Russia, DE 19851** |
| | List the contract number of any government contract | _____ | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacological study** | |
|---|---|---|---|
| | State the term remaining | **60 days** | **Cidara Therapeutics**<br>**6310 Nancy Ridge Drive,**<br>**Suite 101**<br>**San Diego, CA 92121** |
| | List the contract number of any government contract | _____ | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **GLP NHPStudy** | |
|---|---|---|---|
| | State the term remaining | **150 days** | **DNAtrix**<br>**2450 Holcombe Blvd.**<br>**Suite X+20**<br>**Houston, TX 77021** |
| | List the contract number of any government contract | _____ | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Non-GLP PK and PD Study of CYI013** | |
|---|---|---|---|
| | State the term remaining | **45 Days** | **INHIBRx**<br>**11025 N. Torrey Pines Rd.**<br>**STE . 200**<br>**La Jolla, CA 92037** |
| | List the contract number of any government contract | _____ | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Non-GLP PD Study of Drug** | |
|---|---|---|---|
| | State the term remaining | **45 Days** | **INHIBRx**<br>**11025 N. Torrey Pines Rd.**<br>**STE . 200**<br>**La Jolla, CA 92037** |
| | List the contract number of any government contract | _____ | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Non-GLP PK and PD Study** | |
|---|---|---|---|
| | State the term remaining | **45 Days** | **INHIBRx**<br>**11025 N. Torrey Pines Rd.**<br>**STE . 200**<br>**La Jolla, CA 92037** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **SAMM Solutions, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **NON-GLP IN VITRO EVALUATION OF PHARMACEUTICALS** | |
|---|---|---|---|
| | State the term remaining | **90 Days** | **Jazz Pharmaceuticals**<br>**3170 Porter Drive**<br>**Palo Alto, CA 94304** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **NON-GLP IN VITRO EVALUATION OF ARTICLE'S CYTOTOXICITY IN VARIOUS CANCER CELL LINES** | |
|---|---|---|---|
| | State the term remaining | **90 Days** | **Jazz Pharmaceuticals**<br>**3170 Porter Drive**<br>**Palo Alto, CA 94304** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacological study of effect of drug** | |
|---|---|---|---|
| | State the term remaining | **45 Days** | **KAINOS MEDICINE**<br>**HP 010 2638 6363**<br>**Korea** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **A GLP 6 Month Repeat Dose Stndy** | |
|---|---|---|---|
| | State the term remaining | **90 Days** | **KAINOS MEDICINE**<br>**HP 010 2638 6363**<br>**Korea** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Work Order Amendment 1: Extnsion of Dosing Period To 9 Months** | |
|---|---|---|---|
| | State the term remaining | **90 Days** | **KAINOS MEDICINE**<br>**HP 010 2638 6363**<br>**Korea** |
| | List the contract number of any government contract | | |

| Debtor 1 | **SAMM Solutions, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **GLP Formulation Analysis ,Bioanalysis and TK Support** | |
|---|---|---|---|
| | State the term remaining | **90 Days** | **KAINOS MEDICINE** |
| | List the contract number of any government contract | _____ | **HP 010 2638 6363**<br>**Korea** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Building Lease 11211 Sorrento Valley Road, San Doego CA 92121** | |
|---|---|---|---|
| | State the term remaining | **36 months** | **Kathy Petrucci, DVM** |
| | List the contract number of any government contract | _____ | **11211 Sorrento Valley Rd.**<br>**STE. A**<br>**San Diego, CA 92121** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Building Lease 9990 Mesa Rim Road, San Diego CA 92121** | |
|---|---|---|---|
| | State the term remaining | **36 Months** | **Luminec Pharmaceuticals, Inc.** |
| | List the contract number of any government contract | _____ | **3200 SE 164th Ave**<br>**STE. 106**<br>**Vancouver, WA 98683** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Building Lease: 10635 Roselle St. San Diego, CA 92121** | |
|---|---|---|---|
| | State the term remaining | **36 Months** | **Sorrento Roselle Corporation** |
| | List the contract number of any government contract | _____ | **C/O Jacob Management Group**<br>**P. O. Box 230931**<br>**Encinitas, CA 92023** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Preclinical and non-clinical GLP and Non-GLP biological services** | |
|---|---|---|---|
| | State the term remaining | **180 days** | **Tate & Lyle Ingredients** |
| | List the contract number of any government contract | _____ | **5450 Prarie Stone Pkwy**<br>**Beaverville, IL 60912** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Dose compounds to screen for acute toxicity** | |
|---|---|---|---|
| | State the term remaining | **30 days** | **UC Santa Barbara** |
| | List the contract number of any | | **c/o Alex Moreland**<br>**Santa Barbara, CA 93106** |

