David W. Brody, CSB 112373
Kenneth R. Shemwell, CSB 279832
LAW OFFICES OF DAVID W. BRODY
1350 Columbia Street, Suite 403
San Diego, California 92101
Telephone: (619) 546-9200
Facsimile: (619) 546-9270
E-mail: dbrody@brody-law.com

Attorneys for Creditor,
PACIFIC PREMIER BANK

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | ) Case No.19-04700-LA11 |
|---|---|
| SAMM SOLUTIONS, INC., dba BTS RESEARCH, | ) Chapter 11 |
| Debtor. | ) REQUEST FOR SPECIAL NOTICE |
| | ) ASSIGNED FOR ALL PURPOSES TO: HONORABLE LOUISE DECARL ADLER |

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case on behalf of Creditor PACIFIC PREMIER BANK, a California state-chartered bank ("PPB") and, pursuant to Federal Rules of Bankruptcy Procedure, Rules 2002 and 9010(b), and Bankruptcy Code, § 1109(b), hereby requests special notice of all matters as to which notice is given or required to be given, and requests that all papers served in this case be delivered to and served upon the undersigned at the address set forth below:

> David W. Brody, CSB 112373
> Kenneth R. Shemwell, CSB 279832
> LAW OFFICES OF DAVID W. BRODY
> 1350 Columbia Street, Suite 403
> San Diego, California 92101
> Telephone: (619) 546-9200
> Facsimile: (619) 546-9270
> E-mail:dbrody@brody-law.com  bknotice@brody-law.com

///

///

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, but also, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, which are served or otherwise affect PPB or PPB's collateral.

Respectfully Submitted,

Dated: August 8, 2019

LAW OFFICES OF DAVID W. BRODY

By: */s/ David W. Brody*
David W. Brody
Attorneys for Creditor, PACIFIC PREMIER BANK

U:\CLIENT\PACIFIC PREMIER BANK\SAMM SOLUTIONS\RSN.wpd