Stephen C. Hinze (State Bar No. 131787)
STEPHEN C. HINZE, ATTORNEY AT LAW
100 E San Marcos Blvd. Suite 400
San Marcos, CA 92069
Tel:  760-587-8342
Fax: 760-820-2674

Proposed Bankruptcy Counsel
Debtor and for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.: 17-04700-LA11 |
| | Chapter 11 |
| SAMM SOLUTIONS, INC. a California Corporation | APPLICATION TO EMPLOY JEANNE GODDARD AS BANKRUPTCY ACCOUNTANT FOR DEBTOR IN POSSESSION 11 USC §327 |
| Debtor and Debtor in Possession | IMAGED FILE |
| | Judge:          Hon. Louise D. Adler |
| | Dept             2 Room 118 |

TO THE HONORABLE LOUISE D. ADLER, UNITED STATES BANKRUPTCY

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED

PARTIES.

SAMM Solutions, Inc. (the Debtor and Debtor in Possession) submits this Application

to employ Jeanne Goddard as Bankruptcy Accountant pursuant to 11 USC 327(a).

This application to employ is based upon the included points and authorities and

supporting declarations, the court's records and files and such further matters as the court may

consider.  The Debtor requests an order authorizing employment of Ms. Goddard in this matter effective August 5, 2019, the date of filing and for such other relief the Court deems appropriate.

## BACKGROUND:

The debtor filed this case on August 5, 2019.  The Debtor has contracted with Jeanne Goddard as bankruptcy accountant in preparation of the petition in this matter and she has assisted with pre- petition guidance in contemplation with filing for bankruptcy.  Ms. Goddard's services remain necessary to ensure the proper accounting for the bankruptcy estate and timely accurate preparation of operating and status reports.  A true and accurate copy of the fee agreement with Ms. Goddard is attached to this application as Exhibit A.

## SCOPE OF ENGAGEMENT

The debtor now seeks to employ Jeanne Goddard as bankruptcy accountant in this matter and requests an order authoring this employment.   The scope of employment moving forward post-petition remains the same as described in the fee agreement attached as Exhibit A. Post-petition representation includes but is not limited to keeping accounting records of the ongoing business activities necessary to report to the court pending the  implementation of the Debtors Chapter 11 plan.

## INFORMATION REGARDING THE FIRM

Ms. Goddard works for NGS LLP., Certified Public Accountants. The accountancy firm is located at 6120 Paseo Del Norte, Suite A-1, Carlsbad, California. Ms. Goddard has been licensed by the State of California to practice accountancy since 1997. Her license is currently in good standing and has been in good standing since it was issued.  There have never been any lapses, suspensions or revocations of this license.  Ms. Goddard is currently authorized to practice in California.

Ms. Goddard's qualifications and experience are more particularly set forth in her C.V attached as Exhibit B.

Ms. Goddard has no connection with the debtor nor any of the debtor's creditors or other party of interest in this matter.

Application for Order Authorizing Employment of Accountant        Case No.: 17*04700-LA11

COMPENSATION

Ms. Goddard will charge the debtor at the rate of $235.00 per hour for services rendered in this matter.  Rates are subject to adjustment on a semiannual basis upon 30 days of notice. No compensation will be shared with any entity except firm members. A disclosure statement as required by FRBP Rule 2016(b) is attached hereto and made a part of this Application as Exhibit C.

A proposed order authorizing employment as bankruptcy accountant is attached as Exhibit D.

Pre-petition Ms. Goddard rendered services to the debtor in connection with the preparation of an operating budget in preparation for negotiation of an agreement to use cash collateral to pay ongoing expenses pending the approval of a plan of reorganization.

Ms. Goddard will apply for allowances of fees and costs pursuant to 11 USC §331 for all compensation earned post-petition and will file an application seeking final allowance of all fees and costs.  Ms. Goddard understands that all fee applications must conform with the United States Bankruptcy Code and Local Rule 2016 and that the charges that may be considered in an application for compensation and reimbursement of expenses include services rendered for the Debtor in the bankruptcy case, postage for required mailings, and photo copy costs.  Ms. Goddard and the Debtor understand that the proposed compensation arrangement is subject to approval by the Court and is subject to 11 U. S. C. §330 requiring that compensation meet the reasonableness test.

Ms. Goddard will file periodic interim application for approval if her fees and costs.  At all the times Ms. Goddard and the Debtor will balance the needs of the Estate and its ability to reorganize with any fees to be expended.

Wherefore, the debtor respectfully requests that this Court authorize employment of Ms. Goddard as bankruptcy accountant and enter such further relief as the Court deems appropriate.

