**CSD 1100** [07/01/18] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.
**Stephen C. Hinze (SBN 131787)**
**100 E. San Marcos Blvd.**
**Suite 400**
**San Marcos, CA 92069**
**(760) 689-0705**
**131787 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**SAMM Solutions, Inc.**

BANKRUPTCY NO. **19-04700-LA11**

Debtor.

**AMENDMENT**

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

☐ Voluntary Petition
☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
☐ Exhibit C: Attachment to Voluntary Petition B 1
☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
☐ Summary of Your Assets and Liabilities and Certain Statistical Information
☐ Schedule of Real and/or Personal Property
☐ Schedule of Property Claimed Exempt for Individuals
☑ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009

    ☑ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $31.00 fee required. See instructions on reverse side.
    ☑ Correcting or deleting other information. See instructions on reverse side.

☐ Schedule of Executory Contracts & Expired Leases
☑ Schedule of Co-Debtor
☐ Income of Individual Debtor(s)
☐ Expenses of Individual Debtor(s)
☐ Expenses for Separate Household of Debtor 2
☑ Statement of Financial Affairs
☐ Chapter 7 Statement of Your Current Monthly Income
☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
☐ Chapter 7 Means Test Calculation
☐ Chapter 11 Statement of Your Current Monthly Income
☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
☐ Chapter 13 Calculation of Your Disposable Income
☐ Other:

Dated: 9/6/2019

Signature _____
Attorney for Debtor

CSD 1100 (Page 2 of 3) [07/01/18]

## DECLARATION OF DEBTOR

I [We] __Usama Abunadi President of SAMM Solutions Inc, Debtor In Posession__, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __39__ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 9/6/2019

_____            _____
*Debtor                                                          *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.    Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be attached.
      1.    Before each entry, specify the purpose of the amendment by inserting:
          a.    "ADDED," if the information was missing from the previous document filed; or
          b.    "CORRECTED," if the information modifies previously listed information; or
          c.    "DELETED," if previously listed information is to be removed.
      2.    At the bottom of each page, insert the word "AMENDED."
      3.    Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.
B.    Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below by the mode of service shown below:

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __9/6/2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:
**David A. Ortiz:** david.a.ortiz: david.a.ortiz@usdoj.gov
**Stephen C. Hinze:** sch@schinzelaw.com

☐    Chapter 7 Trustee:

| ☑ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billinslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

2.    **Served by United States Mail:**

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.    **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal

CSD 1100

CSD 1100 (Page 3 of 3) [07/01/18]

delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on ___9/6/2019___
           (Date)

Stephen C. Hinze (SBN 131787)
Stephen C. Hinze, Attorney At Law, APC
100 E. San Marcos Blvd.
Suite 400
San Marcos, CA 92069
Address

CSD 1100

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **19-04700-LA11**

☑ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Pacific Premier Bank**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Equipment, Machinery, Accounts Receivable, Inventory, Deposit Accounts, Intangibles, Trust deeds on: 993 Brenna Hill Place Escondido CA, 43931 Cala Sander, Temecula CA; 489 Hummingbird Dr. Brea CA ; 839 Telegraph Creek Rd. Humbolt County CA** | $1,178,000.00 | $1,178,000.00 |

**17901 Von Karmen Ave. Suite 1200 Irvine, CA 92614**
Creditor's mailing address

**Describe the lien**
**SBA Debt Consolidation-UCC1:Deeds Of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

dale.heyden@ppbi.com
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/10/2017**

**Last 4 digits of account number**
**4617**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,178,000.00

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dale Heyden**<br>**Pacific Premier Bank**<br>**17901 Von Karmen Ave, STE 120**<br>**Irvine, CA 92614** | Line  **2.1** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **SAMM Solutions, Inc.**
_____
Name

Case number (if know)    **19-04700-LA11**
_____

**David W. Brody, Esq**
**Law Office Of David. W. Brody**
**1350 Columbia St. Suite 403**
**San Diego, CA 92101**

Line   **2.1**

**Fill in this information to identify the case:**

Debtor name      **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **19-04700-LA11**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,535.94** | **$4,535.94** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**2.1** Priority creditor's name and mailing address

**Michael Langsdale**
**631 J Ave.**
**Coronado, CA 92118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$4,535.94**   Priority amount **$4,535.94**

Date or dates debt was incurred

**7/15/2019**

Basis for the claim:
**Order to pay Overtime Wages, Penalties and Interest**

Last 4 digits of account number
**CORRECTED**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2** Priority creditor's name and mailing address

**Tareq Abu-Nadi**
**993 Brenna Hills Place**
**Escondido, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$16,326.09**   Priority amount **$13,650.00**

Date or dates debt was incurred
**2019**

Basis for the claim:
**W-2 Wages**

Last 4 digits of account number
**CORRECTED**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **SAMM Solutions, Inc.**                                    Case number (if known)    **19-04700-LA11**
_____
Name

| 2.3 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | $25,680.61 | $13,650.00 |

**2.3**

Priority creditor's name and mailing address
**Usama Abunadi**
**43931 Carla Sandor**
**Temecula, CA 92592**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,680.61          $13,650.00

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**W-2 Wages**

Last 4 digits of account number
**CORRECTED**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address
**AAALAC International**
**5205 Chairman's Court**
**Suite #300**
**Frederick, MD 21703**

Date(s) debt was incurred  **2/22/2018-2/1/2019**

Last 4 digits of account number  **CORRECTED** | As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes | **$9,815.00** |

| 3.2 | Nonpriority creditor's name and mailing address
**Abcam, Inc.**
**PO Box 3460**
**Boston, MA 02241-3460**

Date(s) debt was incurred  **2/6/2019**

Last 4 digits of account number  **CORRECTED** | As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ☐ No  ☐ Yes | **$1,639.00** |

| 3.3 | Nonpriority creditor's name and mailing address
**Abnova**
**PO Box 1697**
**Walnut, CA 91788**

Date(s) debt was incurred  **11/20/2018**

Last 4 digits of account number  **CORRECTED** | As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ☐ No  ☐ Yes | **$1,358.00** |

| 3.4 | Nonpriority creditor's name and mailing address
**Accel Capital Services**
**65 West 36th street, Suite 12**
**New York, NY 10018**