Debtor 1  **SAMM Solutions, Inc.**
First Name    Middle Name    Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **21-day GLP Study for Syljirm X** | |
| | State the term remaining | **45 Days** | **Viol Co., Ltd. Bundang Technopark C Yatap-dong, Gyeonggi-do Seongnam, South Korea** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Non-GLP Pharmacokinetic Evaluaition of Spollsor Test Article** | |
| | State the term remaining | **180 Days** | **Wellspring Bioseiences, Inc. 3033 Science Park Road Suite 220 San Diego, CA 92121** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Non-GLP Pharmacokentic Evaluationl of Sponsor Test Article** | |
| | State the term remaining | **60 Days** | **Wellspring Bioseiences, Inc. 3033 Science Park Road Suite 220 San Diego, CA 92121** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Non-GLP Pharmacokentic Evaluationl of Sponsor Test Article** | |
| | State the term remaining | **60 Days** | **Wellspring Bioseiences, Inc. 3033 Science Park Road Suite 220 San Diego, CA 92121** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**           *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Tareq Abu-Nadi** | **993 Brena Hills Ct.** <br> **San Diego, CA 92128** | **Accel Capital Services** | ☐ D _____ <br> ■ E/F   **3.4** <br> ☐ G _____ |
| 2.2 | **Tareq Abu-Nadi** | **993 Brena Hills Ct.** <br> **San Diego, CA 92128** | **Kalamata Capital Group** | ☐ D _____ <br> ■ E/F   **3.75** <br> ☐ G _____ |
| 2.3 | **Tareq Abu-Nadi** | **993 Brena Hills Ct.** <br> **San Diego, CA 92128** | **Pacific Premier Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Tareq Abu-Nadi** | **993 Brena Hills Ct.** <br> **San Diego, CA 92128** | **The Business Backers** | ☐ D _____ <br> ■ E/F   **3.135** <br> ☐ G _____ |
| 2.5 | **Tareq Abu-Nadi** | **993 Brena Hills Ct.** <br> **San Diego, CA 92128** | **WCCP Rosemont, LLC** | ☐ D _____ <br> ■ E/F   **3.153** <br> ☐ G _____ |

Debtor    **SAMM Solutions, Inc.**                                           Case number *(if known)* _____

| ▦ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Usama Abunadi** | **43931 Carla Sandor**<br>**Temecula, CA 92592** | **Accel Capital**<br>**Services** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.7 | **Usama Abunadi** | **43931 Carla Sandor**<br>**Temecula, CA 92592** | **Employmnet**<br>**Development Dept.** | ☐ D _____<br>■ E/F __2.3__<br>☐ G _____ |
| 2.8 | **Usama Abunadi** | **43931 Carla Sandor**<br>**Temecula, CA 92592** | **Franchise Tax Board** | ☐ D _____<br>■ E/F __2.4__<br>☐ G _____ |
| 2.9 | **Usama Abunadi** | **43931 Carla Sandor**<br>**Temecula, CA 92592** | **Kalamata Capital**<br>**Group** | ☐ D _____<br>■ E/F __3.75__<br>☐ G _____ |
| 2.10 | **Usama Abunadi** | **43931 Carla Sandor**<br>**Temecula, CA 92592** | **Pacific Premier Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Usama Abunadi** | **43931 Carla Sandor**<br>**Temecula, CA 92592** | **The Business**<br>**Backers** | ☐ D _____<br>■ E/F __3.135__<br>☐ G _____ |
| 2.12 | **Usama Abunadi** | **43931 Carla Sandor**<br>**Temecula, CA 92592** | **WCCP Rosemont,**<br>**LLC** | ☐ D _____<br>■ E/F __3.153__<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Usama Abunadi** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:   Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

**Part 2:   Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1    **SAMM Solutions, Inc.**                                    Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

**5.** List all payroll deductions:

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6.** Add the payroll deductions.  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

**7.** Calculate total monthly take-home pay.  Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

**8.** List all other income regularly received:

8a.  **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b.  **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d.  **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e.  **Social Security**    8e.    $ 0.00    $ 0.00

8f.  **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g.  **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h.  **Other monthly income. Specify:** _____    8h.+    $ 0.00 + $    0.00

**9.** Add all other income.  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

**10.** Calculate monthly income.  Add line 7 + line 9.    10.    $ 0.00  + $ 0.00 = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.    +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 0.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

■  No.

☐  Yes. Explain: _____

5:18 PM

07/11/19

Accrual Basis

## BTS RESEARCH
## Profit & Loss
### January 1 through July 11, 2019

|  | Jan 1 - Jul 11, 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Income for Housing & Husbandry | 209,532.18 |
| Income for In Vitro Services | 66,677.60 |
| Income for In Vivo Services | 1,998,453.42 |
| Interest Income | 0.03 |
| Other Income -Others | 3,491.10 |
| **Total Income** | 2,278,154.33 |
| **Gross Profit** | 2,278,154.33 |
| **Expense** | |
| Calibration | 2,291.78 |
| Service Fees | 7,713.59 |
| Facilities | 295.00 |
| Advertising and Promotion | 4,800.00 |
| Bank Service Charges | 1,165.10 |
| Business Licenses and Permits | 840.00 |
| CAM Charges | 36,569.52 |
| Computer and Internet Expenses | 17,797.39 |
| Cylinder rental | 2,349.08 |
| Dry Ice Pellets | 464.09 |
| Equipment Lease | 197.00 |
| Equipment Rental | 560.87 |
| Finance Charges | 113.15 |
| Fire Rescue  Inspection Fees | 487.45 |
| Freight/Shipping Charge | 8,051.88 |
| Fuel Surcharge | 50.95 |
| Gas, Oil, Lubricants & Mileage | 270.20 |
| Gases | 9,503.76 |
| Hazardous Material Compliance | 78.75 |
| **Insurance Expense** | |
| General Liability | 9,282.42 |
| Worker's Compensation | 9,758.31 |
| Insurance Expense - Other | 15,856.18 |
| **Total Insurance Expense** | 34,896.91 |
| Interest Expense | 23,962.03 |
| Janitorial Expense | 1,400.22 |
| Laboratory Fees | 1,560.18 |
| Licenses and Permits | 16,297.00 |
| Meals and Entertainment | 521.20 |
| **Medical Records and Supplies** | |
| Vivarium Supplies | 12,819.89 |
| Animal Supplies | 206,901.92 |
| Medical/Study Supplies | 50,300.24 |