Date: 8/31/19

_____
Usama Abunadi, President of SAMM Solutions, Inc.

POINTS AND AUTHORITIES REGARDING

APPROVAL OF THE FIRM AS BANKRUPTCY ACCOUNTANT

11 USC §327(a) provides:

Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

11 USC §327(f) provides:

The trustee may not employ a person that has served as an examiner in the case.

To hold an interest adverse to the estate would mean to either (i) possess or assert an economic interest that would tend to decrease the value of the estate or create an actual or potential dispute with the estate; or (ii) possess predisposition that would amount to a bias against the estate. See Tevis v. Wilke, Fleury, Hoffelt, Gould, & Birney (In re Tevis), 347 B. R. 679, 688 (9th Cir. BAP 2006); See also In Re Kobra Properties 406 BR 396, 403 (Bankr. E. D. Cal 2009).

Ms. Goddard has no economic interest that would tend to decrease the value of the estate or create any actual or potential disputes with the estate. Neither does Ms. Goddard possess any predisposition that would amount to bias against the estate. Mr./Ms. Goddard's representation of the debtor should not create any conflict and neither Mr./Ms. Goddard nor the debtor anticipate any future conflict.

Ms. Goddard is a disinterested party as contemplated by 11 USC §327(a) and Ms. Goddard has not served as an examiner in this matter.

Ms. Goddard is sufficiently qualified to represent the debtor in this matter and has fulfilled the requirements laid out in 11 USC §327.

WHEREFORE, the Debtor prays for an order:

1.    Authorizing employment of Ms. Goddard as bankruptcy accountant for the Debtor effective August 5, 2019;

/././

Application for Order Authorizing Employment of Accountant        Case No.: 17*04700-LA11

2.      Such further relief as the Court deems just.

Date: August 31 2019

Stephen C. Hinze, Proposed
Attorney for Debtor and Debtor in
Possession

## DECLARATION OF USAMA ABUNADI IN SUPPORT

I, Usama Abunadi declare as follows:

1.      The matters stated in this declaration are known to me of my own personal knowledge to be true, except for those matters stated on information and belief and as to those matters I believe them to be true. I would competently testify as to the truth of these matters of called on to do so.

2.      The Debtor is a California Corporation in good standing;

3.      I am the president of the Debtor;

4.      I was authorized by the Debtor's board of directors to sign a petition for bankruptcy and to hire bankruptcy counsel;

5.      On or about June 17, 2019 the Debtor signed an engagement agreement with Jeanne Goddard of NGL, LLP regarding representing the debtor as bankruptcy Counsel. A true and accurate copy of the Engagement Agreement is attached as Exhibit A.

6.      Via this application I request the Court authorize employment of Jeanne Goddard of NGL, LLP as bankruptcy accountant in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 31, 2019 at San Diego California.

Usama Abunadi

## DECLARATION OF JEANNE GODDARD

I, Jeanne Goddard declare:

Page 5 of 7

Application for Order Authorizing Employment of Accountant       Case No.: 17*04700-LA11

1.   The matters stated in this declaration are known to me personally to be true except for those matters stated on information and belief and as to those; I believe them to be true.

2.   I am employed by NGL LLP which is in good standing with the State of California.

3.   I am a Certified Public Accountant (CPA) licensed to practice law in the State of California.

4.   I have been licensed to practice in California since 1997 and, my license is now, and has always been, in good standing with no revocations, sanctions, suspensions or other adverse references.

5.   I have practiced Certified Public Accountancy continuously since 1997.

6.   Attached as Exhibit B is a copy of my C.V. which accurately sets forth my work experience and qualifications.

7.   I first met with the debtor's board of directors in regard to employment as bankruptcy accountant in May 2019 and was hired thereafter on June 17, 2019.  A true and accurate copy of our written engagement agreement is attached as Exhibit A. I have never represented SAMM Solutions Inc. before this engagement.

8.   I have attached my disclosure statement pursuant to FRBP 216(b) as Exhibit C.

9.   I will not assert or represent the Debtor's position on any matter affecting the substantive rights of any party in interest without the express authorization of the affected Debtor, except as emergency circumstances my require and in those circumstances I will attempt to communicate with the Debtor.  I will assert positions on procedural matters in my discretion.

10. I have no connection with the Debtor or any of its employees or any of the Debtors creditors or other party in interest in the case or any respective attorney or professional.