Date(s) debt was incurred  **10/18/2018**

Last 4 digits of account number  **CORRECTED** | As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset?  ■ No  ☐ Yes | **$336,882.34** |

| 3.5 | Nonpriority creditor's name and mailing address
**ADME Solutions, Inc.**
**10531 4 S. Commons Drive**
**#594**
**San Diego, CA 92127**

Date(s) debt was incurred  **11/15/2018**

Last 4 digits of account number  **CORRECTED** | As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes | **$3,500.00** |

Debtor    **SAMM Solutions, Inc.**                                    Case number (if known)    **19-04700-LA11**
_____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,703.84 |
|---|---|---|---|

**Advanced Chemical Transport**
**967 Mabury Road**
**San Jose, CA 95133**

Date(s) debt was incurred  __10/31/2018__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,449.42 |
|---|---|---|---|

**Agilent Technologies**
**P.O. Box 742108**
**Los Angeles, CA 90074-2108**

Date(s) debt was incurred  __7/30/18-1/14-19__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Critical operational services and/or supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**American Casualty Company**
**PO Box 94733**
**Chicago, IL 60690-4733**

Date(s) debt was incurred  __6/10/19__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.24 |
|---|---|---|---|

**Aqua Chill**
**PO Box 24737**
**Tempe, AZ 85285**

Date(s) debt was incurred  __6/20/2019__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|---|---|---|---|

**Aquaclear**
**3952 D Clairemont Mesa Blvd.**
**Suite 294**
**San Diego, CA 92117**

Date(s) debt was incurred  __1/4/2018__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,836.18 |
|---|---|---|---|

**ATCC**
**5779 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  __3/14/18-5/17/19__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.45 |
|---|---|---|---|

**Aviva Systems Biology**
**7700 Ronson Road,**
**Ste 100**
**San Diego, CA 92111**

Date(s) debt was incurred  __12/5/18__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **SAMM Solutions, Inc.**    Case number (if known)    **19-04700-LA11**
_____
Name

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,946.34 |
|---|---|---|---|

**Bay Alarm Co**
P.O. Box 7137
San Francisco, CA 94120-7137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/5/18-6/25/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |
|---|---|---|---|

**Beckman Coulter, Inc**
Dept. CH 10164
Palatine, IL 60055-0164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/10/17**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,609.40 |
|---|---|---|---|

**Becton, Dickinson and Company**
PO Box 100921
Pasadena, CA 91189-0921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/30/18-9/19/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,775.00 |
|---|---|---|---|

**Biocom**
10996 Torreyana Dr.
Suite 200
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,781.00 |
|---|---|---|---|

**BioLegend**
9727 Pacific Heights Blvd
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/23/18-1/5/19**

Basis for the claim:  **Critical operational services and/or supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,047.17 |
|---|---|---|---|

**BioSurplus, Inc.**
10805 Vista Sorrento Parkway
Suite 200
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/17-2/5/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $905.00 |
|---|---|---|---|

**Business Wire, Inc.**
P.O. Box 39000
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/14/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **SAMM Solutions, Inc.**
Name

Case number (if known)    **19-04700-LA11**

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584.15 |
|---|---|---|---|

**Cadence Science**
**2080 Plainfied Pike**
**Cranston, RI 02921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/11/18__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,147.06 |
|---|---|---|---|

**California Choice**
**PO Box 7088**
**Orange, CA 92863-7088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/25/19__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.81 |
|---|---|---|---|

**California Filtration Services, Inc.**
**1168 N Johnson Ave,**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/1/18-9/1/18__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,633.00 |
|---|---|---|---|

**Canseco Boiler Services**
**8641 Whitaker Street**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/18/17__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,871.74 |
|---|---|---|---|

**Cardinal Health.**
**P.O. Box 100552**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/14/18-11/18/18__

Basis for the claim:  __Judgment__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,536.00 |
|---|---|---|---|

**Cayman Chemicals Co Inc**
**16875 Collections Court**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/23/18__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.07 |
|---|---|---|---|

**Cell Signaling Technology**
**P.O. Box 3843**
**Boston, MA 02241-3843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/23/18__

Basis for the claim:  __

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,385.00** |
|---|---|---|---|
| | Certara USA Inc.<br>222 S. Central Avenue<br>Suite 1008<br>Clayton, MO 63105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/11/18** | **Basis for the claim:** **Services and/or Supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$650.00** |
|---|---|---|---|
| | Ceva International Inc.<br>Dept. 2309<br>Carol Stream, IL 60132-2309 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/29/17** | **Basis for the claim:** **Services and/or Supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,000.00** |
|---|---|---|---|
| | Channel Methods<br>Pennsylvania Biotechnology Ctr<br>3805 Old Easton Rd<br>Doylestown, PA 18902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/4/18-11/30/18** | **Basis for the claim:** **Judgment** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | Charles River<br>P. O. Box 27812<br>New York, NY 10087-7812 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **_** | **Basis for the claim:** **_** | |
| | Last 4 digits of account number **DELETED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,162.00** |
|---|---|---|---|
| | Chondrex, Inc.<br>2607 151st Place NE<br>Redmond, WA 98052-5522 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/4/18-9/25/18** | **Basis for the claim:** **Services and/or Supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,603.00** |
|---|---|---|---|
| | CNA Insurance<br>P.O. Box 790094<br>St. Louis, MO 63179-0094 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/1/19** | **Basis for the claim:** **Services and/or Supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | Cohn Reznick LLP<br>9255 Towne Centre Drive<br>Suite 250<br>San Diego, CA 92121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **6/18/18-7/9/18** | **Basis for the claim:** **Services and/or Supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SAMM Solutions, Inc.** | | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|---|
| | Name | | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.99 |
|---|---|---|---|

**Cole-Parmer**
**13927 Collections Center Dr**
**Chicago, IL 60693-0139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/28/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |
|---|---|---|---|

**County Burner & Machinery Corp**
**4818 1/2 Ronson Ct**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**CytoMend**
**8554 Canoga Ave**
**Canoga Park, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/17**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,781.00 |
|---|---|---|---|