5:18 PM

07/11/19

Accrual Basis

**BTS RESEARCH**
**Profit & Loss**
**January 1 through July 11, 2019**

|  | Jan 1 - Jul 11, 19 |
|---|---|
| Vaccines and Medicines | 2,604.25 |
| Medical Records and Supplies - Other | 8,974.35 |
| **Total Medical Records and Supplies** | 281,600.65 |
|  |  |
| Membership Fees | 4,980.00 |
| Occupational & Environmental Me | 27.00 |
| Office Supplies | 2,344.76 |
| Packaging Supplies/Crates | 1,746.26 |
| Parking and Toll Fees | 10.25 |
| Payroll Expenses |  |
|     Employee Training Tax | 4.61 |
|     Hourly | 19,673.79 |
|     Salary | 53,247.61 |
|     Chiro Insurance | 88.22 |
|     Dental Insurance | 902.32 |
|     Medical Insurance | 14,085.62 |
|     CT Unemployment | 164.77 |
|     PEO Benefits Administration | 137.15 |
|     Double Time | 52.68 |
|     Federal Unemployment | 698.54 |
|     Medicare | 1,146.48 |
|     Overtime | 2,678.11 |
|     Shipping | 526.03 |
|     Social Security Tax | 4,902.32 |
|     Vacation Pay | 214.50 |
|     Wages & Salaries | 26,675.59 |
|     Payroll Expenses - Other | 964,635.60 |
| **Total Payroll Expenses** | 1,089,833.94 |
|  |  |
| Penalties and Late Fees | 15,318.73 |
| Pest Control | 139.00 |
| Postage, Delivery & Courier Ser | 1,627.51 |
| Professional Fees |  |
|     Accounting | 12,350.00 |
|     Contracted Services | 169,289.94 |
|     Legal | 20,538.36 |
|     Professional Fees - Other | 15,900.00 |
| **Total Professional Fees** | 218,078.30 |
|  |  |
| Recruiting | 70.00 |
| Rent Expense | 270,895.67 |
| Repairs and Maintenance | 20,976.20 |
| Security | 12,792.49 |
| Taxes |  |
|     Other Taxes | 800.00 |
|     Property Tax | 799.79 |

5:18 PM

07/11/19

Accrual Basis

## BTS RESEARCH
## Profit & Loss
### January 1 through July 11, 2019

|  | Jan 1 - Jul 11, 19 |
|---|---|
| Sales Tax | 3,192.86 |
| Taxes - Other | 1,277.88 |
| **Total Taxes** | 6,070.53 |
| Telephone & Internet Expense | 8,319.84 |
| Travel Expense | 1,263.03 |
| Uniforms/Lab Coats/Scrubs | 7,629.23 |
| Utilities | 108,372.35 |
| Waste Disposal | 8,958.89 |
| **Total Expense** | 2,233,291.73 |
| **Net Ordinary Income** | 44,862.60 |
| Other Income/Expense |  |
| Other Expense |  |
| Ask My Accountant | 11,800.06 |
| **Total Other Expense** | 11,800.06 |
| **Net Other Income** | -11,800.06 |
| **Net Income** | **33,062.54** |

Fill in this information to identify your case:

Debtor 1           **Usama Abunadi**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.    ☐ Yes.    Fill out this information for each dependent.............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4.  $              0.00

    **If not included in line 4:**

    4a.    Real estate taxes                                                          4a.  $              0.00
    4b.    Property, homeowner's, or renter's insurance                               4b.  $              0.00
    4c.    Home maintenance, repair, and upkeep expenses                              4c.  $              0.00
    4d.    Homeowner's association or condominium dues                                4d.  $              0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $              0.00

Debtor 1   **SAMM Solutions, Inc.**                              Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 0.00 |
| 10. | **Personal care products and services** | | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 0.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 7,477.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 0.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 7,477.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   | Explain here: |