11. I propose to render services to the Debtor at my regular hourly rate of $235.

12. I will follow my regular practice of billing.

13. I have not agreed to share with any person or entity other than NGL, LLP any compensation which I may earn. I understand that my compensation is subject to approval by this Court and is subject to 11 USC §330.  When appropriate, I will file applications for

Application for Order Authorizing Employment of Accountant        Case No.: 17*04700-LA11

compensation and reimbursement of expenses pursuant to 11 USC §331.  I will also file an appropriate application seeking final allowance of all fees and costs, regardless of payment of interim compensation.

14.  I have received a retainer for services rendered both in contemplation of bankruptcy and post- bankruptcy petition the amount of $8,000.00, and have performed $1,278.40 in prepetition bankruptcy services.  The remaining retainer of $6,721.60 against which to bill which will be held in trust and withdrawn against only after the court has approved my fee application.

15. I assert no economic interest that would tend to decrease the value of the debtor's estate or create any actual or potential disputes with the estate.

16. I have no predispositions that would amount to a bias against the Debtor or its estate.

17. My representation of the Debtor will not create any conflict of interest and I do not anticipate any conflict to arise.

18. I am a disinterested party in the bankruptcy matter.

19. I have not served as an examiner in this matter

I declare under penalty of perjury under the laws of the United States Of America that the foregoing is true and correct to the best of my knowledge.

Executed _____ day of August 2019 at Carlsbad California.


_____

Jeanne Goddard

Application for Order Authorizing Employment of Accountant        Case No.: 17*04700-LA11

Exhibit A

Fee Agreement

**NGS, LLP**

Certified Public Accountants
TAX AND BUSINESS CONSULTING
FORENSIC ACCOUNTING SERVICES

6120 Paseo del Norte, Suite A-1  Carlsbad CA 92011
760-930-0282 P  760-930-0385 F  ngsllp.com Web

TAX AND BUSINESS CONSULTING  •  FORENSIC ACCOUNTING SERVICES
6120 Paseo Del Norte, Suite A-1 Carlsbad, CA 92011
760-930-0282 Phone  760-930-0385 Fax  ngsllp.com Web

June 17, 2019

Sam Abunadi
BTS Research
PO Box 910418
San Diego, CA 92191

Re:    BTS
         Bankruptcy Case

Dear Mr. Abunadi:

You have requested that we assist you with Accounting and Bankruptcy Services as you may direct.

Regarding post-petition services, it is understood and agreed that the estate will pay accounting fees when due, but only after Bankruptcy Court approval.

Currently, our hourly billing rates are as follows:

| Name | Standard Rate |
|------|---------------|
| Jean M. Goddard, CPA | $235 |
| Tami Brennan, CPA | $205 |
| Sandra Tyson, CPA | $180 |
| Ryan Schomberg, CPA | $170 |
| Paraprofessional Staff | $75-105 |

In addition to billing for services, we will bill for out-of-pocket expenses which may include filing fees, computerized research, photocopying, long-distance telephone, facsimile transmissions, travel, delivery and other expenses directly related to services performed on your behalf.

BTS
June 13, 2019
Page 2

Notwithstanding the above, costs shall not exceed the amounts established by the United States Trustee.

We affirm in this agreement that our firm maintains errors and omissions insurance coverage applicable to the services to be rendered under this agreement.

Our engagement cannot be relied upon to disclose errors, irregularities, or illegal acts that might exist. However, I will inform you of any material errors or irregularities that come to our attention.

Factors that may have a bearing on the amount of time required to complete the engagement include the condition of your records and timely receipt of information requested.

Our normal practice is to obtain a retainer, and we herewith request such a retainer in the amount of $8,000. This retainer is not intended to represent an estimate of the total cost of the work to be performed. The retainer will be offset against fees as incurred; any unused retainer will be refunded.

If the arrangements described in this letter are acceptable to you and the services outlined are in accordance with your requirements, please sign and return a copy of this letter. We look forward to working with you in this matter. If I can provide you with any additional information, please do not hesitate to call me at (760) 930-0282.

The proposed terms of this letter are subject to change if not accepted within 60 days of the date of this letter. Please indicate your acceptance of the aforementioned services by signing and returning this letter in the enclosed envelope or by electronic delivery.

I sincerely appreciate this opportunity to serve you.

Sincerely,

Jean Goddard

NGS, LLP
Certified Public Accountants
Jean M. Goddard, CPA

BTS
June 13, 2019
Page 3

## CLIENT AGREEMENT

The undersigned has read and understands this letter and agrees to all of the terms and conditions therein.