**Dart Neuroscience, LLC**
**12278 Scripps Summit Drive**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15/19**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,000.00 |
|---|---|---|---|

**De Lage Landen Financials**
**C/O Cohn & Davis, LLC**
**68 Harison Ave #502**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/18-12/1/18**

Basis for the claim:  **Stipulated Judgment**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.50 |
|---|---|---|---|

**Deluxe**
**P.O. Box 742572**
**Cicinnati, OH 45274-2572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.00 |
|---|---|---|---|

**Dewey Pest Control - 1097791**
**PO Box 7114**
**Pasadena, CA, CA 91109-7214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/19-6/1/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **SAMM Solutions, Inc.**

Case number (if known) **19-04700-LA11**

Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.00 |
|---|---|---|---|

**Dewey Pest Control - 1246279**
**P.O. Box 7114**
**Pasadena, CA 91109-7214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/1/19-6/1/19__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $887.48 |
|---|---|---|---|

**EDCO Disposal Corp.-354904**
**P.O. Box 6887**
**Buena Park, CA 90622-6887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/16/19__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,095.58 |
|---|---|---|---|

**EDCO Disposal Corp.-359032**
**6670 Federal Blvd.**
**Lemon Grove, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/31/19__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,485.17 |
|---|---|---|---|

**EGP Marketing Inc**
**1531 West 5th Street**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/26/18-12/12/18__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,079.05 |
|---|---|---|---|

**Elm Hill Breeding Labs.**
**7 Kidder Road**
**Chelsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/19/19__

Basis for the claim:  __Critical operational services and/or supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,014.77 |
|---|---|---|---|

**Emcor Services**
**2 Cromwell**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/20/18-12/15/18__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.00 |
|---|---|---|---|

**Envirotek Laboratories, Inc.**
**33 3rd St.**
**Bordentown, NJ 08505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/20/19__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Ethos Diagnostic Science**
**10455 Sorrento Valley Road**
**Ste.100**
**San Diego, CA 92121**

Date(s) debt was incurred  **9/1/18-2/1/19**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$273.48**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Farmers Insurance Exchange**
**P.O. Box 4665**
**Carol Stream, IL 60197-4665**

Date(s) debt was incurred  **7/9/18**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$373.30**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**FedEx**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred  **3/29/19-7/23/19**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$625.73**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Firehawk Fire & Safety**
**PO Box 910489**
**San Diego, CA 92191**

Date(s) debt was incurred  **4/1/19**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$487.45**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Fisher Scientific**
**4500 Turnberry Drive**
**Hanover Park, IL 60133**

Date(s) debt was incurred  **8/4/17-12/1/17**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ☒ No ☐ Yes

**$19,367.21**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Fred Pryor Seminars**
**PO Box 219468**
**Kansas City, MO 64121-9468**

Date(s) debt was incurred  **8/11/17**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$199.00**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**GE Healthcare Bio-Sciences Corp.**
**100 Results Way**
**Marlborough, MA 01752**

Date(s) debt was incurred  **7/18/18-12/3/18**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,479.64**

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.98 |
|---|---|---|---|

**Gemini Bio-Products**
**930 Riverside Parkway**
**Suite 50**
**West Sacramento, CA 95605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/10/18-11/20/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $839.63 |
|---|---|---|---|

**General Boiler Company, Inc.**
**1546 East Adams Blvd.**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/30/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,000.00 |
|---|---|---|---|

**Ghazy Abu-Fielat**
**3564 Van Bruen Blvd.**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2018**

Basis for the claim:  **Business Loan**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.95 |
|---|---|---|---|

**Glas-Col**
**711  Hulman St.**
**Terre Haute, IN 47802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/5/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.63 |
|---|---|---|---|

**Grainger**
**Dept 874783202**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.91 |
|---|---|---|---|

**Henry Schein Scil**
**151 N. Greenleaf St.**
**Gumee, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/23/2018**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,129.01 |
|---|---|---|---|

**Hooke Laboratories, Inc.**
**439 South Union Street**
**Lawrence, MA 01843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/20/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,411.34** |
|---|---|---|---|
| | **HSRL, Inc.**<br>**5930 Main St.**<br>**Mount Jackson, VA 22842** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/3/19-5/8/19** | Basis for the claim: **Critical operational services and/or supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$648.53** |
|---|---|---|---|
| | **Hygiena**<br>**941 Avenida Acaso**<br>**Camarillo, CA 93012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/5/17-2/6/19** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,938.07** |
|---|---|---|---|
| | **In Vivo Gen**<br>**10515 Vista Sorrento Pkwy.**<br>**San Diego, CA 92121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/29/18-11/1/18** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$340.38** |
|---|---|---|---|
| | **Ingenium Group LLC**<br>**2280 Micro Place**<br>**Escondido, CA 92029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/21/18** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,304.02** |
|---|---|---|---|
| | **Instech Laboratories Inc.**<br>**450 South Gravers Rd**<br>**Plymouth Meeting, PA 19462-1216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/10/18-5/10/18** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,987.20** |
|---|---|---|---|
| | **Institute Biomedical Services**<br>**2658 Del Mar Heights Rd.**<br>**STE**<br>**Del Mar, CA 92014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/2017** | Basis for the claim: **Customer Deposit Refund owed** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,400.00** |
|---|---|---|---|
| | **Integrity Research Consulting**<br>**26015 Newport Avenue**<br>**Loma Linda, CA 92354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/24/19** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number **CORRECTED** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SAMM Solutions, Inc.** | | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|---|
| | Name | | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.58 |
|---|---|---|---|

**International Diagnostic Equip**
43114 Blackdeer Loop, STE C
Temecula, CA 92590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/10/18**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,410.70 |
|---|---|---|---|

**Jackson Laboratory**
90260 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/4/17-11/28/18**

Basis for the claim: **Critical operational services and/or supplies**

Last 4 digits of account number **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.00 |
|---|---|---|---|

**Johnson & Johnson Vision Surgical**
1700 E. St Andrews Pl.
Santa Ana, CA 92075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/5/17**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.00 |
|---|---|---|---|