**Fill in this information to identify the case:**

Debtor name  **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $2,278,154.00 |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | $47,698,630.00 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | $54,267,290.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **SAMM Solutions, Inc.**                                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Pacific Premier Bank**<br>**17901 Von Karmen Ave.** | **5/21/2019,**<br>**5/30/2019,**<br>**6/21/2019** | **$46,850.42** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Sorrento Roselle Corporation**<br>**C/O Jacob Management Group**<br>**P. O. Box 230931**<br>**Encinitas, CA 92023** | **5/28/2019,**<br>**5/20/2019** | **$34,837.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent for 10634 Risekke St.** |
| 3.3. **HSRL, Inc.**<br>**5930 Main St.**<br>**Mount Jackson, VA 22842** | **6/20/2019** | **$63,643.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Covance**<br>**310 Swamp Bridge Rd.**<br>**Denver, PA 17517** | **6/20/2019** | **$158,737.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **California Choice**<br>**721 South Parker**<br>**Orange, CA 92868** | **5/29/2019,**<br>**6/7/2019** | **$45,174.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **San Diego Gas & Electric**<br>**P.O. Box 25111**<br>**Santa Ana, CA 92799-5111** | **5/7/2019,**<br>**6/7/2019** | **$45,174.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    **SAMM Solutions, Inc.** _____    Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Usama Abunadi**<br>**43931 Carla Sandor**<br>**Temecula, CA 92592**<br>**Shareholder, Officer, Director** | **7/2/2018, 7/23/2018, 7/25/2018, 8/20/2018, 8/27/2018, 9/4/2018, 9/12/2018, 9/21/2019, 9/24/2019, 10/23/2018, 10/24/2018, 11/19/2018, 11/30/2018,12/12/2018, 12/18/2018, 12/26/2018, 1/15/2019, 1/17/2019, 1/18/2019, 1/22/2019, 2/6/2019, 2/28/2019, 5/20/2019, 5/24/2019** | **$425,899.54** | **Reimbursement of operating expenses paid on behalf of the debtor** |

**5.  Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Channel Methods Partners, LLC v. SAMM Solutions Inc.**<br>**37-2019-638-CL-BC-CTL** | **Collection** | **San Diego County Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **SAMM Solutions, Inc.**                                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Kalamata Capital Group vs. SAMM Solutions, Inc**<br>501165/2019 | **Collection** | **Kings County New Your Supreme Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Accel Capital Services vs. SAMMS Solutions Inc. BTS Research**<br>37-2019-25289-CU-EN-CTL | **Enforcement of Money Judgment** | **San Diego County Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **The Business Backers vs Debtor, BTS Research**<br>2019-CV-01308 | **Collection/Enforcement of Judgment** | **Common Pleas**<br>**Montgomery County Ohio** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **De Lage Landen Financials vs. Debtor, BTS Research**<br>1984 CV-004128 | **Collection** | **Superior Court, Pemberton South Boston** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **WCCP Rosemont, LLC vs. Debtor,  BTS Research**<br>37-2019-18812-CU-UD-CTL | **Unlawful Detainer** | **San Diego County Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Medline Industries, Inc vs. Debtor, BTS Research**<br>2019-1112987 | **Collection** | **Circuit Court, Cook County Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Orient Bioresources , Inc. vs. SAMM Solutions Inc., BTS Research**<br>2:19 CV 20 | **Collection** | **U. S. District Court**<br>**Southern District Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    **SAMM Solutions, Inc.** _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Equipment and machinery loss due to flooding** | **zero to date, Insurance company investigating loss** | **March 24, 2019** | **$222,000.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stephen C. Hinze**<br>**100 E. San Marcos Blvd.**<br>**Suite 400**<br>**San Marcos, CA 92069** | | **5/30/2019**<br>**$12,000**<br>**7/12/2019**<br>**$2,000** | **$14,000.00** |
| | **Email or website address**<br>**sch@schinzelaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **NGS LLP, CPA**<br>**6120 Paseo Del Norte**<br>**Carlsbad, CA 92011** | | **6/18/2019** | **$8,000.00** |
| | **Email or website address**<br>**http://www.ngsllp.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Debtor | **SAMM Solutions, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **10665 Sorrento Valley ROad** <br> **San Diego, CA 92121** | **2016 to 7/19/2019** |
| 14.2. | **10635 Roselle Rd.** <br> **San Diego, CA 92121** | **2016 to present** |

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor    **SAMM Solutions, Inc.**                                                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **10345 Sorento Valley Road San Diego, CA 92121** | **Tareq Abu-Nadi 993 Brena Hills Crt Escondido, CA 92128**<br><br>**Usama Abunadi 43931 Cala Sandor Temecula, CA 92592** | **Equipment and supplies** | ☐ No<br>■ Yes |
| **11303 Sorrento Valley Road San Diego, CA 92121** | **Tareq Abu-Nadi 993 Brena Hills Crt Escondido, CA 92128**<br><br>**Usama Abunadi 43931 Cala Sandor Temecula, CA 92592** | **Equipment and supplies** | ☐ No<br>■ Yes |
| **6200 Miramar Road San Diego, CA 92121** | **Tareq Abu-Nadi 993 Brena Hills Crt Escondido, CA 92128**<br><br>**Usama Abunadi 43931 Cala Sandor Temecula, CA 92592** | **Equipment and supplies** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | **SAMM Solutions, Inc.** | Case number *(if known)* | |
|---|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Kohen, Reznik, Marshal, Verano CPAs**<br>**9255 Towne Centre Drive # 250**<br>**San Diego, CA 92121** | **2011 to 2017 for tax services** |
| 26a.2. | **David Lu, CPA**<br>**11818 South Street**<br>**Suite 206**<br>**Cerritos, CA 90703** | **2018 Tax Service** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **SAMM Solutions, Inc.**                                          Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Usama Abunadi**<br>**43931 Cala Sandor**<br>**Temecula, CA 92592** | |
| 26c.2.    **Tareq Abu-Nadi**<br>**993 Brena Hills Ct.**<br>**San Diego, CA 92128** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Kalamata Capital Group**<br>**80 Broad Street**<br>**12th Floor**<br>**New York, NY 10004** |
| 26d.2.    **Accel Capital Services LLC/TVT**<br>**881 Baxter Drive**<br>**Suite 100**<br>**South Jordan, UT 84095** |
| 26d.3.    **The Business Backers, LLC**<br>**10856 Reed Hardman Hwy.**<br>**Suite 100**<br>**Cincinnati, OH 45242** |
| 26d.4.    **Pacific Premier Bank**<br>**17901 Von Karmen Ave.**<br>**Irvine, CA 92614** |
| 26d.5.    **WCCP Rosemont LLC**<br>**6900 Camelback Road**<br>**Scottsdale, AZ 85251** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Usama Abunadi** | **43931 Carla Sandor**<br>**Temecula, CA 92592** | **Shareholder, Director, Officer** | **39.25** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tareq Abu-Nadi** | **993 Brena Hills Ct.**<br>**San Diego, CA 92128** | **Shareholder, Director, Officer** | **39.25** |