_____

Sam Abunadi, President & CEO
BTS Research

Exhibit B

Jeanne Goddard CV

# JEAN GODDARD, CPA, CFE, CIRA
6120 Paseo Del Norte Suite A-1 Carlsbad, CA 92011 (760) 930-0282

## EDUCATION
San Diego State University
Master of Science, Accountancy, emphasis in Taxation (1995)
Bachelor of Science degree in Business Administration, emphasis in Finance (1991)

## AFFILIATIONS
Member of California Society of Certified Public Accountants
Member of American Institute of Certified Public Accountants
Member American Bankruptcy Institute
Member of Association of Certified Fraud Examiners (CFE)
Association of Insolvency and Restructuring Advisors/Certified Insolvency and Restructuring
Advisor (CIRA)

## EXPERIENCE
NGS, LLP (2007-present)
Goddard Accounting Services, Carlsbad, CA (1998 – 2006)
**Certified Public Accountant** – Provide accounting services for individuals, Corporations, and
Bankruptcy Estates. Current and former clients include Pinnfund, USA, OCRIC Companies,
Inc., Alliance Leasing Corporation, Capital Works, LLP, Astronomical Research Cameras, Inc.,
American Mortgage Fund, and American Home Protection Corp.  In addition to traditional
accounting and tax services, I provide the following services: Forensic and Reconstruction
Accounting, Start-up Assistance, Accounting System Installations, Business Plans and Financial
Forecasts, specializing in Bankruptcy Liquidations and Reorganizations.

Served as accountant with U.S. Bankruptcy Court approval for Pinnfund USA and Alliance
Leasing Corporation in Chapter 11 Bankruptcy. Served as Bankruptcy Trustee.  Have led large
engagements involving fraud and white-collar crime.  Worked on fraud, Bankruptcy and
criminal cases in conjunction with the F.B.I., Postal Inspector's Office and the U.S. Attorney's
Office. Testified before the Grand Jury and in Federal District Court.  Have assisted in
recovering millions of dollars in cash and assets on behalf of bankruptcy estates.  Asset tracing
and forensic accounting assistance in divorce cases.  Appointed receiver of Taravat, Inc. and
Caspian, Inc.  Appointed as accountant in MAK1 (Securtities and Exchange Commission/CFTC
receivership).

Coopers & Lybrand, L.L.P., San Diego, CA (1994- 1998)

**Senior Tax Associate** – Provided consulting services relating to various Chapter 11 and Chapter 7 bankruptcy matters including analysis of tax issues, tax preparation and review, reconstruction of books and records and forensic accounting.  Acted as supervisor and consultant on the following bankruptcy cases: American Mortgage Fund, Inc., AMF Financial, American Money Fund, Inc., OCRIC Companies, Inc., and Pacific Hawaiian.  Reviewed and prepared consolidated income tax returns with foreign subsidiaries.  Prepared corporate and individual foreign tax credit calculations.  Provided consulting services for clients on a variety of issues including expatriate income tax, acquisitions, business plans, and state and local tax issues.  Prepared and reviewed tax accruals for audited financial statements.  Strong background in the research and experimentation credit, section 382 loss limitations and manufacturer's credit.  Reviewed corporate, partnership and individual income tax returns utilizing Fast-Tax.  Compiled and analyzed financial information with the aid of Lotus 1-2-3, Lotus Notes, and CLASS.

Alarmtek, Inc., San Diego, CA (1990-1993)

**Controller** – Presented the company's financial and operating results to the shareholders at monthly meetings.  Prepared month and year-end consolidated financial statements, budgets, and posted journal entries to the general ledger.  Generated a variety of special reports and financial analysis (discounted cash flows, net present value analysis, internal and systems control reports/procedures) with Microsoft Excel and Real World accounting software.  Supervised accounts receivable, accounts payable, and data entry departments.

### Seminars Conferences and Symposiums
- International Tax Issues / Financial Planning
- Association of Certified Insolvency Restructuring Advisors – Chapter 11 Plan

Exhibit C

Disclosure Statement

Stephen C. Hinze (State Bar No. 131787)
STEPHEN C. HINZE, ATTORNEY AT LAW, APC
100 E. San Marcos Blvd. Suite 400
San Marcos, CA 92069
Tel:  760-689-0705
Fax:  760-820-2674

Proposed Bankruptcy Counsel
for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.: 19-04700-LA11 |
| | Chapter 11 |
| SAMM SOLUTIONS, INC. a California Corporation | DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(b) |
| | IMAGED FILE |
| Debtor and Debtor in Possession | Judge:        Hon. Louise D. Adler |
| | Dept:          2 room 118 |

I, Jeanne Goddard declare:

1.   The matters stated in herein are known to me personally to be true except for those matters stated on information and belief, and as to those matters, I believe them to be true.