**JP Morgan Chase Bank**
Mail Code OH1-1272
Columbus, OH 43218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/2019-8/2019**

Basis for the claim: **Bank fees**

Last 4 digits of account number **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $568,837.66 |
|---|---|---|---|

**Kalamata Capital Group**
C/O Angela Valen, Esq.
3835 E. Thousand Oaks Bl. R
Thousand Oaks, CA 91362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2018, 12/2018**

Basis for the claim: **Judgment**

Last 4 digits of account number **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.67 |
|---|---|---|---|

**Kelly Services**
Branch No. 178 N.
P. O. Box 31001-0422
Pasadena, CA 91110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/30/2019**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,083.33 |
|---|---|---|---|

**Kevin J. Fritz**
1503 Solvay Aisle
Irvine, CA 92606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/20/17-12/31/2018**

Basis for the claim: **Critical operational services and/or supplies**

Last 4 digits of account number **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,855.00 |
|---|---|---|---|

**Keystone Bioanalytical, Inc.**
**501 Dickerson Road**
**North Wales, PA 19454-2536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2/2018__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,011.00 |
|---|---|---|---|

**L2 Consulting Inc.**
**23 des Lotus Street**
**Blainville, Quebec, Canada J7C 5V3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/5/17__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566.57 |
|---|---|---|---|

**Labconco Corp.**
**P.O. Box 801133**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/30/18__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.03 |
|---|---|---|---|

**Landauer**
**P.O. Box 809051**
**Chicago, IL 60680-9051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/30/18-3/12/19__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,321.36 |
|---|---|---|---|

**Law Offices of Gregory Hout**
**12396 World Trade Drive**
**Suite 206**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/31/19__

Basis for the claim:  __Critical operational services and/or supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,244.45 |
|---|---|---|---|

**Law Offices of Marcy E. Kaye**
**16870 West Bernardo Drive**
**Suite 400**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/8/18__

Basis for the claim:  __Services and/or Supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,166.75 |
|---|---|---|---|

**Life Diagnostics,Inc**
**906 Old Fern Hill Road**
**Suite 1**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/4/18-2/18/19__

Basis for the claim:  __Critical operational services and/or supplies__

Last 4 digits of account number  __CORRECTED__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address
**Life Technologies Corp**
**B of A Lock**
**12088 Collections Cir.**
**Chicago, IL 60693**

Date(s) debt was incurred  **2/12/17-9/11/18**
Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$19,471.16**

---

**3.84** | Nonpriority creditor's name and mailing address
**Mari Bray**
**P.O. Box 506951**
**San Diego, CA 92150-6951**

Date(s) debt was incurred  **11/12/16-7/19/19**
Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$54,900.00**

---

**3.85** | Nonpriority creditor's name and mailing address
**McKesson Medical-Surgical Inc.**
**P.O. Box 51020**
**Los Angeles, CA 90051-5320**

Date(s) debt was incurred  **10/1/18-1/4/19**
Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$6,625.37**

---

**3.86** | Nonpriority creditor's name and mailing address
**Medline Industries**
**Dept. LA 21588**
**Pasadena, CA 91185-1558**

Date(s) debt was incurred  **_**
Last 4 digits of account number  **DELETED DUPLICATE**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ☒ No ☐ Yes

**$11,913.00**

---

**3.87** | Nonpriority creditor's name and mailing address
**Medline Industries Inc**
**Dept LA 21558**
**Pasadena, CA 91185-1558**

Date(s) debt was incurred  **6/26/18-5/25/19**
Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$20,844.51**

---

**3.88** | Nonpriority creditor's name and mailing address
**Molecular Devices**
**3860 NORTH FIRST STREET**
**San Jose, CA 95134**

Date(s) debt was incurred  **3/2/17-4/26/19**
Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **This is a primary vendor and is critical to cash flow.**

Is the claim subject to offset? ☒ No ☐ Yes

**$16,994.00**

---

**3.89** | Nonpriority creditor's name and mailing address
**MWI Veterinary Supply**
**File 50838**
**Los Angele, CA 90074-0838**

Date(s) debt was incurred  **9/25/18-6/25/19**
Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,264.55**

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,039.66** |
|---|---|---|---|

**MyBioSource, Inc.**
P.O. Box 153308
San Diego, CA 92195-3308

Date(s) debt was incurred   12/31/18-1/8/19
Last 4 digits of account number   CORRECTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,450.00** |
|---|---|---|---|

**Nevada Technical Associates Inc.**
PO Box 93355
Las Vegas, NV 89193-3355

Date(s) debt was incurred   5/23/16
Last 4 digits of account number   CORRECTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,424.44** |
|---|---|---|---|

**Newco Distributors INC**
9060 Rochester Avenue
Rancho Cucamonga, CA 91730

Date(s) debt was incurred   10/26/18-3/27/19
Last 4 digits of account number   CORRECTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,674.16** |
|---|---|---|---|

**Nitel Inc.**
Lockbox Dept. 4929
Carol Stream, IL 60122-4929

Date(s) debt was incurred   12/1/19-6/1/19
Last 4 digits of account number   CORRECTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Organization Effectiveness Consultants**
4451 Mistral Place
San Diego, CA 92513

Date(s) debt was incurred   12/31/17
Last 4 digits of account number   CORRECTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,430.00** |
|---|---|---|---|

**Orient Bioresources , Inc.**
C/O Marc Cervantes Esq.
802 N Caranchua, STE 2100
Corpus Christi, TX 78401

Date(s) debt was incurred   3/5/18-5/15/18
Last 4 digits of account number   CORRECTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$208.86** |
|---|---|---|---|

**Otto Environmental**
11015 W. Layton Ave. Suite A
Greenfield, WI 53228

Date(s) debt was incurred   12/1/17
Last 4 digits of account number   CORRECTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Pacific BioLabs**
**551 Linus Pauling Drive**
**Hercules, CA 94547**

Date(s) debt was incurred   **12/21/18-5/2/19**

Last 4 digits of account number   **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Critical operational services and/or supplies**

Is the claim subject to offset? ☑ No ☐ Yes

**$36,000.00**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Pharmascience Inc.**
**6111, Royalmount Avenue,**
**Suite 100**
**Montreal, Quebec, CA**