Debtor    **SAMM Solutions, Inc.**                                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sahar Abunadi | 9536 Whellock Way San Diego, CA 92129 | Director | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mahmoud Atieh | 1011 Old Forest Crossing Cary, NC 27513 | Shareholder | 18.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Imtiaz Mohammady | 2909 Bear Creek Ct. Cary, NC 27513 | Shareholder | 3 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Usama Abunadi 43931 Carla Sandor Temecula, CA 92592 | 76,148.71 | 1/1/2019-7/15/ 2019 | W-2 wages for business development and management services |
| | Relationship to debtor Shareholder, Director, Officer | | | |
| 30.2. | Tareq Abu-Nadi 993 Brena Hills Ct. San Diego, CA 92128 | 77,488.88 | 1/1/2019-7/15/ 2019 | W-2 wages for business development and management services |
| | Relationship to debtor Shareholder, Director, Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor     **SAMM Solutions, Inc.** _____    Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August  5, 2019** _____

/s/ Usama Abunadi _____            **Usama Abunadi** _____
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor     **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re   **SAMM Solutions, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................ $     **16,369.23**

    Prior to the filing of this statement I have received ................................ $     **14,000.00**

    Balance Due ............................................................................................... $     **2,369.23**

2. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Any post petiton work on this Chapter 11 case.  Subject to court apporval upon appropriately filed fee applications all post petiton work to be compensated at the rate of $275 per hour.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August  5, 2019**

*Date*

**/s/ Stephen C. Hinze**
**Stephen C. Hinze  (SBN 131787)**
*Signature of Attorney*
**Stephen C. Hinze, Attorney At Law, APC**
**100 E. San Marcos Blvd.**
**Suite 400**
**San Marcos, CA 92069**
**(760) 689-0705   Fax: (760) 820-2674**
**sch@schinzelaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of California

In re    **SAMM Solutions, Inc.**

         Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August  5, 2019**

Signature   **/s/ Usama Abunadi**

                **Usama Abunadi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

CSD 1008 [08/21/00]

Name, Address, Telephone No. & I.D. No.

**Stephen C. Hinze  (SBN 131787)**
**100 E. San Marcos Blvd.**
**Suite 400**
**San Marcos, CA 92069**
**(760) 689-0705**
**131787 CA**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**SAMM Solutions, Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

☑ New petition filed.  Creditor <u>diskette</u> required.          TOTAL NO. OF CREDITORS: **181**

☐ Conversion filed on _____. *See instructions on reverse side.*
 ☐ Former Chapter 13 converting.  Creditor <u>diskette</u> required.          TOTAL NO. OF CREDITORS: ____
 ☐ Post-petition creditors added.  <u>Scannable</u> matrix required.
 ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
 ☐ Names and addresses are being ADDED.
 ☐ Names and addresses are being DELETED.
 ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

☑ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:    **August  5, 2019**          **/s/ Usama Abunadi**
                   **Usama Abunadi**/**President**
                   Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

**CSD 1008 (Page 2)** [08/21/00]

### INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

      a)      A new petition is filed.  Diskette required.

      b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

      c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

      a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

      b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

      a)      <u>Scannable matrix format required.</u>

      b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

      c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

10345 Sorrento Valley Road
San Diego, CA 92121


11303 Sorrento Valley Road
San Diego, CA 92121


6200 Miramar Road
San Diego, CA 92121


AAALAC International
5205 Chairman's Court
Suite #300
Frederick, MD 21703


Abcam, Inc.
PO Box 3460
Boston, MA 02241-3460


Abnova
PO Box 1697
Walnut, CA 91788


Accel Capital Services
65 West 36th street, Suite 12
New York, NY 10018


ADME Solutions, Inc.
10531 4 S. Commons Drive
#594
San Diego, CA 92127


Advanced Chemical Transport
967 Mabury Road
San Jose, CA 95133

Agilent Technologies
P.O. Box 742108
Los Angeles, CA 90074-2108


American Casualty Company
PO Box 94733
Chicago, IL 60690-4733


American Casualty Company
P. O. Box 94733
Chicago, IL 60690-4733


Anderson Valuations, Inc.
3467 Avocado Lane
Fallbrook, CA 92028


Aqua Chill
PO Box 24737
Tempe, AZ 85285


Aquaclear
3952 D Clairemont Mesa Blvd.
Suite 294
San Diego, CA 92117


ATCC
5779 Collection Center Drive
Chicago, IL 60693


Aviva Systems Biology
7700 Ronson Road,
Ste 100
San Diego, CA 92111


Bay Alarm Co
P.O. Box 7137
San Francisco, CA 94120-7137

Beckman Coulter, Inc
Dept. CH 10164
Palatine, IL 60055-0164


Becton, Dickinson and Company
PO Box 100921
Pasadena, CA 91189-0921


Biocad Biotechnology Company
Lit a 34 Svyarzi St
Petrodvorsovy Dist.
St Petersberg Russia, DE 19851