2.   I am proposed accountant in this matter and make this disclosure pursuant to Federal Rule of bankruptcy Procedure 2016(b).

3.   I am a Certified Public Accountant with NGC, LLP Certified Public Accountants and am in good standing with the State of California.

Page 1 of 3

Federal Rule of Bankruptcy Procedure 2016(b) Disclosure Statement        Case No. 19-047000-LA11

4.   I am a Certified Public Accountant licensed to practice in the State of California.

5.   I have been licensed to in California since 1997 and, my license is now and has always been in good standing with no revocations, sanctions, suspensions or other adverse references.

6.   I have appeared in bankruptcy administration matters before the United States Bankruptcy Court for the Southern District of California since 1997.

7.   In May 2019, I first discussed with the debtor's president and chief operating officer in regard to a possible bankruptcy.

8.   I am informed and believe that the Debtor's board of directors authorizes its President Mr. Usama Abunadi to enter into an engagement agreements and to sign bankruptcy related pleadings and documents.

9.   Pursuant to 11 USC §329(a) and Federal Rule of Bankruptcy Procedure 2016(b) I certify that I have been retained by the Debtor in this matter and an order approving such representation is pending before the Court.

10. On June 17, 2019, Mr. Abunadi the president of SAMM Solutions, Inc. signed an engagement agreement for representation in a bankruptcy matter for the Debtor.  A true and accurate copy of the engagement agreement is attached as <u>Exhibit A</u>.

11. I have no connection with the Debtor or any of its employees or any of the Debtors creditors or other party in interest in the case or any respective attorney or professional.

12. I propose to render services to the Debtor at my regular hourly rate of $235 per hour.

13. I will follow my regular practice of billing in increments of 1/10 of an hour.

14. I have not agreed to share with any person or entity any, except NGS, LLP, the Limited Liability Partnership which employs me, compensation which I may earn. I understand that my compensation is subject to approval by this Court and is subject to 11 USC §330.  When appropriate, I will file applications for compensation and reimbursement of expenses pursuant to 11 USC §331.  I will also file an appropriate application seeking final allowance of all fees and costs, regardless of payment of interim compensation.

15. I have received a retainer of $8,000, and have performed $1,278.40 in prepetition bankruptcy services.  The remaining retainer of $6,721.60 against which to bill which will be held in trust and withdrawn against only after the court has approved my fee application.

16. I assert no economic interest that would tend to decrease the value of the debtor's estate or create any actual or potential disputes with the estate.

17. I have no predispositions that would amount to a bias against the Debtor or its estate.

18. My representation of the Debtor will not create any conflict of interest and I do not anticipate any conflict to arise.

19. I am a disinterested party in the bankruptcy matter.

20. I have not served as an examiner in this matter

21. I have served this Application upon the United States Trustee in accord with guidelines and local rules.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of August, 2019 at Carlsbad, California.


Jeanne Goddard

Page 3 of 3

Federal Rule of Bankruptcy Procedure 2016(b) Disclosure Statement          Case No. 19-047000-LA11

Exhibit D

Proposed Order

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Stephen C. Hinze   (SBN 131787)
Stephen C. Hinze, Attorney At Law, APC
100 E San Marcos Blvd. Suite 400
San Marcos, CA 92069
Tele: (760) 689-0705
Fax:  ( 760) 820-2674
Email: sch@schinzelaw.com

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

SAMM Solutions, Inc.

Debtor.

BANKRUPTCY NO. 17-04700-LA11

Date of Hearing:
Time of Hearing:
Name of Judge: Hon. Louise D. Adler

## ORDER ON
## APPLICATION TO EMPLOY BANKRUPTCY ACCOUNTANT

The court orders as set forth on the continuation pages attached and numbered <u>1</u>  through <u>1</u> with exhibits, if any, for a total of <u>2</u> pages.  Motion/Application Docket Entry No. _____.

//

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1001A [07/01/18]                                                                                 Page **2** of **2**

ORDER ON APPLICTION TO EMPLOY BANKRUPTCY COUNSEL
DEBTOR: SAMM Solutions, Inc                                              CASE NO: 19-04700-LA11

The application of SAMM Solutions Inc. to employ Jeanne Goddard of NGL, LLP Certified Public Accountants as bankruptcy accountant effective as of August 5, 2019 is GRANTED.

No compensation shall be paid by the debtor-in-possession or any other person or entity for services rendered to the estateor by the chapter 11 trustee, except upon application and bankruptcy court approval.