Date(s) debt was incurred   **4/11/19-5/3/19**

Last 4 digits of account number   **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Critical operational services and/or supplies**

Is the claim subject to offset? ☑ No ☐ Yes

**$36,560.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Pipette.com**
**10360 Sorrento Valley Road**
**San Diego, CA 92121**

Date(s) debt was incurred   **1/1/18-5/26/19**

Last 4 digits of account number   **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,107.58**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Praxair Distribution Inc.**
**Dept. LA 21511**
**Pasadena, CA 91185**

Date(s) debt was incurred   **11/30/18-5/31/19**

Last 4 digits of account number   **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,467.57**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Progressive Management Systems**
**1521 West Cameron Ave**
**West Covina, CA 91790**

Date(s) debt was incurred   **2/5/18**

Last 4 digits of account number   **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

**$251.77**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Promega**
**PO Box 689768**
**Chicago, IL 60695-9768**

Date(s) debt was incurred   **11/2018**

Last 4 digits of account number   **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services and/or Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,828.44**

---

**3.103**

**Nonpriority creditor's name and mailing address**

**QPS**
**110 Executive Drive**
**Suite 7**
**Newark, DE 19711**

Date(s) debt was incurred   **6/2015**

Last 4 digits of account number   **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services and/or supplies**
**Customer Deposit Refund Owed**

Is the claim subject to offset? ☑ No ☐ Yes

**$16,358.20**

---

| Debtor | **SAMM Solutions, Inc.** | | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,748.76 |
|---|---|---|---|

**R & D Systems**
**614 Mckinley Place NE**
**Minneapolis, MN 55413-2647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2018-9/20/2018**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $516.30 |
|---|---|---|---|

**R&D Laboratory Equipment**
**10028 Leavesly Trail**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,281.86 |
|---|---|---|---|

**Randox Laboratories**
**515 Industrial Blulevard**
**Kearneysville, WV 25430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **_**

Last 4 digits of account number  **DELETED**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,500.00 |
|---|---|---|---|

**RMI Laboratories LLC**
**418 Industrial Drive**
**Nort Wales, PA 19454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/19/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,623.00 |
|---|---|---|---|

**San Diego Blood Bank**
**3636 Gateway Center Avenue**
**Suite 100**
**San Diego,, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/25/18-11/20/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,752.30 |
|---|---|---|---|

**San Diego Gas & Electric**
**P.O. Box 25111**
**Santa Ana, CA 92799-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2219-6/28/19**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,766.87 |
|---|---|---|---|

**San Diego Gas & Electric**
**P .O. Box 25111**
**Santa Ana, CA 92799-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **DELETED**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **SAMM Solutions, Inc.**
_____
Name

Case number (if known)    **19-04700-LA11**

| | |
|---|---|
| 3.111 | Nonpriority creditor's name and mailing address |

**San Diego Scale Co., Inc.**
**4510 Federal Blvd.**
**San Diego, CA 92102**

Date(s) debt was incurred  **5/1/19**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$638.43**

---

| | |
|---|---|
| 3.112 | Nonpriority creditor's name and mailing address |

**Sarstedt**
**PO Box 468**
**Newton, NC 28658-0468**

Date(s) debt was incurred  **4/23/18-6/15/18**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$769.17**

---

| | |
|---|---|
| 3.113 | Nonpriority creditor's name and mailing address |

**Selleck Chemicals LLC**
**P.O. Box 300287**
**Houston, TX 77230**

Date(s) debt was incurred  **3/2/17-5/31/19**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,108.00**

---

| | |
|---|---|
| 3.114 | Nonpriority creditor's name and mailing address |

**Sharp Business Systems**
**Dept. LA 21565**
**Pasadena, CA 91185-1565**

Date(s) debt was incurred  **9/25/18-6/11/19**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$689.08**

---

| | |
|---|---|
| 3.115 | Nonpriority creditor's name and mailing address |

**Sharp Electronics Corporation**
**Dept. LA 21565**
**Pasadena, CA 91185-1565**

Date(s) debt was incurred  **7/23/18-12/25/18**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$253.95**

---

| | |
|---|---|
| 3.116 | Nonpriority creditor's name and mailing address |

**Siemens Healthcare Diagnostics**
**PO Box 121102**
**Dallas, TX 75312-1102**

Date(s) debt was incurred  **11/27/18-5/16/19**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$3,843.71**

---

| | |
|---|---|
| 3.117 | Nonpriority creditor's name and mailing address |

**Society of Toxicology**
**11190 sunrise Valley Drive,**
**Suite 300**
**Reston, VA 20191**

Date(s) debt was incurred  **2/5/19**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$598.35** |
|---|---|---|---|

**SouthCoast Anesthesiia LLC**
2112 Clematis St.
San Diego, CA 92105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/3/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Southcoast Heating and A/C**
2373 La Mirada Avenue
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/17**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.74** |
|---|---|---|---|

**SRPS**
P.O. Box 504591
St. Louis, MO 63150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2/18-9/19/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,865.11** |
|---|---|---|---|

**Staples**
P.O. Box 83689
Chicago, IL 60696-3689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/6/18-4/1/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.24** |
|---|---|---|---|

**STAT Veterinary Laboratory**
10455 Sorrento Valley Road
Ste. 100
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,146.47** |
|---|---|---|---|

**Stemcell Technologies**
ATTN LBX No. 200590
Pittsburgh, PA 15251-0590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2018**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$269.99** |
|---|---|---|---|

**Sterilizer Tech. Specialists, Inc.**
P.O. Box 31001-1537
Pasadena, CA 91110-1537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/16**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **SAMM Solutions, Inc.**
Name

Case number (if known)    **19-04700-LA11**

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,607.75 |

**Steris Corp.**
**5960 Heisley Road**
**Mentor, OH 44060**

Date(s) debt was incurred  __12/28/18__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,495.00 |

**Strategic Business Communications**
**1979 Marcus Avenue,**
**Suite 210**
**Lake Success, NY 11042-1022**

Date(s) debt was incurred  __11/2017__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.52 |