Biocom
10996 Torreyana Dr.
Suite 200
San Diego, CA 92121


BioLegend
9727 Pacific Heights Blvd
San Diego, CA 92121


BioSurplus, Inc.
10805 Vista Sorrento Parkway
Suite 200
San Diego, CA 92121


Business Wire, Inc.
P.O. Box 39000
San Francisco, CA 94139


Cadence Science
2080 Plainfied Pike
Cranston, RI 02921


California Choice
PO Box 7088
Orange, CA 92863-7088

California Filtration Services, Inc.
1168 N Johnson Ave,
El Cajon, CA 92020


Canseco Boiler Services
8641 Whitaker Street
Buena Park, CA 90621


Cardinal Health.
P.O. Box 100552
Pasadena, CA 91189


Cayman Chemicals Co Inc
to be provided
to be provided, CA


Cell Signaling Technology
P.O. Box 3843
Boston, MA 02241-3843


Certara USA Inc.
222 S. Central Avenue
Suite 1008
Clayton, MO 63105


Ceva International Inc.
Dept. 2309
Carol Stream, IL 60132-2309


Channel Methods
1913 Atlantic Ave. R-5
Brielle, NJ 08730


Chief Special Procedures
Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Chondrex, Inc.
2607 151st Place NE
Redmond, WA 98052-5522


Cidara Therapeutics
6310 Nancy Ridge Drive,
Suite 101
San Diego, CA 92121


CNA Insurance
P.O. Box 790094
St. Louis, MO 63179-0094


Cohn Reznick LLP
9255 Towne Centre Drive
Suite 250
San Diego, CA 92121


Cole-Parmer
13927 Collections Center Dr
Chicago, IL 60693-0139


County Burner & Machinery Corp
4818 1/2 Ronson Ct
San Diego, CA 92111


County Tax Collector
1600 Pacific Highway
Room 162
San Diego, CA 92101


CytoMend
8554 Canoga Ave
Canoga Park, CA 91304


Dale Heyden
Pacific Premier Bank
17901 Von Karmen Ave, STE 120
Irvine, CA 92614

Dart Neuroscience, LLC
12278 Scripps Summit Drive
San Diego, CA 92131


De Lage Landen Financials
C/O Cohn & Davis, LLC
68 Harison Ave #502
Boston, MA 02111


Deluxe
P.O. Box 742572
Cicinnati, OH 45274-2572


Dewey Pest Control - 1097791
PO Box 7114
Pasadena, CA, CA 91109-7214


Dewey Pest Control - 1246279
P.O. Box 7114
Pasadena, CA 91109-7214


DNAtrix
2450 Holcombe Blvd.
Suite X+20
Houston, TX 77021


EDCO Disposal Corp.-354904
P.O. Box 6887
Buena Park, CA 90622-6887


EDCO Disposal Corp.-359032
6670 Federal Blvd.
Lemon Grove, CA 91945


EGP Marketing Inc
1531 West 5th Street
Santa Ana, CA 92703

Elm Hill Breeding Labs.
7 Kidder Road
Chelsford, MA 01824


Emcor Services
2 Cromwell
Irvine, CA 92618


Employmnet Development Dept.
Bankruptcy Unit MIC 92E
P. O. Box 826880
Sacramento, CA 94280