**Sycamore Creek Research Park**
**6591 Collins Drive**
**Suite E-11**
**Moorpark, CA 93021**

Date(s) debt was incurred  __12/31/16__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $265,114.10 |

**Tareq Abu-Nadi**
**993 Brenna Hills Place**
**Escondido, CA 92025**

Date(s) debt was incurred  __1/2012-7/2019__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loans to business__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $859.00 |

**Technical Safety Services, Inc.**
**PO Box 39000**
**San Francisco, CA 94139-3265**

Date(s) debt was incurred  __4/17/18-9/26/18__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74,461.00 |

**The Business Backers**
**10856 Reed Hartman Hwy.**
**Suite 1**
**Cincinnati, OH 45242**

Date(s) debt was incurred  __3/14/18__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Judgment__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $259.55 |

**Thermo Fisher Financial**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

Date(s) debt was incurred  __9/10/18__

Last 4 digits of account number  __CORRECTED__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

---

**3.132**

**Nonpriority creditor's name and mailing address**
**Thermo Fisher Scientific, LLC**
**P.O. BOX 842339**
**DALLAS, TX 75284-2339**

Date(s) debt was incurred  **1/4/18**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$712.47**

---

**3.133**

**Nonpriority creditor's name and mailing address**
**Thermofisher Scientific**
**12088 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **3/16/16-1/11/19**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$9,532.01**

---

**3.134**

**Nonpriority creditor's name and mailing address**
**TPX Communication**
**P. O. Box 509013**
**San Diego, CA 92150**

Date(s) debt was incurred  **1/31/18-8/31/18**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$16,879.18**

---

**3.135**

**Nonpriority creditor's name and mailing address**
**UCSD Health**
**P.O. Box 748607**
**Los Angeles, CA 90074-8607**

Date(s) debt was incurred  **11/4/18**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Services**

Is the claim subject to offset? ■ No ☐ Yes

**$217.25**

---

**3.136**

**Nonpriority creditor's name and mailing address**
**UCSD Medical Group**
**File#57326**
**Los Angeles, CA 90074-7326**

Date(s) debt was incurred  **12/5/18**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Services**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

**3.137**

**Nonpriority creditor's name and mailing address**
**UCSD Occupational**
**& Environmental Medicine**
**P. O. Box 34457**
**San Diego, CA 92163-4457**

Date(s) debt was incurred  **8/23/17-5/15/19**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$17,856.00**

---

**3.138**

**Nonpriority creditor's name and mailing address**
**UCSD, CRSF**
**9500 Gilman Drive**
**La Jolla, CA 92093-0614**

Date(s) debt was incurred  **11/26/2018**

Last 4 digits of account number  **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Services**

Is the claim subject to offset? ■ No ☐ Yes

**$37,359.23**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,122.48** |
|---|---|---|---|

**Uline**
P.O. Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/18-12/5/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,583.48** |
|---|---|---|---|

**UniFirst**
4041 Market Street
San Diego, CA 92102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/9/19-7/2/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**University of Virginia**
**Patent Foundation**
722 Preston Avenue Suite 107
Charlottesville, VA 22903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,642.35** |
|---|---|---|---|

**US Veterinary Equipment Inc.**
4656 Mission Gorge Place,
Suite B
San Diego, CA 92120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,518.86** |
|---|---|---|---|

**Usama Abunadi**
43931 Cala Sandor
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012-7-2019**

Basis for the claim:  **Credit card purchases on behalf of Business**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$999,106.00** |
|---|---|---|---|

**Usama Abunadi**
43931 Cala Sandor
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012-7/2019**

Basis for the claim:  **Loan from Shareholder**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,425.80** |
|---|---|---|---|

**Verona Safety**
913 Watson Ave
Madison, WI 53713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/19-4/3/19**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number  **CORRECTED**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **SAMM Solutions, Inc.**
Name

Case number (if known) **19-04700-LA11**

---

**3.146**

**Nonpriority creditor's name and mailing address**

**Videotel Digital**
**681 Anita Street Suite #104**
**Chula Vista, CA 91911**

Date(s) debt was incurred **1/4/18**

Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$330.33**

---

**3.147**

**Nonpriority creditor's name and mailing address**

**VWR International LLC**
**PO Box 640169**
**Pittsburgh, PA 15264-0169**

Date(s) debt was incurred **11/2/18-6/10/19**

Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Critical operational services and/or supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$16,642.27**

---

**3.148**

**Nonpriority creditor's name and mailing address**

**Waxie Sanitary Supply**
**P.O. Box 60227**
**Los Angeles, CA 90060-0227**

Date(s) debt was incurred **5/9/18**

Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$244.32**

---

**3.149**

**Nonpriority creditor's name and mailing address**

**WCCP Rosemont, LLC**
**721 Emerson Road, STE 300**
**Saint Louis, MO 63141**

Date(s) debt was incurred **2/14/18-3/1/19**

Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stipulated Judgment**

Is the claim subject to offset? ☒ No ☐ Yes

**$644,272.30**

---

**3.150**

**Nonpriority creditor's name and mailing address**

**Wells Fargo Vendor Fin Serv**
**P.O  Box 51043**
**Los Angeles, CA 90051-5343**

Date(s) debt was incurred **9/2/18-3/31/19**

Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,201.02**

---

**3.151**

**Nonpriority creditor's name and mailing address**

**WestAir**
**P.O. Box 101420**
**Pasadena, CA 91189-1420**

Date(s) debt was incurred **1/28/19-5/31/19**

Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$8,508.98**

---

**3.152**

**Nonpriority creditor's name and mailing address**

**Westair**
**PO BOX 101420**
**Pasadena, CA 91189-1420**

Date(s) debt was incurred **3/31/19-5/31/19**

Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services and/or Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$490.60**

---

| Debtor | **SAMM Solutions, Inc.** | | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|---|
| | Name | | | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,888.36 |
|---|---|---|---|

**World Courier, Inc.**
P.O. Box 842325
Boston, MA 02284-2325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/30/18-1/31/19