Envirotek Laboratories, Inc.
120 White Owl Trail
Mullica Hill, NJ, NJ 08062


Ethos Diagnostic Science
10455 Sorrento Valley Road
Ste.100
San Diego, CA 92121


Farmers Insurance Exchange
P.O. Box 4665
Carol Stream, IL 60197-4665


FedEx
P.O. Box 7221
Pasadena, CA 91109-7321


Firehawk Fire & Safety
PO Box 910489
San Diego, CA 92191


Fisher Scientific
to be provided
to be provided, CA

Franchise Tax Board
PO Box 942857
Sacramanto, CA 94257-0511


Fred Pryor Seminars
PO Box 219468
Kansas City, MO 64121-9468


GE Healthcare Bio-Sciences Corp.
100 Results Way
Marlborough, MA 01752


Gemini Bio-Products
930 Riverside Parkway
Suite 50
West Sacramento, CA 95605


General Boiler Company, Inc.
1546 East Adams Blvd.
Los Angeles, CA 90011


Ghazy Abu-Fielat
3564 Van Bruen Blvd.
Riverside, CA 92503


Glas-Col
711 Hulman St.
Terre Haute, IN 47802


Grainger
Dept 874783202
Palatine, IL 60038-0001


Henry Schein Scil
151 N. Greenleaf St.
Gumee, IL 60031

Hooke Laboratories, Inc.
439 South Union Street
Lawrence, MA 01843


HSRL, Inc.
5930 Main St.
Mount Jackson, VA 22842


Hygiena
941 Avenida Acaso
Camarillo, CA 93012


In Vivo Gen
10515 Vista Sorrento Pkwy.
San Diego, CA 92121


Ingenium Group LLC
2280 Micro Place
Escondido, CA 92029


INHIBRx
11025 N. Torrey Pines Rd.
STE . 200
La Jolla, CA 92037


Instech Laboratories Inc.
450 South Gravers Rd
Plymouth Meeting, PA 19462-1216


Institute Biomedical Services
2658 Del Mar Heights Rd.
STE
Del Mar, CA 92014


Integrity Research Consulting, Inc.
26015 Newport Avenue
Loma Linda, CA 92354

International Diagnostic Equipment
43114 Blackdeer Loop Ste C
Temecula, CA 92590


Jackson Laboratory
90260 Collection Center Drive
Chicago, IL 60693


Jazz Pharmaceuticals
3170 Porter Drive
Palo Alto, CA 94304


Johnson & Johnson Vision Surgical
1700 E. St Andrews Pl.
Santa Ana, CA 92075


JP Morgan Chase Bank
Mail Code OH1-1272
Columbus, OH 43218


KAINOS MEDICINE
HP 010 2638 6363
Korea


Kalamata Capital Group
C/O Angela Valen, Esq.
3835 E. Thousand Oaks Bl. R
to be provided, CO


Kathy Petrucci, DVM
11211 Sorrento Valley Rd.
STE. A
San Diego, CA 92121


Kelly Services
to be provided
to be provided, CA

Kevin J. Fritz
1503 Solvay Aisle
Irvine, CA 92606


Keystone Bioanalytical, Inc.
501 Dickerson Road
North Wales, PA 19454-2536


L2 Consulting Inc.
23 des Lotus Street
Blainville, Quebec, Canada J7C 5V3


Labconco Corp.
P.O. Box 801133
Kansas City, MO 64180


Landauer
P.O. Box 809051
Chicago, IL 60680-9051


Law Offices of Gregory Hout
12396 World Trade Drive
Suite 206
San Diego, CA 92128


Law Offices of Marcy E. Kaye
16870 West Bernardo Drive
Suite 400
San Diego, CA 92127


Life Diagnostics,Inc
906 Old Fern Hill Road
Suite 1
West Chester, PA 19380


Life Technologies Corp
B of A Lock
12088 Collections Cir.
Chicago, IL 60693

```
Longfellow Real Estate Partner
260 Franklin Street
Suite 1920
Boston, MA 02110


Luminec Pharmaceuticals, Inc.
3200 SE 164th Ave
STE. 106
Vancouver, WA 98683


Mari Bray
P.O. Box 506951
San Diego, CA 92150-6951


McKesson Medical-Surgical Inc.
P.O. Box 51020
Los Angeles, CA 90051-5320


Medline
Dept LA 21558
Pasadena, CA 91185-1558


Medline Industries, Inc
Dept LA 21558
Pasadena, CA 91185-1558


Michael Langsdale
631 J Ave.
Coronado, CA 92118


Molecular Devices
3860 NORTH FIRST STREET
San Jose, CA 95134


MWI Veterinary Supply
File 50838
Los Angele, CA 90074-0838
```

MyBioSource, Inc.
P.O. Box 153308
San Diego, CA 92195-3308


National Virus Resource Laboratory
P.O. Box 4118
Atlanta, GA 30302-4118


Nevada Technical Associates Inc.
PO Box 93355
Las Vegas, NV 89193-3355


Newco Distributors INC
9060 Rochester Avenue
Rancho Cucamonga, CA 91730


Nitel Inc.
Lockbox Dept. 4929
Carol Stream, IL 60122-4929


Occupationl & Environmental Medicine
PO Box 34457
San Diego, CA 92163-4457


Organization Effectiveness Consultants
4451 Mistral Place
San Diego, CA 92513


Orient Bioresources , Inc.
C/O Marc Cervantes Esq.
802 N Caranchua, STE 2100
Corpus Christi, TX 78401


Otto Environmental
11015 W. Layton Ave. Suite A
Greenfield, WI 53228

Pacific BioLabs
551 Linus Pauling Drive
Hercules, CA 94547


Pacific Premier Bank
17901 Von Karmen Ave.
Suite 1200
Irvine, CA 92614


Pharmascience Inc.
6111, Royalmount Avenue,
Suite 100
Montreal, Quebec, CA


Pipette.com
10360 Sorrento Valley Road
San Diego, CA 92121


Praxair Distribution Inc.
Dept. LA 21511
Pasadena, CA 91185


Progressive Management Systems
1521 West Cameron Ave
West Covina, CA 91790


Promega
PO Box 689768
Chicago, IL 60695-9768


QPS
110 Executive Drive
Suite 7
Newark, DE 19711


R & D Systems
614 Mckinley Place NE
Minneapolis, MN 55413-2647

R&D Laboratory Equipment
10028 Leavesly Trail
Santee, CA 92071


Randox Laboratories
515 Industrial Boulevard
Kearneysville, WV, WV 25430


RMI Laboratories LLC
418 Industrial Drive
Nort Wales, PA 19454


San Diego Blood Bank
3636 Gateway Center Avenue
Suite 100
San Diego,, CA 92102


San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111


San Diego Scale Co., Inc.
4510 Federal Blvd.
San Diego, CA 92102


Sarstedt
PO Box 468
Newton, NC 28658-0468


Selleck Chemicals LLC
P.O. Box 300287
Houston, TX 77230


Sharp Business Systems
Dept. LA 21565
Pasadena, CA 91185-1565

Sharp Electronics Corporation
Dept. LA 21565
Pasadena, CA 91185-1565


Siemens Healthcare Diagnostics
PO Box 121102
Dallas, TX 75312-1102


Society of Toxicology
11190 sunrise Valley Drive,
Suite 300
Reston, VA 20191


Sorrento Roselle Corporation
C/O Jacob Management Group
P. O. Box 230931
Encinitas, CA 92023