Basis for the claim:  Services and/or Supplies

Last 4 digits of account number  CORRECTED

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,100.00 |
|---|---|---|---|

**Xybion Medical Systems**
2000 LENOX DR, SUITE 101
LAWRENCEVILLE, NJ 08648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/17-3/1/19

Basis for the claim:  Critical operational services and/or supplies

Last 4 digits of account number  CORRECTED

Is the claim subject to offset? ■ No  ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.17 |
|---|---|---|---|

**Zoetis**
PO Box 419022
Boston, MA 02241-9022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/24/19

Basis for the claim:  Services and/or Supplies

Last 4 digits of account number  CORRECTED

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan L. Brodkin**<br>Alan L. Brodkin & Associates<br>15500B Rockfield Blvs.<br>Irvine, CA 92618 | Line  **3.4**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Angela A. Velen, Esq**<br>STE. R-349<br>Thousand Oaks, CA 91362 | Line  **3.73**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Anthony F. Giuliano**<br>Pryor & Mandelup<br>675 Old Country Road<br>Westbury, NY 11590 | Line  **3.73**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Fredrick Kosmo Jr. Esq.**<br>Wislon, Turner & Kosmo<br>402 W. Broadway, STE 1600<br>San Diego, CA 92101 | Line  **3.29**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Patricia L. Hill**<br>Graydon, Head & Ritchey<br>7759 Universtiy Dr. #A<br>West Chester, OH 45069 | Line  **3.130**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 46,542.64 |

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | **19-04700-LA11** |
|---|---|---|---|
| | Name | | |

**5b. Total claims from Part 2**                                    5b.   +   $   **4,262,302.29**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.                                                     5c.        $   **4,308,844.93**

**Fill in this information to identify the case:**

Debtor name  **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **19-04700-LA11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Tareq Abu-Nadi** | **993 Brenna Hills Place Escondido, CA 92025 CORRECTED** | **Kalamata Capital Group** | ☐ D ____<br>■ E/F __3.73__<br>☐ G ____ |
| 2.2 | **Tareq Abu-Nadi** | **993 Brenna Hills Place Escondido, CA 92025 CORRECTED** | **Pacific Premier Bank** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Tareq Abu-Nadi** | **993 Brenna Hills Place Escondido, CA 92025 CORRECTED** | **The Business Backers** | ☐ D ____<br>■ E/F __3.130__<br>☐ G ____ |
| 2.4 | **Tareq Abu-Nadi** | **993 Brenna Hills Place Escondido, CA 92025 CORRECTED** | **WCCP Rosemont, LLC** | ☐ D ____<br>■ E/F __3.149__<br>☐ G ____ |
| 2.5 | **Tareq Abunadi** | **993 Brenna Hills Place Escondido, CA 92025 CORRECTED** | **Accel Capital Services** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |
| Debtor name **SAMM Solutions, Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) **19-04700-LA11** |

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **$2,278,154.00** |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$4,769,863.00** |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$5,426,729.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor    **SAMM Solutions, Inc.**                                    Case number (if known)  **19-04700-LA11**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Pacific Premier Bank**<br>**17901 Von Karmen Ave.** | **5/21/2019,<br>5/30/2019,<br>6/21/2019** | **$46,850.42** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Sorrento Roselle Corporation**<br>**C/O Jacob Management Group**<br>**P. O. Box 230931**<br>**Encinitas, CA 92023** | **5/28/2019,<br>5/20/2019** | **$34,837.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent for 10634 Risekke St.** |
| 3.3. | **HSRL, Inc.**<br>**5930 Main St.**<br>**Mount Jackson, VA 22842** | **6/20/2019** | **$63,643.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Covance**<br>**310 Swamp Bridge Rd.**<br>**Denver, PA 17517** | **6/20/2019** | **$158,737.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **California Choice**<br>**721 South Parker**<br>**Orange, CA 92868** | **5/29/2019,<br>6/7/2019** | **$45,174.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **San Diego Gas & Electric**<br>**P.O. Box 25111**<br>**Santa Ana, CA 92799-5111** | **5/7/2019,<br>6/7/2019** | **$45,174.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
    may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Debtor | SAMM Solutions, Inc. | | Case number *(if known)* | **19-04700-LA11** |
|---|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Usama Abunadi**<br>**43931 Carla Sandor**<br>**Temecula, CA 92592**<br>**Shareholder, Officer, Director** | **7/2/2018,<br>7/23/2018,<br>7/25/2018,<br>8/20/2018,<br>8/27/2018,<br>9/4/2018,<br>9/12/2018,<br>9/21/2019,<br>9/24/2019,<br>10/23/2018,<br>10/24/2018,<br>11/19/2018,<br>11/30/2018,1<br>2/12/2018,<br>12/18/2018,<br>12/26/2018,<br>1/15/2019,<br>1/17/2019,<br>1/18/2019,<br>1/22/2019,<br>2/6/2019,<br>2/28/2019,<br>5/20/2019,<br>5/24/2019** | **$425,899.54** | **Reimbursement of operating<br>expenses paid on behalf of the<br>debtor** |