SouthCoast Anesthesiia LLC
2112 Clematis St.
San Diego, CA 92105


Southcoast Heating and A/C
2373 La Mirada Avenue
Vista, CA 92081


SRPS
P.O. Box 504591
St. Louis, MO 63150


Staples
P.O. Box 83689
Chicago, IL 60696-3689


STAT Veterinary Laboratory
10455 Sorrento Valley Road
Ste. 100
San Diego, CA 92121

Stemcell Technologies
ATTN LBX No. 200590
Pittsburgh, PA 15251-0590


Sterilizer Tech. Specialists, Inc.
P.O. Box 31001-1537
Pasadena, CA 91110-1537


Steris Corp.
to be provided
to be provided, CA


Strategic Business Communications
1979 Marcus Avenue,
Suite 210
Lake Success, NY 11042-1022


Sycamore Creek Research Park
6591 Collins Drive
Suite E-11
Moorpark, CA 93021


Tareq Abu-Nadi
993 Brena Hills Crt
Escondido, CA 92128


Tareq Abu-Nadi
993 Brena Hills Ct.
San Diego, CA 92128


Tate & Lyle Ingredients
5450 Prarie Stone Pkwy
Beaverville, IL 60912


Technical Safety Services, Inc.
PO Box 39000
San Francisco, CA 94139-3265

The Business Backers
10856 Reed Hartman Hwy.
Suite 1
Cincinnati, OH 45242


Thermo Fisher Financial
PO Box 41602
Philadelphia, PA 19101-1602


Thermo Fisher Scientific, LLC
P.O. BOX 842339
DALLAS, TX 75284-2339


Thermofisher Scientific
12088 Collection Center Drive
Chicago, IL 60693


TPX Communication
to be provided
to be provided, CA


U. of Virginia Patent Found.
722 Preston Avenue Suite 107
Charlottesville, VA 22903


UC Santa Barbara
c/o Alex Moreland
Santa Barbara, CA 93106


UCSD Health
P.O. Box 748607
Los Angeles, CA 90074-8607


UCSD Medical Group
File#57326
Los Angeles, CA 90074-7326

UCSD, CRSF
9500 Gilman Drive
La Jolla, CA 92093-0614


Uline
P.O. Box 88741
Chicago, IL 60680-1741


UniFirst
4041 Market Street
San Diego, CA 92102


US Veterinary Equipment Inc.
4656 Mission Gorge Place,
Suite B
San Diego, CA 92120


Usama Abunadi
43931 Cala Sandor
Temecula, CA 92592


Usama Abunadi
43931 Carla Sandor
Temecula, CA 92592


Verona Safety
913 Watson Ave
Madison, WI 53713


Videotel Digital
681 Anita Street Suite #104
Chula Vista, CA 91911


Viol Co., Ltd.
Bundang Technopark C
Yatap-dong, Gyeonggi-do
Seongnam, South Korea

```
VWR International LLC
PO Box 640169
Pittsburgh, PA 15264-0169


Waxie Sanitary Supply
P.O. Box 60227
Los Angeles, CA 90060-0227


WCCP Rosemont, LLC
721 Emerson Road, STE 300
Saint Louis, MO 63141


Wells Fargo Vendor Fin Serv
P.O Box 51043
Los Angeles, CA 90051-5343


Wellspring Bioseiences, Inc.
3033 Science Park Road
Suite 220
San Diego, CA 92121


WestAir
P.O. Box 101420
Pasadena, CA 91189-1420


Westair
PO BOX 101420
Pasadena, CA 91189-1420


World Courier, Inc.
P.O. Box 842325
Boston, MA 02284-2325


Xybion Medical Systems
2000 LENOX DR, SUITE 101
LAWRENCEVILLE, NJ 08648
```

```
Zoetis
PO Box 419022
Boston, MA 02241-9022
```

# United States Bankruptcy Court
## Southern District of California

In re    **SAMM Solutions, Inc.**
_____
                                    Debtor(s)

Case No. _____
Chapter    **11**    _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **SAMM Solutions, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  5, 2019**
_____
Date

**/s/ Stephen C. Hinze**
_____
**Stephen C. Hinze  (SBN 131787)**
Signature of Attorney or Litigant
Counsel for    **SAMM Solutions, Inc.**
_____
**Stephen C. Hinze, Attorney At Law, APC**
**100 E. San Marcos Blvd.**
**Suite 400**
**San Marcos, CA 92069**
**(760) 689-0705 Fax:(760) 820-2674**
**sch@schinzelaw.com**