**5.  Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Channel Methods Partners,<br>LLC v. SAMM Solutions Inc.<br>37-2019-638-CL-BC-CTL** | **Collection** | **San Diego County Superior<br>Court<br>330 West Broadway<br>San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **SAMM Solutions, Inc.** | | Case number *(if known)* | **19-04700-LA11** |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Kalamata Capital Group vs. SAMM Solutions, Inc**<br>501165/2019 | **Collection** | **Kings County New Your Supreme Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Accel Capital Services vs. SAMMS Solutions Inc. BTS Research**<br>37-2019-25289-CU-EN-CTL | **Enforcement of Money Judgment** | **San Diego County Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **The Business Backers vs Debtor, BTS Research**<br>2019-CV-01308 | **Collection/Enforcement of Judgment** | **Common Pleas**<br>**Montgomery County Ohio** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **De Lage Landen Financials vs. Debtor, BTS Research**<br>1984 CV-004128 | **Collection** | **Superior Court, Pemberton South Boston** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **WCCP Rosemont, LLC vs. Debtor,  BTS Research**<br>37-2019-18812-CU-UD-CTL | **Unlawful Detainer** | **San Diego County Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Medline Industries, Inc vs. Debtor, BTS Research**<br>2019-1112987 | **Collection** | **Circuit Court, Cook County Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Orient Bioresources , Inc. vs. SAMM Solutions Inc., BTS Research**<br>2:19 CV 20 | **Collection** | **U. S. District Court**<br>**Southern District Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    **SAMM Solutions, Inc.**                                    Case number *(if known)*   **19-04700-LA11**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |
| **Equipment and machinery loss due to Electrical Outage (CORRECTED)** | **zero to date, Insurance company investigating loss** | **March 24, 2019** | **$222,000.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stephen C. Hinze**<br>**100 E. San Marcos Blvd.**<br>**Suite 400**<br>**San Marcos, CA 92069** | | **5/30/2019**<br>**$12,000**<br>**7/12/2019**<br>**$2,000** | **$14,000.00** |
| | **Email or website address**<br>**sch@schinzelaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **NGS LLP, CPA**<br>**6120 Paseo Del Norte**<br>**Carlsbad, CA 92011** | | **6/18/2019** | **$8,000.00** |
| | **Email or website address**<br>**http://www.ngsllp.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    **SAMM Solutions, Inc.**                                    Case number *(if known)*    **19-04700-LA11**

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **10665 Sorrento Valley ROad** **San Diego, CA 92121** | **2016 to 7/19/2019** |
| 14.2. | **10635 Roselle Rd.** **San Diego, CA 92121** | **2016 to present** |

---

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor    **SAMM Solutions, Inc.**                                    Case number *(if known)*    **19-04700-LA11**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Golden Triangle Self Storage**<br>**10345 Sorrento Valley Road**<br>**San Diego, CA 92121** | **Tareq Abu-Nadi**<br>**993 Brenna Hills Place**<br>**Escondido, CA 92025**<br><br>**Usama Abunadi**<br>**43931 Cala Sandor**<br>**Temecula, CA 92592** | **Equipment and supplies** | ☐ No<br>■ Yes |
| **Sorrento Valley Self Storage**<br>**11303 Sorrento Valley Road**<br>**San Diego, CA 92121** | **Tareq Abu-Nadi**<br>**993 Brena Hills Place**<br>**Escondido, CA 92025**<br><br>**Usama Abunadi**<br>**43931 Cala Sandor**<br>**Temecula, CA 92592** | **Equipment and supplies** | ☐ No<br>■ Yes |
| **Self Storage**<br>**6200 Miramar Road**<br>**San Diego, CA 92121** | **Tareq Abu-Nadi**<br>**993 Brenna Hills Place**<br>**Escondido, CA 92025**<br><br>**Usama Abunadi**<br>**43931 Cala Sandor**<br>**Temecula, CA 92592** | **Equipment and supplies** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **SAMM Solutions, Inc.**                                                       Case number *(if known)*    **19-04700-LA11**

■ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service |
| | | From-To |
| 26a.1. | **Kohen, Reznik, Marshal, Verano CPAs** | **2011 to 2017 for tax** |
| | **9255 Towne Centre Drive # 250** | **services** |
| | **San Diego, CA 92121** | |
| 26a.2. | **David Lu, CPA** | **2018 Tax Service** |
| | **11818 South Street** | |
| | **Suite 206** | |
| | **Cerritos, CA 90703** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
     within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are |
| | unavailable, explain why |

Debtor    **SAMM Solutions, Inc.**                                       Case number *(if known)*    **19-04700-LA11**

**Name and address**                                          **If any books of account and records are unavailable, explain why**

26c.1.    **Usama Abunadi**
          **43931 Cala Sandor**
          **Temecula, CA 92592**

26c.2.    **Tareq Abu-Nadi**
          **993 Brena Hills Ct.**
          **San Diego, CA 92128**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **Kalamata Capital Group**
          **80 Broad Street**
          **12th Floor**
          **New York, NY 10004**

26d.2.    **Accel Capital Services LLC/TVT**
          **881 Baxter Drive**
          **Suite 100**
          **South Jordan, UT 84095**

26d.3.    **The Business Backers, LLC**
          **10856 Reed Hardman Hwy.**
          **Suite 100**
          **Cincinnati, OH 45242**

26d.4.    **Pacific Premier Bank**
          **17901 Von Karmen Ave.**
          **Irvine, CA 92614**

26d.5.    **WCCP Rosemont LLC**
          **6900 Camelback Road**
          **Scottsdale, AZ 85251**

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Usama Abunadi | 43931 Carla Sandor Temecula, CA 92592 | Shareholder, Director, Officer | 39.25 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tareq Abu-Nadi | 993 Brena Hills Ct. San Diego, CA 92128 | Shareholder, Director, Officer | 39.25 |

Debtor   **SAMM Solutions, Inc.**                                 Case number *(if known)*   **19-04700-LA11**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sahar Abunadi** | **9536 Whellock Way**<br>**San Diego, CA 92129** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mahmoud Atieh** | **1011 Old Forest Crossing**<br>**Cary, NC 27513** | **Shareholder** | **18.5** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Imtiaz Mohammady** | **2909 Bear Creek Ct.**<br>**Cary, NC 27513** | **Shareholder** | **3** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Usama Abunadi**<br>**43931 Carla Sandor**<br>**Temecula, CA 92592** | **76,148.71** | **1/1/2019-7/15/2019** | **W-2 wages for business development and management services** |
| | Relationship to debtor<br>**Shareholder, Director, Officer** | | | |
| 30.2. | **Tareq Abu-Nadi**<br>**993 Brena Hills Place**<br>**Escondido, CA 92025** | **77,488.88** | **1/1/2019-7/15/2019** | **W-2 wages for business development and management services** |
| | Relationship to debtor<br>**Shareholder, Director, Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                           Employer Identification number of the parent corporation

Debtor   **SAMM Solutions, Inc.**                                   Case number *(if known)* **19-04700-LA11**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐   No
☐   Yes. Identify below.

**Name of the pension fund**                                   **Employer Identification number of the parent
                                                              corporation**

**Part 14:**   **Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *Sep / 5 / 2019*

Signature of individual signing on behalf of the debtor          **Usama Abunadi**
                                                                 Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy